IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA



MARK J. GAINOR,

    Plaintiff,

v.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendants
_____/

### DEFENDANT SIDLEY AUSTIN'S REQUEST FOR ORAL ARGUMENT ON SIDLEY, AUSTIN, BROWN & WOOD, LLP'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 9(b)12(b)(6)

Defendant, SIDLEY AUSTIN, LLP f/k/a SIDLEY AUSTIN BROWN & WOOD, LLP ("Sidley Austin"), pursuant to Rule 7.1.B.1 S.D.Fla.L.R., respectfully requests that this Court grant oral argument on their motion to dismiss plaintiff's Complaint, on the following grounds:

The plaintiff's Complaint is "bare bones". Because of the serious nature of the claims at issue, we believe that oral argument would assist the Court. The presence of counsel and their familiarity with the facts and issues at hand would make it possible for them to answer any questions that the Court might raise.

3. Sidley Austin suggests that as there are only two (2) parties, forty-five (45) minutes would provide sufficient time for both sides to be heard.

WHEREFORE, Sidley Austin respectfully requests that the Court grant its request for oral



CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

argument of its Motion to Dismiss Plaintiff's Compliant Pursuant to Fed. R. Civ. P. 9 (b) and 12(b)(6).

### CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy was faxed and mailed this 19th day of July, 2006, on Richard Benjamin Wilkes, Richard Benjamin Wilkes, P.A., 600 South Magnolia Avenue, Suite 200, Tampa, Florida 33606.

Respectfully submitted,

PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130
(305) 358-2800 / Fax (305) 358-2382
kezell@podhurst.com


By: /s/ Katherine W. Ezell
    KATHERINE W. EZELL
    Fla. Bar No. 114771

Of Counsel:

MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(613) 683-9100/Fax (613) 683-5136

Attorneys for Defendant Sidley Austin, LLP