UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21748-CIV-MARTINEZ

MARK J. GAINOR,

       Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

       Defendant.

_____/

## JOINT APPLICATION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Brad D. Brian, Richard E. Drooyan, Jonathan E. Altman, Lisa Demsky, Aaron M. May and Julie Cantor, of the law firm of Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California 90071, for purposes of appearing as co-counsel on behalf of Sidley Austin LLP herein, in the above-styled case only.

Brad D. Brian certifies herewith that he has studied the Local Rules of this Court and is a member of the United States District Courts for the Central, Eastern, Northern and Southern Districts of California, the California Supreme Court, the United States Court of Appeals for the Third, Fourth, Fifth, and Ninth Circuits, and the United States Supreme Court.



CASE NO. 06-21748-CIV-MARTINEZ

Richard E. Drooyan certifies herewith that he has studied the Local Rules of this Court and is member of the United States District Courts for the Central, Northern, Eastern and Southern Districts of California and the Ninth Circuit Court of Appeals.

Jonathan E. Altman certifies herewith that he has studied the Local Rules of this Court and is member of the United States District Courts for the Central and Southern Districts of California.

Lisa J. Demsky certifies herewith that she has studied the Local Rules of this Court and is member of the United States District Courts for the Central, Southern, Northern and Eastern Districts of California and the United States Court of Appeals for the Ninth Circuit.

Aaron M. May certifies herewith that he has studied the Local Rules of this Court and is member of the United States District Courts for the Central, Eastern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for the Federal Circuit.

Julie Cantor certifies herewith that she has studied the Local Rules of this Court and is a member of the California Supreme Court.

In further support of this motion, it is hereby designated that Katherine W. Ezell is a member of the bar of this Court and maintains an office in this District for the practice of law. She is a person to whom the Court and counsel may readily communicate and upon which papers may be served. In addition, the law firm of Podhurst Orseck, P.A., 25 West Flagler Street, Suite 800, Miami, Florida 33130 acts as local counsel in this matter on behalf of Sidley Austin LLP.

CASE NO. 06-21748-CIV-MARTINEZ

## <u>CONSENT TO DESIGNATION</u>

I hereby consent to the foregoing designation.

DATED: July 18, 2006

*Katherine W. Ezell*
Katherine W. Ezell

Executed under penalty of perjury on this 18th 19 day of <u>July</u>, 2006 at Miami-Dade County, Florida.

Respectfully submitted,

By: *Katherine W. Ezell*
Katherine W. Ezell (SBN 114771)
kezell@podhurst.com
PODHURST ORSECK, P.A.
25 West Flagler Street, Ste. 800
Miami, Florida 33130
Tel: (305) 358-2800
Fax: (305) 358-2382
*Attorneys for Sidley Austin LLP*

CASE NO. 06-21748-CIV-MARTINEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. mail this 19th day of July, to: Richard Benjamin Wilkes, Richard Benjamin Wilkes, P.A., 600 South Magnolia Avenue, Suite 200, Tampa, Florida 33606.

Respectfully submitted,

By: _Katherine W. Ezell_
Katherine W. Ezell
Florida Bar No. 114771
kezell@podhurst.com
PODHURST ORSECK, P.A.
25 West Flagler Street, Ste. 800
Miami, Florida 33130
Tel: (305) 358-2800
Fax: (305) 358-2382
*Counsel for Sidley Austin LLP*

Of counsel:

MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(613) 683-9100/Fax (613) 683-5136