UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

FILED by _____ D.C.
JUL 2 1 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case Number: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR,
    Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,
    Defendant.
_____/

### ORDER GRANTING MOTION FOR BRAD D. BRIAN, RICHARD E. DROOYAN, JONATHAN E. ALTMAN, LISA DEMSKY, AARON M. MAY, AND JULIE CANTOR TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Defendant's Motion for Brad D. Brian, Richard E. Drooyan, Jonathan E. Altman, Lisa Demsky, Aaron M. May, and Julie Cantor to Appear *Pro Hac Vice* (D.E. No. 5), filed on **July 19, 2005**. The Court has considered the motion and has been sufficiently advised. It is hereby:

**ORDERED AND ADJUDGED** that

Defendant's Motion for to Appear *Pro Hac Vice* (D.E. No. 5) is hereby **GRANTED**. Designated local counsel, Katherine W. Ezell, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of July, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

