IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR,

    Plaintiff,

v.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendants
_____/

NIGHT BOX
FILED
JUL 2 7 2006
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## NOTICE OF FILING

TO THE CLERK OF THE ABOVE-STYLED COURT:

Pursuant to the Court's Order of July 26, 2006, you will please file the attached proposed Order regarding Defendant, SIDLEY, AUSTIN, LLP's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6).

PodhurstOrseck

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346 | www.podhurst.com

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy was faxed and mailed this 27th day of July, 2006, on Richard Benjamin Wilkes, Richard Benjamin Wilkes, P.A., 600 South Magnolia Avenue, Suite 200, Tampa, Florida 33606.

Respectfully submitted,

PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130
(305) 358-2800 / Fax (305) 358-2382
kezell@podhurst.com

By: _____
KATHERINE W. EZELL
Fla. Bar No. 114771

Of Counsel:

MUNGER, TOLLES & OLSON, LLP
Jonathan E. Altman, Esq.
Aaron M. May, Esq.
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(613) 683-9100/Fax (613) 683-5136

Attorneys for Defendant Sidley Austin, LLP

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR,

        Plaintiff,

v.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

        Defendants
_____/

### ORDER ON DEFENDANT SIDLEY, AUSTIN LLP'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 9(b) AND 12(b)(6)

This cause having come before the Court on Defendant SIDLEY, AUSTIN, LLP's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), the Court having reviewed the memoranda submitted by the Parties and being otherwise advised in the premises, it is hereby

ORDERED and ADJUDGED that Defendant SIDLEY, AUSTIN, LLP's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) is hereby **GRANTED.**

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of _____, 2006.

                                                      JOSE E. MARTINEZ
                                                      UNITED STATES DISTRICT COURT JUDGE

**Copies to:**
Richard Benjamin Wilkes, Esq. (Fax: 813-254-6088)
Katherine W. Ezell, Esq. (Fax: 305-358-2382)
Jonathan E. Altman, Esq. (Fax: 613-683-5136)
Aaron M. May, Esq. (Fax: 613-683-5136)