UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARK J. GAINOR,

    Plaintiff,

v.                                      CASE NO.: 06-21748-Civ-Martinez

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendant.
_____/

## NOTICE OF FILING CHANGE OF ADDRESS

COMES NOW, Richard Benjamin Wilkes, counsel of record for the Plaintiff, and hereby files this change of address, effective immediately, as follows:

> Richard Benjamin Wilkes, P.A.
> 600 South Magnolia Avenue
> Suite 200
> Tampa, FL 33606
> (813) 254-6060
> (813) 254-6088

All pleadings and correspondence should be sent to the above address.

RICHARD BENJAMIN WILKES
Florida Bar No. 267163
**RICHARD BENJAMIN WILKES, P.A.**
600 South Magnolia Avenue
Suite 200
Tampa, Florida 33606
Telephone:   (813) 254-6060
Facsimile:    (813) 254-6088
Attorneys for Plaintiff



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail on the 28th day of July, 2006, to:

Katherine W. Ezell, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, FL 33130

Jonathan E. Altman, Esq.
Aaron M. May, Esq.
Munger, Tolles & Olson, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071

_____
Attorney