UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARK J. GAINOR,

    Plaintiff,

v.                                                   CASE NO.: 06-21748-Civ-Martinez

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff, Mark J. Gainor, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby moves the Court to extend until August 31, 2006, the time for Plaintiff to respond to Defendant's Motion to Dismiss, and as grounds therefore states that:

1.    Plaintiff's lead counsel is scheduled to be out of the country when the response would ordinarily be due;

2.    Plaintiff's counsel has conferred with counsel for the Defendant, who has advised that the Defendant has no objection to the Court granting this requested extension; and

3.    The requested extension will not unduly prejudice the parties, or unduly delay this cause and is consistent with the administration of justice.



No memorandum of law is filed with this motion further to Local Rule 7.1.

_____
RICHARD BENJAMIN WILKES
Florida Bar No. 267163
**RICHARD BENJAMIN WILKES, P.A.**
600 South Magnolia Avenue
Suite 200
Tampa, Florida 33606
Telephone: (813) 254-6060
Facsimile: (813) 254-6088
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by first class U.S. Mail this 28th day of July, 2006, to:

Katherine W. Ezell, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, FL 33130

Jonathan E. Altman, Esq.
Aaron M. May, Esq.
Munger, Tolles & Olson, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071

_____
Attorney