IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA



MARK J. GAINOR,

       Plaintiff,

v.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

       Defendants

_____/

## AGREED MOTION TO ALLOW EXCEPTION TO ORDER REQUIRING PARTIES TO MEET IN PERSON

Defendant, SIDLEY, AUSTIN LLP ("Brown and Wood" or "Defendant" )[1], requests leave

of the Court to hold counsels' scheduling conference by telephone as allowed by SDLR 16 B.1,

rather than in person as required by the Court's Order issued July 21, 2006.  The grounds for this

motion are as follows:

1.      The Court's Order Requiring Parties to Meet would require a meeting on or before

August 4, 2006.  Timing in which to organize such meeting was very short due in part to the fact that

the case was removed to this Court on July 14, 2006.  Upon information and belief, Plaintiff's

counsel Richard Benjamin Wilkes, Esq. did not receive the Court's Order until July 27, due to a

wrong address. On July 28, he conferred with Defendant's counsel to schedule the required meeting

---

[1] Sidley Austin Brown & Wood LLP formally changed its name to Sidley Austin LLP on January 1, 2006.  Sidley Austin Brown & Wood LLP was the successor to Brown & Wood as the result of a merger in 2001.



CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

and on July 29, 2006, Mr. Wilkes left the country on a long awaited vacation . Upon information and belief he will be in France until the end of August.

3.    According to the Order the meeting is to be held on or before August 4, 2006, and counsel for both parties have worked out a plan to hold the conference by telephone.

2.    Defendant's lead counsel Jonathan Altman, Esq. and Aaron May, Esq. of the firm Munger, Tolles & Olson, LLP are located in Los Angeles, California. The undersigned local counsel is in Miami.

3.    Because he is out of the country Mr. Wilkes asked Defendant's counsel to request that this meeting be allowed to occur by telephone, and obviously Defendant's counsel is amenable to doing so.

4.    As there are only two Parties involved in this matter, there should be no problem conducting an a timely, orderly and productive scheduling conference in that fashion.

WHEREFORE, undersigned counsel for the Defendant Sidley, Austin and specifically at the request of Plaintiff's counsel Richard Benjamin Wilkes, Esq., moves this Court for leave to hold their scheduling conference by telephone.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy was faxed and mailed this 3ᶜᵈ day

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

of August, 2006, on Richard Benjamin Wilkes, Richard Benjamin Wilkes, P.A., 600 South Magnolia

Avenue, Suite 200, Tampa, Florida 33606.

Respectfully submitted,

PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130
(305) 358-2800 / Fax (305) 358-2382
kezell@podhurst.com


By: _____
    KATHERINE W. EZELL
    Fla. Bar No. 114771


MUNGER, TOLLES & OLSON, LLP
Jonathan E. Altman, Esq.
Aaron M. May, Esq.
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(613) 683-9100/Fax (613) 683-5136

Attorneys for Defendant Sidley Austin, LLP