IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR,

    Plaintiff,

v.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendants
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's July 21, 2006 Order and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sidley Austin LLP[1] respectfully submits the following list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including <u>ALL</u> subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party, and corporate disclosures.

### INTERESTED PARTIES

(1) Plaintiff Mark J. Gainor

(2) Defendant Sidley Austin LLP

(3) Counsel for all parties involved in this litigation.

(4) Defendant's insurance carriers.

---

[1] Sidley Austin Brown & Wood LLP formally changed its name to Sidley Austin LLP on January 1, 2006.



CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

## DEFENDANT'S CORPORATE DISCLOSURES

Defendant Sidley Austin LLP has no parent corporation and no publicly held company owns 10% or more of its stock.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy was faxed and mailed this 4th day of August, 2006, on Richard Benjamin Wilkes, Richard Benjamin Wilkes, P.A., 600 South Magnolia Avenue, Suite 200, Tampa, Florida 33606.

Respectfully submitted,

_Katherine W. Ezell_
KATHERINE W. EZELL
Fla. Bar No. 114771
PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130
(305) 358-2800 / Fax (305) 358-2382
kezell@podhurst.com

BRAD D. BRIAN (Admitted *Pro Hac Vice*)
Email: brad.brian@mto.com
RICHARD E. DROOYAN (Admitted *Pro Hac Vice*)
Email: Richard.drooyan@mto.com
JONATHAN E. ALTMAN (Admitted *Pro Hac Vice*)
Email: jonathan.altman@mto.com
AARON M. MAY (Admitted *Pro Hac Vice*)
Email: aaron.may@mto.com
JULIE D. CANTOR (Admitted *Pro Hac Vice*)
Email: julie.cantor@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(613) 683-9100/Fax (613) 683-5136

Attorneys for Defendant Sidley Austin, LLP