UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARK J. GAINOR,

    Plaintiff,

v.                                       CASE NO.: 06-21748-Civ-Martinez

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Mark J. Gainor, by and through his undersigned counsel and pursuant to this court's Order Requiring Parties to Meet and File joint Scheduling Report and Proposed Order and Directing Parties to File Certificates of Interested Parties, hereby discloses the following interested parties and corporations that may have a financial interest in the outcome of this case:

1. Mark J. Gainor;

2. Elyse Gainor;

3. Lucor Special Investments, Inc., n/k/a Logos Corporation;

4. Bryan Medical, Inc., k/n/a Bryan Ventures, Inc.; and

5. Gainor Medical Management, LLC.

Plaintiff reserves the right to amend, correct and update this Certificate throughout the pendency of this action.



_____
RICHARD BENJAMIN WILKES
Florida Bar No. 267163
**RICHARD BENJAMIN WILKES, P.A.**
600 South Magnolia Avenue
Suite 200
Tampa, Florida 33606
Telephone:   (813) 254-6060
Facsimile:    (813) 254-6088
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by first class U.S. Mail this _3rd_ day of _August_, 2006, to:

Katherine W. Ezell, Esq.
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, FL 33130

Jonathan E. Altman, Esq.
Aaron M. May, Esq.
Munger, Tolles & Olson, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071

_____
Attorney