

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR,

       Plaintiff,

v.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

       Defendants

_____/

## ORDER ON AGREED MOTION TO ALLOW EXCEPTION TO ORDER REQUIRING PARTIES TO MEET IN PERSON

This cause having come before the Court on Defendant Sidley Austin Brown & Wood LLP's ("Brown & Wood") Agreed Motion to Allow Exception to Order Requiring Parties to Meet in Person, and the Court having reviewed the motion and being otherwise advised in the premises, it is ORDERED and ADJUDGED as follows:

    1.    Defendant Brown and Wood's Agreed Motion to Allow Exception to Order Requiring Parties to Meet in Person is hereby **GRANTED.**

    DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this 7 day of August, 2006.

                                    UNITED STATES DISTRICT COURT JUDGE

**Copies to:**
All Counsel of Record
Magistrate Judge Bandstra