

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **06-21748-CIV-MARTINEZ-BANDSTRA**

MARK J. GAINOR,

    Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR ORAL ARGUMENT

THIS CAUSE came before the Court upon Defendant's Request for Oral Argument (**D.E. No. 4**), filed on **July 19, 2006**. The Court has carefully considered the motion and is otherwise duly advised. The pending Motion to Dismiss (D.E. No. 3) has not yet been fully briefed. In the event that the Court does require oral argument after reviewing the parties' filings, it will request oral argument in a separate order. It is hereby:

**ORDERED AND ADJUDGED** that

Defendant's Request for Oral Argument (**D.E. No. 4**) is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of August, 2006.

                                      JOSE E. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

