UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARK J. GAINOR,

    Plaintiff,

v.                                  CASE NO.: 06-21748-Civ-Martinez

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendant.
_____/

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO MOTION TO DISMISS**

THIS CAUSE having come before the Court on Plaintiff's Unopposed Motion for (D.E. No. 10) Extension of Time to Respond to Motion to Dismiss, the Court having reviewed the motion and being otherwise advised in the premises, it is hereby

ORDERED and ADJUDGED that Plaintiff's Unopposed Motion for Extension of Time to Respond to Motion to Dismiss is hereby **GRANTED**. Plaintiff shall have until August 31, 2006 to serve his response to Defendant's Motion to Dismiss.

DONE and ORDERED in Chambers at Miami, Florida, this 11 day of Aug, 2006.

JOSE E. MARTINEZ
United States District Court Judge

Copies to:
Magistrate Judge Bandstra
Richard Benjamin Wilkes, Esquire (Fax: 813-254-6088)
Katherine W. Ezell, Esquire (Fax: 305-358-2382)
Jonathan E. Altman, Esquire (Fax: 613-683-5136)
Aaron M. May, Esquire (Fax: 613-683-5136)