UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR,
    Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,
    Defendant.
_____/

FILED by CaS D.C.
SEP - 8 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING MOTION FOR RICHARD CANDELORA TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Plaintiff's Motion for Richard Candelora to Appear *Pro Hac Vice* and Request for Waiver of Local Counsel in the Southern District of Florida (**D.E. No. 17**), filed on **August 17, 2006**. The Court has considered the motion and has been sufficiently advised. It is hereby:

**ORDERED AND ADJUDGED** that

Plaintiff's Motion for Richard Candelora to Appear *Pro Hac Vice* and Request for Waiver of Local Counsel in the Southern District (**D.E. No. 17**) is hereby **GRANTED**. Richard Candelora shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action. Mr. Candelora is strongly cautioned that he is expected to comply with the requirements of the Local Rules of the Southern District of Florida.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of September, 2006.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

