

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR,

    Plaintiff,

v.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendants
_____/

### ORDER ON DEFENDANT'S AGREED MOTION FOR ENLARGEMENT OF TIME
(D.E. No. 19)

This cause having come before the Court on Defendant Sidley Austin Brown & Wood LLP's ("Brown & Wood") Agreed Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, and the Court having reviewed the motion and being otherwise advised in the premises, it is ORDERED and ADJUDGED as follows:

    1. Defendant Brown and Wood's Agreed Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss is hereby **GRANTED**, making Defendant's reply due on or before September 25, 2006.

    DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this \_11\_ day of September, 2006.

                                                 UNITED STATES DISTRICT COURT JUDGE

**Copies to:**
All Counsel of Record
Magistrate Judge Bandstra