UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR,

      Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

      Defendant.
_____/

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636(b)(1) and the Magistrate Rules of the Local Rules of the Southern District of Florida, and pursuant to the consent of the parties (D.E. No. 18 at 11), the above-captioned cause is referred to United States Magistrate Judge **Ted E. Bandstra** to take all necessary and proper action as required by law with respect to:

**All matters relating to motions for fees, costs, and motions for sanctions**.

ORDERED AND ADJUDGED that it is the responsibility of the parties in this case to **indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA),** and to direct a courtesy copy of all necessary materials to the Magistrate's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of December, 2006.

                                                  _____
                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record