IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR,

       Plaintiff,

v.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

       Defendant.

_____/

### DEFENDANT'S REQUEST FOR ELECTRONIC SERVICE ON PRO HAC VICE COUNSEL THROUGH THE CM/ECF SYSTEM

Comes now the Defendant, by and through undersigned local counsel, and requests that pro hac vice counsel for Defendant receive service of all documents filed with the Court and all Court orders in this action via the CM/ECF system.   As grounds, Defendant states as follows:

1.       Section 3J(1) of the Court's CM/ECF Administrative Procedures provides that pro hac vice counsel in cases pending in the Southern District of Florida are authorized to receive Notices of Electronic Filings via the Court's CM/ECF system.

2.       The following defense counsel of record have been granted pro hac vice admission in this action, wish to receive Notices of Electronic Filings but are currently not included on the Court's electronic notification mailing list: Jonathan E. Altman and Aaron M. May.

WHEREFORE, Defendant respectfully requests that the defense counsel specified above, both of whom have been admitted pro hac vice in this action, be included on the Court's electronic notification mailing list.  A proposed order granting Defendant's request is attached hereto.

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy was served via the Southern District

of Florida's CM/ECF system this 21st day of December, 2006, on Richard Benjamin Wilkes,

Esq., (rwilkes@rbwilkes.com) and Richard W. Candelora, Esq., Richard Benjamin Wilkes, P.A.,

600 South Magnolia Avenue, Suite 200, Tampa, Florida 33606.

Respectfully submitted,

PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Tel. (305) 358-2800 / Fax (305) 358-238
kezell@podhurst.com


By: _Katherine W. Ezell_
     KATHERINE W. EZELL
     Fla. Bar No. 114771

And

MUNGER, TOLLES & OLSON, LLP
Jonathan E. Altman, Esq.
Aaron M. May, Esq.
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(613) 683-9100/Fax (613) 683-5136

Attorneys for Defendant Sidley Austin, LLP