Case 1:06-cv-21748-JEM   Document 31   Entered on FLSD Docket 01/04/2007   Page 1 of 1
Case 1:06-cv-21748-JEM   Document 30-2   Entered on FLSD Docket 12/21/2006   Page 1 of 1
Gainor v. Sidley, Austin, Brow
Doc. 31

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR,

    Plaintiff,

v.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S REQUEST FOR ELECTRONIC SERVICE ON PRO HAC VICE COUNSEL THROUGH THE CM/ECF SYSTEM

THIS CAUSE is before the Court on Defendant's Request for Electronic Service on Pro Hac Vice Counsel Through the CM/ECF System. Upon review and consideration, the Defendant's request is hereby GRANTED. Accordingly, it is ORDERED and ADJUDGED that the following Defendant's counsel shall be included on the Court's electronic notification mailing list and served as follows:

    Jonathan E. Altman    jonathan.altman@mto.com
    Aaron M. May    aaron.may@mto.com

DONE AND ORDERED this 4th day of January, 2007.

                        JOSE E. MARTINEZ
                        United States District Judge

cc:    Court Clerk
        All Counsel of Record

Dockets.Justia.com