```
FILING FEE
PAID ___ 70.00
In Forma  95 2902
Pauper
           Clerk
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21748-CIV-MARTINEZ

MARK J. GAINOR,

      Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

      Defendant.

_____/

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and
Practice of Attorneys of the United States District Court for the Southern District of Florida, the
undersigned respectfully moves for the admission of Gabriel P. Sanchez, of the law firm of
Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California
90071, for purposes of appearing as co-counsel on behalf of Sidley Austin LLP herein, in the
above-styled case only. Gabriel P. Sanchez certifies herewith that he has studied the Local
Rules of this Court and is a member in good standing of the California Supreme Court.

In further support of this motion, it is hereby designated that Katherine W. Ezell is a
member of the bar of this Court and maintains an office in this District for the practice of law.
She is a person to whom the Court and counsel may readily communicate and upon which
papers may be served. In addition, the law firm of Podhurst Orseck, P.A., 25 West Flagler
Street, Suite 800, Miami, Florida 33130 acts as local counsel in this matter on behalf of Sidley
Austin LLP.

1234096.1

Dockets.Justia.com

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy was sent via U.S. mail this _11th_day

of January, 2007, to: Richard Benjamin Wilkes, Esq., (rwilkes@rbwilkes.com) and Richard W.

Candelora, Esq., Richard Benjamin Wilkes, P.A., 600 South Magnolia Avenue, Suite 200,

Tampa, Florida 33606.

Respectfully submitted,

PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800

Tel. (305) 358-2800 / Fax (305) 358-238
kezell@podhurst.com

By: _Katherine W. Ezell_
    KATHERINE W. EZELL
    Fla. Bar No. 114771

And

MUNGER, TOLLES & OLSON, LLP
Jonathan E. Altman, Esq.
jonathan.altman@mto.com
Aaron M. May, Esq.
Aaron.may@mto.com
Gabriel P. Sanchez, Esq
gabriel.sanchez@mto.com
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(613) 683-9100/Fax (613) 683-5136

Attorneys for Defendant Sidley Austin, LLP

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

DATED: _January 11, 2007._

_Katherine W. Ezell_
Katherine W. Ezell

Executed under penalty of perjury on this _11th_ day of _January 2007_ at _Miami-Dade County, Florida_

Respectfully submitted,

By: _Katherine W. Ezell_
Katherine W. Ezell (SBN 114771)
kezell@podhurst.com
Podhurst Orseck, P.A.
25 West Flagler Street, Ste. 800
Miami, Florida 33130
Tel: (305) 358-2800
Fax: (305) 358-2382
Attorneys for Sidley Austin LLP

1234096.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21748-CIV-MARTINEZ

MARK J. GAINOR,

      Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

      Defendant.

_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Gabriel P. Sanchez, counsel for Sidley Austin LLP, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court:

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in Chambers at the United States District Courthouse, (Miami, Florida), this ____ day of _____, 2007.

_____
U.S. District Judge
Southern District of Florida

cc:    Counsel of Record

1234096.1              1