Case No. 06-21748-CIV-MARTINEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21748-CIV-MARTINEZ

MARK J. GAINOR,

   Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

   Defendant.
_____/

## ORDER GRANTING JOINT STIPULATION TO WITHDRAW RACHLIN COHEN & HOLTZ LLP'S MOTION TO QUASH, MOTION FOR PROTECTIVE ORDER

THIS CAUSE came before the Court upon the parties' Joint Stipulation to Withdraw Rachlin Cohen & Holtz LLP's Motion to Quash (D.E. No. 35), filed on February 27, 2007. The Court has carefully considered the motion and is otherwise duly advised. It is hereby:

**ORDERED AND ADJUDGED** that

1. Rachlin Cohen & Holtz LLP's Objection to Production of Documents, Motion to Quash Subpoena and/or Motion for Protective Order, (D.E. No. 34) is **WITHDRAWN** without prejudice.

2. No party shall use the Joint Stipulation to Withdraw as a basis for responding to any filed or renewed motion.

DONE AND ORDERED in chambers at Miami, Florida, this ___ day of ~~February,~~ March, 2007.

              ~~Jose E. Martinez~~
              United States ~~District~~ Judge
              Mag.

Copies provided to:
All Counsel of Record