UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR,

    Plaintiff,

v.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

THIS CAUSE came on before the Court upon Plaintiff's Motion for Leave to Amend the Complaint. Having considered the Motion and other pertinent matters of record and being fully advised, it is hereby

ORDERED and ADJUDGED that:

1.     Plaintiff's motion to amend the Complaint is granted; and

2.     The Amended Complaint attached to Plaintiff's Motion for Leave to Amend Complaint is hereby deemed filed as of the date hereof.

DONE and ORDERED in Chambers at Miami, Florida, this ____ day of March, 2007.

                                                                                              _____
                                                                                              JOSE E. MARTINEZ
                                                                                              United States District Court Judge

Copies to:
Richard Benjamin Wilkes, Esquire (Fax: 813-254-6088)
Katherine W. Ezell, Esquire (Fax: 305-358-2382)
Jonathan E. Altman, Esquire (Fax: 613-683-5136)
Aaron M. May, Esquire (Fax: 613-683-5136)