UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR,

    Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendants.
_____/

### ORDER GRANTING MOTION FOR GABRIEL P. SANCHEZ TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Defendant's Motion for Gabriel P. Sanchez to Appear *Pro Hac Vice* **(D.E. No. 32)**.  The Court has considered the motion and has been sufficiently advised.  It is hereby:

**ORDERED AND ADJUDGED** that

Defendant's Motion for Gabriel P. Sanchez to Appear *Pro Hac Vice* **(D.E. No. 32)** is hereby **GRANTED**.  Designated local counsel, Katherine W. Ezell, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of March, 2007.

                                                                         JOSE E. MARTINEZ
                                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record