UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  06-21748-CIV-MARTINEZ-BANDSTRA**

MARK J. GAINOR,

    Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendant.

_____/

**ORDER DENYING AS MOOT MOTION TO ALLOW FILING OF MEMORANDUM**

THIS CAUSE came before the Court upon the Plaintiff's Motion to allow the Filing of his Memorandum of Law in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint **(D.E. No. 20)**. The Court has carefully considered the motion and is otherwise duly advised.  That motion is denied as moot in light of this Court's Order Granting Plaintiff's Motion to Amend Complaint and Denying Without Prejudice Defendant's Motion to Dismiss (D.E. No. 39). Therefore, it is hereby:

    **ORDERED and ADJUDGED** that

    Plaintiff's Motion to allow the Filing of his Memorandum of Law in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint **(D.E. No. 20)** is **DENIED as moot**.

    DONE AND ORDERED in Chambers at Miami, Florida, March 13, 2007.

                                _____
                                JOSE E. MARTINEZ
                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record