UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

      Plaintiff,

vs.

SIDLEY, AUSTIN LLP, a Delaware limited
liability Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R.J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an
individual, P. ANTHONY NISSLEY, an
individual, MERRILL LYNCH & CO., INC.,
a Delaware corporation, and MARK C.
KLOPFENSTEIN, an individual,

      Defendant.
_____/

## ORDER GRANTING JOINT MOTION OF PLAINTIFF MARK J. GAINOR AND DEFENDANT SIDLEY AUSTIN L.L.P. TO VACATE CURRENT PRETRIAL SCHEDULE IN LIGHT OF THE FILING OF PLAINTIFFS' AMENDED COMPLAINT AND AGREED MOTION FOR ENLARGEMENT OF TIME FOR SIDLEY AUSTIN LLP TO RESPOND TO AMENDED COMPLAINT

THIS CAUSE came before the Court upon Plaintiff Mark Gainor's ("Plaintiff") and Defendant Sidley Austin LLP's ("Sidley") Joint Motion To Vacate Current Pretrial Schedule In Light Of The Filing Of Plaintiffs' Amended Complaint (D.E. No.___), filed on March __, 2007. The Court has carefully considered the motion and is otherwise duly advised. It is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiff's and Sidley's Motion is **GRANTED**, and the Court hereby **VACATES** its December 12, 2006 Order Setting Civil Trial Date and Pretrial Schedule.

1248720.1

Dockets.Justia.com

-2-

2. The parties are ordered to meet and confer, and file a proposed civil trial schedule including proposed dates for the beginning of the trial period, and for the categories listed on page 5 of the Court's vacated Order of December 12, 2006, within 30 days of the general appearance of the last Defendant to appear, or within 60 days from the date of this Order, whichever occurs first.

3. Sidley's time to answer the amended complaint is extended to April 16, 2007.

DONE AND ORDERED in chambers at Miami, Florida, this ___ day of March, 2007.

_____
Jose E. Martinez
United States District Judge

Copies provided to:
All Counsel of Record