Gainor v. Sidley, Austin, Brow                                                                    Doc. 44
Case 1:06-cv-21748-JEM   Document 44   Entered on FLSD Docket 03/19/2007   Page 1 of 2
AO 440 (Rev. 06/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 06-21748-Civ-Martinez-Bandstra

Mark J. Gainor and Elyse
Gainor,

                Plaintiff

v.

Sidley Austin LLP, f/k/a Sidley
Austin Brown & Wood, etc., et al.,

                Defendant



FILED by _____ D.C.
INTAKE
MAR 15 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Merrill Lynch & Co., Inc.
c/o CT Corporation System, Registered Agent
1200 Soth Pine Island Road
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Benjamin Wilkes, Esquire
Richard Benjamin Wilkes Attorneys at Law
600 South Magnolia Avenue, Suite 200
Tampa, FL 33606

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                      3/15/2007

CLERK                                                DATE

(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 06-21748-Civ-Martinez-Bandstra

Mark J. Gainor and Elyse Gainor,

                     Plaintiff

v.

Sidley Austin LLP, f/k/a Sidley Austin Brown & Wood, etc., et al.,

                     Defendant


FILED by _____ D.C.
INTAKE
MAR 15 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

R.J. Ruble
1517 Avalon Square
Glen Cover, NY 11542
-or-
65 Duck Pond Road
Glen Cove, NY 11542

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Benjamin Wilkes, Esquire
Richard Benjamin Wilkes Attorneys at Law
600 South Magnolia Avenue, Suite 200
Tampa, FL 33606

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

3/15/2007
DATE