AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 06-21748-Civ-Martinez-Bandstra

Mark J. Gainor and Elyse Gainor

              Plaintiff

v.

Sidley, Austin, Brown & Wood, LLP, etc., et al.,

              Defendant



FILED by _____ D.C.
INTAKE
MAR 20 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Michael S. Marx
110 Trowbridge Road
Atlanta, GA 30350

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Benjamin Wilkes, Esquire
Richard Benjamin Wilkes
Attorneys at Law
600 South Magnolia Avenue
Suite 200
Tampa, FL 33606

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  MAR 20 2007

Dockets.Justia.com

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 06-21748-Civ-Martinez-Bandstra

Mark J. Gainor and Elyse Gainor

            Plaintiff

v.

Sidley, Austin, Brown & Wood, LLP, etc., et al.,

            Defendant



FILED by ___ D.C.
INTAKE
MAR 20 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

P. Anthony Nissley
350 Melrose Avenue
Kenilworth, IL 60643

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Benjamin Wilkes, Esquire
Richard Benjamin Wilkes
Attorneys at Law
600 South Magnolia Avenue
Suite 200
Tampa, FL 33606

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

MAR 20 2007

_____  _____
CLERK                       DATE

_____
(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 06-21748-Civ-Martinez-Bandstra

Mark J. Gainor and Elyse Gainor

                Plaintiff

v.

Sidley, Austin, Brown & Wood, LLP, etc., et al.,

                Defendant



FILED by _____ D.C.
INTAKE
MAR 20 2007
CLARENCE MADDOX
CLERK
S.D. OF FLA.

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Arthur Andersen LLP
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL  33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Benjamin Wilkes, Esquire
Richard Benjamin Wilkes
Attorneys at Law
600 South Magnolia Avenue
Suite 200
Tampa, FL  33606

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.    MAR 20 2007

CLERK

DATE

(BY) DEPUTY CLERK