UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

## Case Number:  06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,
et al.

    Defendants.
_____/

### ORDER GRANTING MOTION TO EXTEND TIME TO COMPLY WITH ORDER REQUIRING THE PARTIES TO MEET AND FILE A JOINT SCHEDULING REPORT

    THIS CAUSE came before the Court upon Plaintiffs and Defendant Sidley, Austin, Brown & Wood, LLP's Joint Motion To Vacate Current Pretrial Schedule In Light of the Filing of Plaintiffs' Amended Complaint **(D.E. No. 43)**.  This Court recently granted leave for the Plaintiff to amend his Complaint (D.E. No. 39), and several new parties have been added to this lawsuit. The Court has carefully considered the motion and is otherwise duly advised.  It is hereby:

    **ORDERED and ADJUDGED** that

    1.  Plaintiffs and Defendant Sidley, Austin, Brown & Wood, LLP's Joint Motion To Vacate Current Pretrial Schedule In Light of the Filing of Plaintiffs' Amended Complaint **(D.E. No. 43)** is **GRANTED**.

    2.  All parties shall comply with this Court' Order Requiring the Parties to Meet and File a Joint Scheduling Report (D.E. No. 7) within 30 days of the general appearance of the last

Dockets.Justia.com

Defendant to appear, or on or before **May 22, 2006**, whichever occurs first.

    3. This Court's Trial Setting Order is **VACATED**, and the trial dates and pretrial deadlines are **CANCELLED**.

    4. Defendant Sidley's time to answer the amended complaint is extended to April 16, 2007 at 4:30 p.m.

    DONE AND ORDERED in Chambers at Miami, Florida, March 22, 2007.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record