AO 440 (Rev. 08/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 06-21748-Civ-Martinez-Bandstra

FILED BY _____ DKT
07 APR -5 AM 9:41

CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

Mark J. Gainor and Elyse Gainor

        Plaintiff

v.

Sidley Austin LLP, etc., et al.

        Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Mark C. Klopfenstein
1625 Powers Ridge Place, NW
Atlanta, GA 30327

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Benjamin Wilkes, Esquire
Richard Benjamin Wilkes
 Attorneys at Law
600 South Magnolia Avenue
Suite 200
Tampa, Florida 33606

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                                     APR 0 5 2007
_____                          _____
CLERK                                                               DATE

[signature]
_____
(BY) DEPUTY CLERK

Dockets.Justia.com