UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

      Plaintiffs,

vs.

SIDLEY, AUSTIN LLP, a Delaware limited
liability Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R.J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an
individual, P. ANTHONY NISSLEY, an
individual, MERRILL LYNCH & CO., INC.,
a Delaware corporation, and MARK C.
KLOPFENSTEIN, an individual,

      Defendants.
_____/

### ORDER GRANTING DEFENDANT SIDLEY AUSTIN L.L.P.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER AMENDED COMPLAINT

THIS CAUSE came before the Court upon Defendant Sidley Austin LLP's ("Sidley") Motion for Enlargement Of Time To Answer Amended Complaint. The Court has carefully considered the motion and is otherwise duly advised. It is hereby:

**ORDERED AND ADJUDGED** that

2738871.1

Dockets.Justia.com

-2-

1. Sidley's Motion is **GRANTED**, and Sidley's time to answer the Amended Complaint is extended until May 11, 2007.

DONE AND ORDERED in chambers at Miami, Florida, this ___ day of April, 2007.

_____
Jose E. Martinez
United States District Judge

Copies provided to:
All Counsel of Record