UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 06-21748-CIV-MARTINEZ-BANDSTRA**

MARK J. GAINOR,

    Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP et al.,

    Defendants.
_____/

**ORDER GRANTING DEFENDANT SIDLEY AUSTIN'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT**

THIS CAUSE came before the Court upon Defendant Sidley Austin's Unopposed Motion for Extension of Time to Answer Amended Complaint **(D.E. No. 49)**. The Court has carefully considered the motion and is otherwise duly advised. It is hereby:

**ORDERED and ADJUDGED** that

1. Defendant Sidley Austin's Unopposed Motion for Extension of Time to Answer Amended Complaint **(D.E. No. 49)** is **GRANTED**.

2. Defendant Sidley Austin shall file its answer to the Amended Complaint on or before May 11, 2007.

DONE AND ORDERED in Chambers at Miami, Florida, April 16, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

dockets.Justia.com