UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  06-21748-CIV-MARTINEZ-BANDSTRA**

MARK J. GAINOR,

    Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP
et al.,

    Defendants.
_____/

### ORDER GRANTING DEFENDANT MERRILL LYNCH'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AMENDED COMPLAINT

THIS CAUSE came before the Court upon Defendant Merrill Lynch's Unopposed Motion for Extension of Time to Respond to the Amended Complaint **(D.E. No. 48)**. The Court has carefully considered the motion and is otherwise duly advised.  It is hereby:

**ORDERED and ADJUDGED** that

1.  Defendant Merrill Lynch's Unopposed Motion for Extension of Time to Respond to the Amended Complaint **(D.E. No. 48)** is **GRANTED**.

2.  Defendant Merrill Lynch shall respond to the Amended Complaint on or before May 11, 2007.

DONE AND ORDERED in Chambers at Miami, Florida, April 16, 2007.

                                                          _____
                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record