UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21748-CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

     Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited
liability partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R.J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP an Illinois limited liability
partnership, MICHAEL S. MARX, an
individual, P. ANTHONY NISSLEY, an
individual, MERRILL LYNCH & CO., INC., a
Delaware corporation, and MARK C.
KLOPFENSTEIN, an individual,

     Defendants.

_____/

**DEFENDANT MERRILL LYNCH & CO., INC.'S**
**AGREED MOTION FOR JOINDER TO STIPULATION OF CONFIDENTIALITY**

     Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch") pursuant to Southern

District of Florida Local Rules 5.1 and 7.1, hereby submits its Agreed Motion for Joinder to

Stipulation of Confidentiality.

**Memorandum of Law**

     On October 9, 2006, Plaintiff Mark Gainor ("Gainor") and Defendant Sidley

Austin Brown & Wood, LLP ("Sidley") entered into a Stipulation of Confidentiality. On

December 19, 2006, the Court approved the Stipulation of Confidentiality. (Agreed Order

Approving The Parties' Stipulation Of Confidentiality) On March 7, 2007, Plaintiffs filed an

Amended Complaint that added Merrill Lynch & Co., Inc. as a defendant in the above-captioned

Dockets.Justia.co

CASE NO. 06-21748-CIV-MARTINEZ/BANDSTRA

action.  As a party named subsequent to Gainor's and Sidley's entrance into the Stipulation of

Confidentiality, Merrill Lynch was not included and, accordingly, is not bound by its terms.  On

April 20, 2007 and April 24, 2007, Merrill Lynch conferred with counsel for Plaintiffs and

Sidley, respectively.  Plaintiffs, Sidley and Merrill Lynch agreed that Merrill Lynch would join

in and therefore be bound by the terms of the Stipulation of Confidentiality.

Wherefore, Merrill Lynch respectfully requests that this Court enter an Order

granting this Agreed Motion for Joinder to Stipulation of Confidentiality.

Respectfully submitted,

s/Coren H. Stern
Bennett Falk
Florida Bar No. 208884
Coren H. Stern
Florida Bar No. 0644218
Bressler, Amery & Ross, P.C.
Huntington Centre II
2801 S.W. 149th Avenue, Suite 300
Miramar, FL 33027
Telephone: (954) 499-7979
Facsimile: (954) 499-7969
Attorneys for Merrill Lynch & Co., Inc.

CASE NO. 06-21748-CIV-MARTINEZ/BANDSTRA

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 25, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Coren H. Stern