UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21748-CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited
liability partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R.J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP an Illinois limited liability
partnership, MICHAEL S. MARX, an
individual, P. ANTHONY NISSLEY, an
individual, MERRILL LYNCH & CO., INC., a
Delaware corporation, and MARK C.
KLOPFENSTEIN, an individual,

    Defendants.
_____/

## AGREED ORDER APPROVING MERRILL LYNCH & CO.'S JOINDER TO STIPULATION OF CONFIDENTIALITY

THIS CAUSE came before the Court on Defendant Merrill Lynch & Co., Inc.'s ("Merrill Lynch") Agreed Motion for Joinder to Stipulation of Confidentiality. Having reviewed the file and being otherwise fully advised, it is

ORDERED AND ADJUDGED:

1. Merrill Lynch's Agreed Motion for Joinder to Stipulation of Confidentiality is GRANTED; and

2. Merrill Lynch is directed to comply with the terms of the Stipulation of Confidentiality.

CASE NO. 06-21748-CIV-MARTINEZ/BANDSTRA

DONE AND ORDERED in chambers at Miami, Miami-Dade County, Florida this 30th day of April, 2007.

                                                               _____
                                                               ~~Jose E. Martinez~~
                                                               U.S. ~~District~~ Judge
                                                               M.J.

Copies furnished:
Coren H. Stern, Esq.
Richard Benjamin Wilkes, Esq.
Jonathan Altman, Esq.