FILING FEE
PAID $75.00
In Forma Pauperis 95889/
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2007 MAY -2 AM 11:56

CLARENCE
CLERK U.S. DIST. CT.
S.D. OF FL. -MIAMI

CASE NO.: 06-21748-CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

      Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited
liability partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN &
WOOD, R.J. RUBLE, an individual,
ARTHUR ANDERSEN, LLP, an Illinois
limited liability partnership, MICHAEL S.
MARX, an individual, P. ANTHONY
NISSLEY, an individual, MERRILL
LYNCH & CO., INC., a Delaware
corporation, and MARK C.
KLOPFENSTEIN, an individual,

      Defendants.
_____/

### DEFENDANT MARK C. KLOPFENSTEIN'S MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHEN J. ANDERSON

Defendant Mark C. Klopfenstein ("Klopfenstein" or "Defendant"), by and through undersigned counsel, and pursuant to Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys of the Local Rules of the United States District Court in and for the Southern District of Florida, hereby moves and applies for permission for Stephen J. Anderson to appear *pro hac vice* in the above-styled case on behalf of Defendant and states as follows:

1.    Stephen J. Anderson is a partner with the law firm of Anderson Dailey LLP, which maintains an office at 2002 Summit Boulevard, Suite 1250, Atlanta, Georgia 30319, telephone number (404) 442-1800, facsimile number (404) 442-1820, e-mail: Anderson@andersondailey.com.

BUCHANAN INGERSOLL & ROONEY PC :: Bank of America Tower :: 100 S.E. Second Street, 34th Floor :: Miami, FL 33131 2158 :: T 305 347 4080 :: F 305 347 4089

Dockets.Justia.com

Case No.06-21748-CIV-Martinez/Bandstra

2.      Mr. Anderson is admitted to practice, and is in good standing, in the Bar of the State of Georgia.

3.      Mr. Anderson's Certificate of Good Standing from the Supreme Court of Georgia is attached to this Motion as Exhibit "A" and by this reference is incorporated herein.

4.      Mr. Anderson does not maintain a regular practice of law in the State of Florida.

5.      Mr. Anderson's certification that he has read and studied the Local Rules for United States District Court for the Southern District of Florida is attached hereto as Exhibit "B" and by this reference is incorporated herein.

6.      Richard A. Morgan, counsel for Defendant, is a shareholder with the law firm of Buchanan Ingersoll & Rooney, PC and a member of the bar of this Court who consents to the designation as local counsel pursuant to Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys of the Local Rules of the United States District Court in and for the Southern District of Florida.  Mr. Morgan maintains an office at Buchanan Ingersoll & Rooney, PC, 100 Southeast Second Street, Bank of America Tower, Suite 3400, Miami, Florida 33131-2158.

7.      Undersigned counsel has communicated with Plaintiffs' counsel regarding the relief requested in the instant Motion and their position as to the relief requested herein. Plaintiffs' counsel has advised undersigned counsel that Plaintiffs do not oppose this Motion.

WHEREFORE, Defendant, Mark C. Klopfenstein, respectfully requests that this Court enter an Order authorizing and granting leave for Stephen J. Anderson, Esq. to appear *pro hac vice* and participate in this case as co-counsel for Defendant.

2

Case No.06-21748-CIV-Martinez/Bandstra

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY, PC
Attorneys for Defendant, Mark Feldman
Bank of America Tower
100 Southeast Second Street
34th Floor
Miami, Florida 33131
Telephone:   (305) 347-4080
Facsimile:   (305) 347-4089

By: _____
      RICHARD A. MORGAN
      Florida Bar No. 836869
      KELLY A. MCGOVERN
      Florida Bar No. 28121

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendant's Motion for Admission Pro Hac Vice of Stephen J. Anderson was furnished via United States Mail on this 1st day of May, 2007 upon all counsel of record or pro se parties identified on the attached Service List.

