UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

 Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability Partnership, f/k/a SIDLEY AUSTIN BROWN & WOOD, f/k/a BROWN & WOOD, R. J. RUBLE, an individual, ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership, MICHAEL S. MARX, an individual, P. ANTHONY NISSLEY, an individual, MERRILL LYNCH & CO., INC., a Delaware corporation, and MARK C. KLOPFENSTEIN, an individual,

 Defendants.
_____/

**ORDER ON AGREED MOTION TO ALLOW EXCEPTION TO
ORDER REQUIRING PARTIES TO MEET IN PERSON**

THIS CAUSE having come before the Court on Plaintiffs, Mark J. Gainor and Elyse Gainor's, Agreed Motion to Allow Exception to Order Requiring Parties to Meet in Person, and the Court having reviewed the motion and being otherwise advised in the premises, it is ORDERED and ADJUDGED as follows:

1. Plaintiffs, Mark J. Gainor and Elyse Gainor's, Agreed Motion to Allow Exception to Order Requiring Parties to Meet in Person is hereby GRANTED.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this _____ day of May, 2007.

               _____
               UNITED STATES DISTRICT COURT JUDGE

Copies to:

All counsel of Record
Magistrate Judge Bandstra