UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR,

    Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendant.

_____/

### ORDER ON AGREED MOTION TO ALLOW EXCEPTION TO REQUIREMENT THAT PARTIES MEET IN PERSON TO PREPARE A JOINT SCHEDULING REPORT

THIS CAUSE came before the Court upon the Plaintiffs' Agreed Motion to Allow Exception to Order Requiring Parties to Meet in Person **(D.E. No. 56)**. The Court has carefully considered the motion and is otherwise duly advised. It is hereby:

**ORDERED and ADJUDGED** that

1. Plaintiffs' Agreed Motion to Allow Exception to Order Requiring Parties to Meet in Person **(D.E. No. 56)** is **GRANTED**.

2. The parties may confer telephonically in order to prepare the Joint Scheduling Report.

3. Plaintiffs are cautioned that all future motions must be accompanied by a proper, electronically filed proposed order in WordPerfect format.

DONE AND ORDERED in Chambers at Miami, Florida, May 15, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record