UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 06-21748-CIV-MARTINEZ-BANDSTRA**

MARK J. GAINOR,
    Plaintiff,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT MERRILL LYNCH & CO., INC.'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE AMENDED COMPLAINT

THIS CAUSE came before the Court upon Defendant Merrill Lynch & Co., Inc.'s Second Unopposed Motion for an Enlargement of Time to Respond to Plaintiffs' Amended Complaint **(D.E. No. 57)**. The Court has carefully considered the motion and is otherwise duly advised. It is hereby:

**ORDERED and ADJUDGED** that

1. Defendant Merrill Lynch & Co., Inc.'s Second Unopposed Motion for an Enlargement of Time to Respond to Plaintiffs' Amended Complaint **(D.E. No. 57)** is **GRANTED**.

2. Defendant Merrill Lynch & Co., Inc. shall have through and including May 22, 2007 to respond to Plaintiffs' Amended Complaint.

3. The parties are cautioned that all future motions must be accompanied by a proper, electronically filed proposed order in WordPerfect format.

DONE AND ORDERED in Chambers at Miami, Florida, May 15, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

Dockets.Justia.com