UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 06-21748-CIV-MARTINEZ-BANDSTRA**

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP et al.,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT KLOPFENSTEIN'S MOTION FOR STEPHEN J. ANDERSON TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Defendant Klopfenstein's Motion for Stephen J. Anderson to Appear *Pro Hac Vice* **(D.E. No. 55)**. The Court has considered the motion and has been sufficiently advised. It is hereby:

**ORDERED AND ADJUDGED** that

Defendant Klopfenstein's Motion for Stephen J. Anderson to Appear *Pro Hac Vice* **(D.E. No. 55)** is hereby **GRANTED**. Designated local counsel, Richard A. Morgan, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of May, 2007.

                                                      JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record