UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

        Plaintiffs,

v.

SIDLEY AUSTIN LLP, et al.

        Defendants.

_____/

**ORDER GRANTING DEFENDANT ARTHUR ANDERSEN LLP'S
FIRST AGREED MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

THIS CAUSE came before the Court on Arthur Andersen LLP's ("Andersen") Agreed Motion for Enlargement of Time to Respond to Plaintiffs' Amended Complaint, and having reviewed the file and being otherwise fully advised, it is

ORDERED AND ADJUDGED:

1. Andersen's First Agreed Motion for Enlargement of Time to Respond to Plaintiffs' Amended Complaint is hereby GRANTED; and

2. Defendant shall have through and including June 15, 2007, within which to respond to Plaintiffs' Amended Complaint.

DONE AND ORDERED in chambers at Miami, Miami-Dade County, Florida this ___ day of May, 2007.

                                                                                     UNITED STATES DISTRICT JUDGE
                                                                                     SOUTHERN DISTRICT OF FLORIDA

Copies Furnished to:
All Counsel of Record

MIA 322312-1.065784.0026

## SERVICE LIST

Richard Benjamin Wilkes
Attorneys at Law
600 S. Magnolia Ave, Suite 200
Tampa, Florida 33606
813-254-6060
Fax: 813-254-6088
*Attorney for Plaintiff*

Johathan E. Altman
Aaron M. May
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, California 90071
613-683-9100
Fax: 613-683-3702

and

Katherine Warthen Ezell
PODHURST ORSECK JOSEFSBERG, ET AL.
25 W. Flagler Street, Suite 800
City National Bank Bldg.
Miami, Florida 33130-1780
305-358-2800
Fax: 305-358-2382
*Counsel for Sidley, Austin, Brown & Wood, LLP*

Stephen J. Anderson
ANDERSON DAILEY LLP
The Prominence Building
3475 Piedmont Road N.E.,
Suite 1820
Atlanta, Georgia 30305
404 442 1800
Fax: 404 442 1820
*Attorney for Marc C. Klopfenstein*

Bennett Falk
Bressler, Amery & Ross P.C.
2801 S.W. 149th Ave.
Miramar, Florida 33027
954-499-7979
*Attorney for Merrill Lynch & Co., R.J. Ruble*