## Pretrial Deadlines and Trial Date

**DATE**

| | |
|---|---|
| February 28, 2008 | Parties shall exchange preliminary witness lists containing the names and addresses of all witnesses who may be called to testify at trial. |
| February 28, 2008 | Parties shall exchange a preliminary exhibit list containing all documents which may be used at trial. The parties shall immediately make available for inspection any document requested by the other party. |
| December 31, 2007 | Joinder of Additional Parties. |
| February 28, 2008 | Plaintiff to provide expert witness summaries and reports as required by Local Rule 16.1.K. |
| March 15, 2008 | Defendant to provide rebuttal expert witness summaries and reports as required by Local Rule 16.1.K. |
| February 28, 2008 | Defendant to provide expert witness summaries and reports as required by Local Rule 16.1.K. |
| March 15, 2008 | Plaintiff to provide rebuttal expert witness summaries and reports as required by Local Rule 16.1.K. |
| May 31, 2008 | All discovery, including expert discovery, shall be completed. |
| June 30, 2008 | All summary judgment, *Daubert*, and other dispositive motions must be filed. A minimum of eight weeks is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. **If no dispositive motions are to be filed, clearly note this fact in the Joint Scheduling Report.** |
| September 1, 2008 | All Pretrial Motions and Memoranda of Law must be filed. |
| Already completed | A mediator must be selected. |
| September 15, 2008 | Joint Pretrial Stipulation must be filed. |
| Already completed | Mediation shall be completed. |



2

| | |
|---|---|
| September 15, 2008 | Parties shall exchange and file final witness lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| September 15, 2008 | Parties shall exchange and file an appropriate identification of each document or other exhibit that the party expect to offer or may offer at trial. |
| August 1, 2008 | Deposition designations must be filed. |
| September 15, 2008 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| October 15, 2008 | Resolution of all pre-trial motions by the Court. |
| November 1, 2008 | Beginning of Trial Period. |