UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

      Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

      Defendants.
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | Motion for Costs | Yes __X__ | No ____ |
| 2. | Motions for Attorney's Fees | Yes __X__ | No ____ |
| 3. | Motions for Sanctions | Yes ____ | No __X__ |
| 4. | Motions to Dismiss | Yes ____ | No __X*__ |
| 5. | Motions for Summary Judgment | Yes ____ | No __X*__ |
| 6. | Other (specify) | _____ | |


EXHIBIT B

*The parties are not at this time in a position to agree to disposition of dispositive motions by a U.S. Magistrate Judge.

| | |
|---|---|
| 05/22/07<br>(Date) | s/ Richard Benjamin Wilkes<br>(Signature – Plaintiff's Counsel) |
| 05/22/07<br>(Date) | s/ Jonathan E. Altman<br>(Signature – Sidley Austin's Counsel) |
| 05/22/07<br>(Date) | s/ Douglas E. Whitney<br>(Signature – Arthur Anderson, Michael S. Marx and P. Anthony Nissley's Counsel) |
| 05/22/07<br>(Date) | s/ Bennett Falk<br>(Signature – Merrill Lynch & Co.'s Counsel) |
| 05/22/07<br>(Date) | s/ Stephen Andersen<br>(Signature – Mark C. Klopfenstein's Counsel) |