UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21748-CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability partnership, f/k/a SIDLEY AUSTIN BROWN & WOOD, f/k/a BROWN & WOOD, R.J. RUBLE, an individual, ARTHUR ANDERSEN, LLP an Illinois limited liability partnership, MICHAEL S. MARX, an individual, P. ANTHONY NISSLEY, an individual, MERRILL LYNCH & CO., INC., a Delaware corporation, and MARK C. KLOPFENSTEIN, an individual,

    Defendants.

**ORDER GRANTING DEFENDANT MERRILL LYNCH & CO., INC.'S
THIRD UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

THIS CAUSE came before the Court on Defendant Merrill Lynch & Co., Inc.'s ("Merrill Lynch") Third Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Amended Complaint, and having reviewed the file and being otherwise fully advised, it is

ORDERED AND ADJUDGED:

1.    Merrill Lynch's Third Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Amended Complaint is GRANTED; and

2.    Defendant shall have through and including May 29, 2007, within which to respond to Plaintiffs' Amended Complaint.

CASE NO. 06-21748-CIV-MARTINEZ/BANDSTRA

      DONE AND ORDERED in chambers at Miami, Miami-Dade County, Florida this \_\_\_\_\_ day of May, 2007.

                                              _____
                                              Jose E. Martinez
                                              U.S. District Judge

Copies furnished:
Coren H. Stern, Esq.
Richard Benjamin Wilkes, Esq.
Richard A. Morgan, Esq.
Stephen J. Anderson, Esq.
Katherine W. Ezell, Esq.
Jonathan E. Altman, Esq.
Douglas E. Whitney, Esq.
Stuart E. Abrams, Esq.
P. Anthony Nissley
R.J. Ruble
Michael S. Marx