

```
FILING FEE
PAID      $75
In Forma
Pauperis  960505
          Clarence Maddox, Clerk
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

FILED by _____ D.C.
MAY 30 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN BROWN &
WOOD, f/k/a BROWN & WOOD, R.J. RUBLE, an
Individual, ARTHUR ANDERSEN, LLP, an Illinois
limited liability partnership, MICHAEL S. MARX, an
individual, P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware corporation,
and MARK C. KLOPFENSTEIN, an individual,

    Defendants.
_____/

## MOTION FOR DOUGLAS E. WHITNEY, ESQ. TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS ARTHUR ANDERSEN LLP, DAVID S. MARX AND P. ANTHONY NISSLEY

In accordance with Local Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Douglas E. Whitney, Esq., of the law firm McDermott Will & Emery LLP, 227 West Monroe Street, Suite 4400, Chicago, IL 60606-5096, (Telephone: 312.372.2000) for purposes of appearing as co-counsel on behalf of Defendants Arthur Anderson LLP, David S. Marx and P. Anthony Nissley herein, in the above-styled case only. The undersigned further requests that the Clerk of Court deliver Notices of Electronic Filing to Mr. Whitney at the following e-mail address: *dwhitney@mwe.com*.

Douglas E. Whitney, Esq. certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Bars of the State of Illinois and the State of Georgia and has also been admitted to the following jurisdictions: U.S. Supreme Court (2006) U.S. Court of Appeals for the Sixth Circuit (2006), U.S. Court of Appeals for the Seventh Circuit (1999) and Eleventh Circuit (1997); U.S. District Court, Northern District of Illinois (1999); and the Northern District of Georgia (1997). Attached hereto are Certificates of Good Standing from the Bars of the State of Illinois and the State of Georgia. In connection herewith, the requisite filing fee has been paid for Mr. Whitney's admission to this Court.

In further support of this Motion, it is hereby designated that Michael G. Austin, Esq., McDermott Will & Emery LLP, 201 South Biscayne Boulevard, Suite 2200, Miami, Florida 33131, is a member in good standing of the Bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of McDermott Will & Emery LLP, 201 South Biscayne Boulevard, Suite 2200, Miami, Florida 33131, (Telephone: 305.358.3500) acts as local counsel in this matter on behalf of defendants Arthur Andersen LLP, David S. Marx and P. Anthony Nissley.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Date: May 24th 2007.

Executed under penalty of perjury this 24th day of May, 2007.

_____
Michael G. Austin, Esq.


**McDERMOTT WILL & EMERY LLP**

By: _____
Michael G. Austin (FBN: 0457205)
*maustin@mwe.com*
201 S. Biscayne Boulevard, Suite 2200
Miami, Florida 33131
Tel. 305.358.3500
Fax. 305.347.6500


**McDERMOTT WILL & EMERY LLP**

By: _____
Douglas E. Whitney
*dwhitney@mwe.com*
227 West Monroe Street, Suite 4400
Chicago, IL 60606-5096
Tel. 312.372.2000
Fax. 312.984.7700


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via U.S. mail on **May 29, 2007**, upon:

_____
Michael G. Austin

CHI99 4828073-1.065784.0026

3

## SERVICE LIST

Richard Benjamin Wilkes
Attorneys at Law
600 S. Magnolia Ave, Suite 200
Tampa, Florida 33606
813-254-6060
Fax: 813-254-6088
*Attorney for Plaintiff*

Johathan E. Altman
Aaron M. May
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, California 90071
613-683-9100
Fax: 613-683-3702

and

Katherine Warthen Ezell
PODHURST ORSECK JOSEFSBERG, ET AL.
25 W. Flagler Street, Suite 800
City National Bank Bldg.
Miami, Florida 33130-1780
305-358-2800
Fax: 305-358-2382
*Counsel for Sidley, Austin, Brown & Wood, LLP*

Stephen J. Anderson
ANDERSON DAILEY LLP
The Prominence Building
3475 Piedmont Road N.E.,
Suite 1820
Atlanta, Georgia 30305
404 442 1800
Fax: 404 442 1820
*Attorney for Marc C. Klopfenstein*

Bennett Falk
Bressler, Amery & Ross P.C.
2801 S.W. 149th Ave.
Miramar, Florida 33027
954-499-7979
*Attorney for Merrill Lynch & Co., R.J. Ruble*

MIA 322377-1.065784.0026



# ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
### of the
### SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Douglas E. Whitney
McDermott Will & Emery
227 W Monroe St
Chicago, IL 60606-5055

Chicago
Wednesday, May 23, 2007

In re: Douglas E. Whitney
Admitted: 5/6/1999
Attorney No. 6257493

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: /s/ Roxanne Trenter
Roxanne Trenter
Deputy Registrar

RT

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Douglas Elliot Whitney
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

**CURRENT STATUS:**     Inactive Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**     11/24/1997

**Attorney Bar Number: 756677**

Today's Date:    May 18, 2007

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY AUSTIN LLP, a Delaware limited liability Partnership, f/k/a SIDLEY AUSTIN BROWN & WOOD, f/k/a BROWN & WOOD, R.J. RUBLE, an Individual, ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership, MICHAEL S. MARX, an individual, P. ANTHONY NISSLEY, an individual, MERRILL LYNCH & CO., INC., a Delaware corporation, and MARK C. KLOPFENSTEIN, an individual,

    Defendants.
_____/

## ORDER GRANTING MOTION OF
## DOUGLAS E. WHITNEY, ESQ. TO APPEAR *PRO HAC VICE*

    THIS CAUSE came before the Court upon the Motion of Douglas E. Whitney, Esq. to Appear *Pro Hac Vice* on behalf of Defendants Arthur Andersen LLP, Michael S. Marx and P. Anthony Nissley, filed on **May_____, 2007**.

    THE COURT has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

    **ADJUDGED** that the Motion is GRANTED. It also is

    **ADJUDGED** that the Clerk of Court shall deliver all Notices of Electronic Filing in the above-styled case to Mr. Whitney at *dwhitney@mwe.com*.

    DONE and ORDERED in Chambers at the United States District Courthouse in Miami, Florida, this _____ day of May, 2007.

                                       _____
                                       JOSE E. MARTINEZ
                                       UNITED STATES DISTRICT JUDGE

Copies provided to:

All counsel of record.
Magistrate Judge Bandstra.
CHI99 4828096-1.065784.0026