UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

    Defendants.
_____/

**ORDER ON UNOPPOSED MOTION OF PLAINTIFFS FOR ENLARGEMENT OF
TIME TO FILE MEMORANDA IN RESPONSE TO MOTIONS TO DISMISS OF
DEFENDANTS, MICHAEL S. MARX AND P. ANTHONY NISSLEY**

THIS CAUSE having come before the Court on the Unopposed Motion of Plaintiffs for Enlargement of Time to File Memoranda in Response to Motions to Dismiss of Defendants, Michael S. Marx and P. Anthony Nissley, and the Court having reviewed the unopposed motion, and being otherwise advised in the premises, it is hereby

ORDERED and ADJUDGED that:

1.    Plaintiffs' unopposed motion is granted. Plaintiffs shall have up through and including July 11, 2007 to file their memoranda in response to Defendant's, Michael S. Marx and P. Anthony Nissley's Motions to Dismiss.

2

   DONE and ORDERED in Chambers at Miami, Florida, this ____ day of _____, 2007.

                     _____
                     JOSE E. MARTINEZ
                     United States District Court Judge

Copies to:
All counsel of record