## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy was sent via the Southern District of Florida's CM/ECF System and/or electronic mail to all counsel of record and by U.S. Mail to the pro se parties identified on the attached Service List this 31 day of May, 2007.

        Respectfully submitted,

        PODHURST ORSECK, P.A.
        25 West Flagler Street, Suite 800

        Tel. (305) 358-2800 / Fax (305) 358-238
        kezell@podhurst.com

        By: s/Katherine W. Ezell
            KATHERINE W. EZELL
            Fla. Bar No. 114771

        And

        MUNGER, TOLLES & OLSON, LLP
        Jonathan E. Altman, Esq.
        jonathan.altman@mto.com
        Aaron M. May, Esq.
        Aaron.may@mto.com
        Gabriel P. Sanchez, Esq
        gabriel.sanchez@mto.com
        355 South Grand Avenue, 35th Floor
        Los Angeles, CA 90071-1560
        (613) 683-9100/Fax (613) 683-5136

        Attorneys for Defendant Sidley Austin, LLP

Dockets.Justia.com

## SERVICE LIST

Richard Benjamin Wilkes, Esq.
Richard W. Candelora, Esq.
Richard Benjamin Wilkes, P.A.
600 South Magnolia Avenue, Suite 200
Tampa, FL 33606
Tel. #: (813) 254-6060
Fax #: (813) 254-6088
E-Mail: rwilkes@rbwilkes.com
Attorneys for Plaintiffs

Stephen J. Anderson, Esq.
2002 Summit Blvd., Suite 1250
Atlanta, GA 30319
Tel. #: (404) 442-1800
Fax #: (404) 442-1820
E-mail: Anderson@andersondailey.com
Attorneys for Mark C. Klopfenstein

Richard A. Morgan, Esq.
E-mail: richard.morgan@bipc.com
Kelly A. McGovern, Esq.
E-mail: kelly.mcgovern@bipc.com
Buchanan Ingersoll & Rooney, PC
Bank of America Tower, 34th Floor
100 Southeast Second Street
Miami, FL 33131
Tel. #: (305) 347-4080
Fax #: (305) 347-4089
Attorneys for Mark C. Klopfenstein

Bennett Falk, Esq.
E-mail: bfalk@bressler.com
Coren Harris Stern, Esq.
E-mail: cstern@bressler.com
Bressler, Amery & Ross
2801 S.W. 149th Ave.
Miramar, Fl 33027
Tel #: (954) 499-7979
Fax #: (954) 499-7969
Attorneys for Merrill Lynch & Co., Inc.

Douglas E. Whitney, Esq.
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
Tel. #: (312) 372-2000
Fax #: (312) 984-7700
E-mail: dwhitney@mwe.com
Attorneys for Arthur Andersen, LLP

Stuart E. Abrams, Esq.
Frankel & Abrams
230 Park Avenue, Suite 3330
New York, NY 10169
Tel. #: (212) 661-5000
Fax #: (212) 661-5007
E-mail: sabrams@frankelabrams.com

R.J. Ruble
1517 Avalon Square
Glen Cover, NY 11542
and
65 Duck Pond Road
Glen Cove, NY 11542


P. Anthony Nissley
350 Melrose Avenue
Kenilworth, IL 60643


Michael S. Marx
110 Trowbridge Road
Atlanta, GA 30350