UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

      Plaintiff,

vs.

SIDLEY, AUSTIN LLP, a Delaware limited
liability Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R.J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an
individual, P. ANTHONY NISSLEY, an
individual, MERRILL LYNCH & CO., INC.,
a Delaware corporation, and MARK C.
KLOPFENSTEIN, an individual,

      Defendant.

_____/

### ORDER GRANTING AGREED MOTION OF DEFENDANT SIDLEY AUSTIN LLP TO EXTEND TIME FOR SIDLEY AUSTIN LLP TO AMEND ITS ANSWER AS OF RIGHT

THIS CAUSE came before the Court upon Defendant Sidley Austin LLP's ("Sidley") Agreed Motion To Extend Time For Sidley Austin LLP To Amend Its Answer As Of Right (D.E. No. _____) filed on May 31, 2007. The Court has carefully considered the motion and is otherwise duly advised. It is hereby:

**ORDERED AND ADJUDGED** that

1. Sidley's Motion is **GRANTED**, and Sidley hereby has until June 7, 2007 to file an Amended Answer as of right without further leave of Court.

3048870.1

-2-

2. Plaintiffs have until July 9, 2007 to file a motion to compel further testimony from Sidley's corporate representative.

DONE AND ORDERED in chambers at Miami, Florida, this __ day of June, 2007.

_____
Jose E. Martinez
United States District Judge

Copies provided to:
All Counsel of Record