UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

     Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP et
al.,

     Defendants.

_____/

### ORDER GRANTING DEFENDANTS ARTHUR ANDERSEN LLP, DAVID S. MARX, AND P. ANTONY NISSLEY'S MOTION FOR DOUGLAS E. WHITNEY TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Defendants Arthur Andersen LLP, David S. Marx, and P. Anthony Nissley's Motion for Douglas E. Whitney to Appear *Pro Hac Vice* **(D.E. No. 70)**.  The Court has considered the motion and has been sufficiently advised.  It is hereby:

**ORDERED AND ADJUDGED** that

Defendants Arthur Andersen LLP, David S. Marx, and P. Anthony Nissley's Motion for Douglas E. Whitney to Appear *Pro Hac Vice* **(D.E. No. 70)** is hereby **GRANTED**.  Designated local counsel, Michael G. Austin, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of June, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record