UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

      Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

      Defendants.
_____/

## ORDER ON UNOPPOSED MOTION OF PLAINTIFFS FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN RESPONSE TO MOTION TO DISMISS OF DEFENDANT, MERRILL LYNCH & CO., INC.

THIS CAUSE having come before the Court on the Unopposed Motion of Plaintiffs for Enlargement of Time to File Memorandum in Response to Motion to Dismiss of Defendant, Merrill Lynch & Co., Inc., and the Court having reviewed the unopposed motion, and being otherwise advised in the premises, it is hereby

ORDERED and ADJUDGED that:

1.    Plaintiffs' unopposed motion is granted. Plaintiffs shall have up through and including July 12, 2007 to file their memorandum in response to Defendant, Merrill Lynch & Co., Inc.'s Motion to Dismiss.

DONE and ORDERED in Chambers at Miami, Florida, this ____ day of _____, 2007.

_____
JOSE E. MARTINEZ
United States District Court Judge

Copies to:
All counsel of record