UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP, a Delaware limited liability partnership, f/k/a BROWN & WOOD, f/k/a BROWN & WOOD, R. J. RUBLE, an individual, ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership, MICHAEL S. MARX, an individual, P. ANTHONY NISSLEY, an individual, MERRILL LYNCH & CO., INC., a Delaware corporation, and MARK C. KLOPFENSTEIN, an individual,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT MERRILL LYNCH & CO, INC.'S MOTION TO DISMISS

THIS CAUSE came before the Court upon Plaintiffs' Motion for Enlargement of Time to File Memorandum in Response to Motion to Dismiss of Defendant Merrill Lynch & Co., Inc. **(D.E. No. 74)**, filed on **June 11, 2007**. The Plaintiffs' original response was due June 12, 2007. The Court cautions that filing a motion for an extension of time is not a substitute for tendering the brief as due. *Ramos v. Ashcroft*, 371 F. 3d 948, 949 (7th Cir. 2004). Nevertheless, the Court has carefully considered the motion, which is unopposed, and is otherwise duly advised.  It is hereby:

    **ORDERED and ADJUDGED** that

Dockets.Justia.com

Plaintiffs' unopposed Motion for Extension of Time to Respond to Defendant Merrill Lynch & Co., Inc.'s Motion to Dismiss **(D.E. No. 74)** is **GRANTED**. Plaintiffs shall have up through and including July 12, 2007 to file their memorandum in response to Defendant Merrill Lynch & Co., Inc.'s Motion to Dismiss.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of June, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record