UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  06-21748-CIV-MARTINEZ-BANDSTRA**

MARK J. GAINOR and ELYSE GAINOR,

     Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP, a
Delaware limited liability partnership, f/k/a
BROWN & WOOD, f/k/a BROWN & WOOD, R.
J. RUBLE, an individual, ARTHUR ANDERSEN,
LLP, an Illinois limited liability partnership,
MICHAEL S. MARX, an individual, P.
ANTHONY NISSLEY, an individual, MERRILL
LYNCH & CO., INC., a Delaware corporation,
and MARK C. KLOPFENSTEIN, an  individual,

     Defendants.

_____/

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR CONSENT MATTERS**

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the

Southern District of Florida, and with the consent to jurisdiction of both parties in the suit, the

above-captioned cause is referred to United States Magistrate Judge **Ted E. Bandstra** to take all

necessary and proper action as required by law and to render a final Order, as appropriate, with

respect to all matters to which the parties consented, including Motion for Costs and Motions for

Attorney's Fees **(D.E. No. 64)**.

ORDERED AND ADJUDGED that it is the responsibility of the parties in this case:

1. To **indicate the name of the Magistrate Judge on all motions and related papers**

**referred by this order in the case number caption (CASE NO.: 06-21748-CIV-MARTINEZ-**

**BANDSTRA);**

2. To direct a courtesy copy of all necessary materials to the Magistrate's chambers; and

3. To indicate on the first page under the case number, of all above-referenced motions

Dockets.Justia.com

and related papers hereafter, that the filing is a "Consent Motion."

    DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of June, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record