UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-Civ-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

    Defendants.
_____/

**ORDER ON AGREED MOTION OF PLAINTIFFS FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN RESPONSE TO MOTION TO DISMISS OF DEFENDANT, ARTHUR ANDERSEN, LLP AND FOR ENLARGEMENT OF TIME FOR DEFENDANTS, ARTHUR ANDERSEN, LLP, MICHAEL S. MARX AND P. ANTHONY NISSLEY TO FILE REPLY MEMORANDA IN SUPPORT OF THEIR MOTIONS TO DISMISS**

THIS CAUSE having come before the Court on the Agreed Motion of Plaintiffs for Enlargement of Time to File Memorandum in Response to Motion to Dismiss of Defendant, Arthur Andersen, LLP, and for Enlargement of Time for Defendants, Arthur Andersen, LLP, Michael S. Marx and P. Anthony Nissley to File Reply Memoranda in Support of their Motions to Dismiss, and

1

the Court having reviewed the unopposed motion, and being otherwise advised in the premises, it is hereby

ORDERED and ADJUDGED that:

1. Plaintiffs' agreed motion is granted.

2. Plaintiffs shall have up through and including July 11, 2007 to file their memorandum in response to Defendant, Arthur Andersen, LLP's Motion to Dismiss.

3. Defendant, Arthur Andersen, LLP, shall have until July 25, 2007 to file its reply memorandum.

4. Defendants, Michael S. Marx and P. Anthony Nissley shall have until July 25, 2007 to file their reply memoranda in support of their motions to dismiss.

DONE and ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2007.

_____
TED E. BANDSTRA
United States Magistrate Judge

Copies to:
All counsel of record