UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP et al.,

    Defendants.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636(b)(1)(B) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **Ted E. Bandstra** to take all necessary and proper action as required by law with respect to:

Defendant Merrill Lynch & Co., Inc's Motion to Dismiss **(D.E. No. 68), filed on May 29, 2007.**

**ORDERED AND ADJUDGED** that

ORDERED AND ADJUDGED that it is the responsibility of the parties in this case to **indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO. 06-21748-CIV-MARTINEZ-BANDSTRA)**, and to direct a courtesy copy of all necessary materials to the Magistrate's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of June, 2007.

                                    _____
                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record