UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP
et al.,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT ARTHUR ANDERSEN LLP'S MOTION TO FILE MOTION TO DISMISS AND SUPPORTING DOCUMENTS UNDER SEAL

THIS CAUSE came before the Court upon **Defendant Arthur Andersen LLP's Motion to File Motion to Dismiss, Supporting Memorandum and Confidential Deposition Transcripts under Seal (D.E. No. 79), filed** on **June 13, 2007**. The Defendant has set forth a reasonable basis for departing from the general policy of a public filing. The documents supporting the defendant's Motion to Dismiss have been designated as "Confidential" pursuant to Agreed Order Approving the Parties' Stipulation of Confidentiality (D.E. No.29), which this Court issued on December 19, 2006. Plaintiffs agree that the supporting documents are subject to the Agreed Order Approving the Parties' Stipulation of Confidentiality. The Court has carefully considered the motion and is otherwise duly advised. Therefore, it is hereby:

**ORDERED and ADJUDGED** that

1. Defendant Arthur Andersen LLP's Motion to File Motion to Dismiss, Supporting Memorandum and Confidential Deposition Transcripts under Seal **(D.E. No. 79) is GRANTED.**

dockets.Justia.com

2. The Clerk of the Court is **DIRECTED** to file these documents **(D.E. Nos. 79, 80, and 81)** <u>under seal</u> until this case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, June 21, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record