UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP
et al.,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT SIDLEY AUSTIN LLP'S AGREED MOTION FOR EXTENSION OF TIME TO AMEND ITS ANSWER AS OF RIGHT

THIS CAUSE came before the Court upon Defendant Sidley, Austin LLP's Agreed Motion for Extension of Time to Amend its Answer As of Right **(D.E. No. 72)**, filed on May 31, 2007. Defendant Sidley, Austin LLP filed an Answer to the Amended Complaint on May 11, 2007.[1] Under Fed. R. Civ. P 15(a), the Defendant had 20 days from this date to amend its Answer as of right, without seeking leave of the court. Accordingly, Defendant Sidley, Austin LLP's Motion to Amend its Answer As of Right was timely. Counsel for Defendant Sidley, Austin LLP conferred with counsel for the Plaintiffs about this motion and counsel for the Plaintiffs advised that he had no objection to the proposed extension. Defendant subsequently filed an Amended Answer to the Amended Complaint (D.E. No. 82) on June 14, 2007. The Court has carefully considered the motion and is otherwise duly advised. It is hereby:

---

[1] Defendant Sidley, Austin LLP states in its motion that it served an Answer to the Amended Complaint on May 17, 2007, however, the docket entry in the electronic filing system for the Clerk's Office shows the date as May 11, 2007.

dockets.Justia.com

**ORDERED and ADJUDGED** that

1. Defendant Sidley, Austin LLP's Agreed Motion for Extension of Time to Amend its Answer As of Right **(D.E. No. 72)** is **GRANTED nunc pro tunc**.

2. Defendant Sidley, Austin LLP's Amended Answer to the Amended Complaint (D.E. No. 82) is accepted as filed.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of July, 2007.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record