UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR EXTENSION
OF TIME TO SERVE DEFENDANT, R.J. RUBLE
AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1.A.3**

    Plaintiffs, Mark J. Gainor and Elyse Gainor, by and through their undersigned counsel, hereby move the Court to extend the time for Plaintiffs to serve the Summons and Amended Complaint on Defendant, R.J. Ruble, and as grounds therefor state:

    1.    The Court deemed Plaintiffs' Amended Complaint filed on March 7, 2007, and on March 15, 2007 the Clerk issued a summons to R.J. Ruble.

    2.    Plaintiff's counsel has written to Mr. Ruble's attorney, Stuart Abrams, requesting that he accept service. Such request was denied; see **Exhibit A** attached hereto.

3. Since that time, Plaintiffs' counsel has hired a process server who has attempted to serve Mr. Ruble numerous times at his home in New York.

4. The process server in New York has attempted service on Mr. Ruble on various occasions, and has been advised by neighbors that Mr. Ruble seemingly only shows up at the residence periodically to check mail.

5. Presently, the process server is conducting a comprehensive investigation of Mr. Ruble to acquire information of assistance in locating and identifying Ruble, and is in the process of performing a "stake out" at the condominium complex in an effort to serve Mr. Ruble.

6. In order to facilitate the process described above, Plaintiffs' will need additional time to serve Mr. Ruble.

7. The requested extension will not unduly prejudice the parties, or unduly delay this cause and is consistent with the administration of justice.

8. No memorandum of law is filed with this motion further to Local Rule 7.1.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1.A.3

9. Counsel for Plaintiffs wrote to opposing counsel for Defendants, Sidley Austin LLP, Arthur Andersen, LLP, Michael S. Marx, P. Anthony Nissley, Merrill Lynch & Co., Inc. and Mark C. Klopfenstein, requesting that they advise of any objections to

this extension. Plaintiffs were unable to confirm with counsel that Defendants have any objection to this motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order allowing an additional 120 days from the date of the Order granting this motion within which Plaintiff may serve Defendant, R.J. Ruble.

RICHARD BENJAMIN WILKES
Florida Bar No. 267163
RICHARD W. CANDELORA
Florida Bar No. 198056
**RICHARD BENJAMIN WILKES, P.A.**
600 South Magnolia Avenue
Suite 200
Tampa, Florida 33606
Telephone:    (813) 254-6060
Facsimile:    (813) 254-6088
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Richard W. Candelora

## SERVICE LIST

Katherine W. Ezell, Esq.
KEzell@podhurst.com
Podhurst Orseck, P.A.
25 W. Flagler Street, Suite 800
Miami, FL 33130
**Counsel for Sidley Austin**

Jonathan E. Altman, Esq.
Jonathan.Altman@mto.com
Aaron May, Esq.
Aaron.May@mto.com
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
**Counsel for Sidley Austin**

Coren Stern, Esq.
CStern@bressler.com
Bennett Falk, Esq.
BFalk@bressler.com
Bressler, Amery & Ross
2801 S.W. 149th Avenue
Miramar, FL 33027
**Counsel for Merrill Lynch**

Douglas E. Whitney, Esq.
DWhitney@mwe.com
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
**Counsel for Arthur Andersen, Nissley and Marx**

Michael G. Austin, Esq.
MAustin@mwe.com
McDermott Will & Emery
201 South Biscayne Boulevard
Suite 2200
Miami, FL 33131
**Counsel for Arthur Andersen, Nissley and Marx**

Richard A. Morgan, Esq.
Richard.Morgan@bipc.com
Buchanan Ingersoll & Rooney, P.C.
Bank of America Tower
100 S.E. 2nd Street, 34th Floor
Miami, FL 33131
**Counsel for Klopfenstein**

Stephen J. Anderson, Esq.
Anderson@andersondailey.com
Anderson Dailey LLP
2002 Summit Boulevard, Suite 1250
Atlanta, GA 30319
**Counsel for Klopfenstein**

**Robin Barbour**

**From:** Richard Wilkes
**Sent:** Monday, July 02, 2007 3:02 PM
**To:** Sue Foster
**Subject:** FW: Gainor v. Sidley, et al.

**From:** sabrams@frankelabrams.com [mailto:sabrams@frankelabrams.com]
**Sent:** Thursday, June 14, 2007 1:02 PM
**To:** Richard Wilkes
**Subject:** Gainor v. Sidley, et al.

Dear Mr. Wilkes:

You have continued to send papers in this case to me. I appreciate it if you are doing this as a matter of courtesy. However, as I advised you, and as you have confirmed, Mr. Ruble has never been served in this case and I am not accepting service on his behalf.

Stuart Abrams



7/5/2007