UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

    Defendants.
_____/

**ORDER ON PLAINTIFFS' MOTION FOR EXTENSION
OF TIME TO SERVE DEFENDANT, R.J. RUBLE**

THIS CAUSE having come before the Court on Plaintiffs' Motion for Extension of Time to Serve Defendant, R.J. Ruble, and the Court having reviewed the motion, and being otherwise advised in the premises, it is hereby

ORDERED and ADJUDGED that:

1.    Plaintiffs' motion is granted. Plaintiffs shall have and additional 120 days from the date of this Order within which to serve Defendant, R.J. Ruble with the Summons and Amended Complaint.

DONE and ORDERED in Chambers at Miami, Florida, this ____ day of _____, 2007.

                                                                                                                              TED E. BANDSTRA  
                                                                                                                              United States Magistrate Judge

Copies to:  
All counsel of record