_____
BUCHANAN INGERSOLL & ROONEY, PC

3

Case No.06-21748-CIV-Martinez/Bandstra

# SERVICE LIST

**Richard Benjamin Wilkes**
Richard Benjamin Wilkes PA
600 S. Magnolia Avenue
Suite 200
Tampa, FL 33606
Telephone: 813-254-6060
Facsimile: 813-254-6088
rwilkes@rbwilkes.com
**Attorneys for Plaintiffs**

**Brad D. Brian**
Munger Tolles & Olson
355 S. Grand Avenue
35th Floor
Los Angeles, California 90071-1560
Telephone: 213-683-9100
Facsimile: 213-687-3702
**Attorneys for Sidley, Austin, Brown & Wood, LLP**

**Julie Cantor**
Munger Tolles & Olson
355 S. Grand Avenue
35th Floor
Los Angeles, California 90071-1560
Telephone: 213-683-9100
Facsimile: 213-683-4099
**Attorneys for Sidley, Austin, Brown & Wood, LLP**

**Aaron M. May**
Munger Tolles & Olson
355 S. Grand Avenue
35th Floor
Los Angeles, California 90071-1560
Telephone: 213-683-9148
Facsimile: 213-683-5148
aaron.may@mto.com
**Attorneys for Sidley, Austin, Brown & Wood, LLP**

**Jonathan E. Altman**
Munger Tolles & Olson
355 S. Grand Avenue
35th Floor
Los Angeles, California 90071-1560
Telephone: 213-683-9569
Facsimile: 213-683-4069
jonathan.altman@mto.com
**Attorneys for Sidley, Austin, Brown & Wood, LLP**

**Katherine Warthen Ezell**
Podhurst Orseck Josefsberg et al
City National Bank Building
25 West Flagler Street, Suite 800
Miami, Florida 33130-1780
Telephone: 305-358-2800
Facsimile: 305-358-2382
KEzell@podhurst.com
**Attorneys for Sidley, Austin, Brown & Wood, LLP**

BUCHANAN INGERSOLL & ROONEY PC :: Bank of America Tower :: 100 S.E. Second Street, 34th Floor :: Miami, FL 33131-2158 :: T 305 347 4080 :: F 305 347 4089

Case No.06-21748-CIV-Martinez/Bandstra

**Richard E. Drooyan**
Munger Tolles & Olson
355 S. Grand Avenue
35th Floor
Los Angeles, California 90071-1560
Telephone: 213-683-9100
Facsimile: 213-687-3702
**Attorneys for Sidley, Austin, Brown & Wood, LLP**

**Gabriel P. Sanchez**
Munger Tolles & Olson
355 S. Grand Avenue
35th Floor
Los Angeles, California 90071-1560
Telephone: 213-683-9100
Facsimile: 213-683-5136
**Attorneys for Sidley, Austin, Brown & Wood, LLP**

**Coren Harris Stern**
Bressler Amery & Ross
2801 SW 149th Avenue
Suite 300, Huntington Centre II
Miramar, Florida 33027 90071-1560
Telephone: 954-499-7979
Facsimile: 954-499-7969
cstern@bressler.com
**Attorneys for Arthur Andersen, LLP; Michael S. Marx; Merrill Lynch & Co., Inc.; P. Anthony Nissley; R.J. Ruble**

# EXHIBIT "A"

BUCHANAN INGERSOLL & ROONEY PC :: Bank of America Tower :: 100 S.E. Second Street, 34th Floor :: Miami, FL 33131-2158 :: T 305 347 4080 :: F 305 347 4089



# STATE BAR OF GEORGIA

*Lawyers Serving the Public and the Justice System*

Mr. Stephen J. Anderson
Anderson Dailey LLP
2002 Summit Blvd., Suite 1250
Atlanta, GA  30319


**CURRENT STATUS:**     Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**     12/10/1980

**Attorney Bar Number:** 018325

Today's Date:    April 26, 2007

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
   -Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
   -Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law
    in the State of Georgia.
   -Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Judy Hill*

Official Representative of State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

# EXHIBIT "B"

## CERTIFICATION

I, Stephen J. Anderson, in accordance with Rule 4 B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, certify that I have read, studied and am familiar with the Local Rules of United States District Court for the Southern District of Florida.

DATED: *April 27, 2007*

_____
Stephen J. Anderson

4