UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

    Defendants.
_____/

**PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANT
SIDLEY AUSTIN BROWN & WOOD'S AMENDED ANSWER
AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1A.3**

Plaintiffs, Mark and Elyse Gainor, by and through their undersigned counsel, and pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, hereby move the Court for entry of an Order (1) striking from the Amended Answer filed by Defendant, Sidley Austin Brown & Wood ("Sidley"), all responses in the Amended Answer where Sidley characterizes the allegation as a legal conclusion and states that no response is required; and (2) deeming all such allegations admitted by Sidley.

In support of this motion, Plaintiffs respectfully refer the Court to the following memorandum of law.

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE

In support of their motion to strike portions of Defendant Sidley's Amended Answer to the Amended Complaint, Plaintiffs submit:

In its responses to numerous paragraphs of the Complaint, specifically paragraphs 19, 54, 80, 81, 95, 100, 101, 103, 106, 107, 120, 122, 123, 128, 133, 141, and 148, Sidley states that the allegations call for a legal conclusion and therefore no response is required. This response is inappropriate.

Rule 8(b) of the Federal Rules of Civil Procedure requires a defendant to respond to all allegations of the Complaint. No exception to this requirement exists for purported "legal conclusions." E.g., State Farm Mutual Automobile Insurance Co. v. Riley, 199 FRD 276, 278-279 (ND Ill. 2001); Farrell v. Pike, 342 F.Supp.2d 433, 440-441 (MD NC 2004). Rule 8 provides only three permissible responses: Admitted, denied, and without knowledge. Thus, failure to either admit, deny, or state one is without knowledge as to the allegations of the Complaint is a violation of Rule 8 of the Federal Rules of Civil Procedure. E.g., State Farm Mutual Automobile Insurance Co. v. Riley, 199 FRD 276, 278-279 (ND Ill. 2001); Farrell v. Pike, 342 F.Supp.2d 433, 440-441 (MD NC 2004).

The purpose of this rule is to apprise the Plaintiff of which allegations of the Complaint stand admitted and will not be an issue at trial, and which allegations are contested and will require proof at trial (Id.). If an answer is not sufficiently definite in nature to give reasonable notice of the allegations which are contested and will require proof at trial, the Plaintiff is unable to know what facts he will need to prove at trial. Under such circumstances, where the answer is not sufficiently definite to provide such

notice, the averments may be treated as admitted (Id.). In this case, the above allegations of the Complaint should be deemed admitted.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1A.3.

Undersigned counsel for Plaintiffs hereby certifies that he has conferred with counsel for Sidley regarding this issue, but without success.

WHEREFORE, Plaintiffs, Mark and Elyse Gainor, respectfully request the Court to enter an Order declaring that paragraphs 19, 54, 80, 81, 95, 100, 101, 103, 106, 107, 120, 122, 123, 128, 133, 141, and 148 of the Amended Complaint are deemed admitted by Defendant Sidley Austin.

_____
RICHARD CANDELORA
Florida Bar No. 198056
**RICHARD BENJAMIN WILKES**
**ATTORNEYS AT LAW**
600 South Magnolia Avenue
Suite 200
Tampa, Florida 33606
Telephone:   (813) 254-6060
Facsimile:    (813) 254-6088
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                       /s/ Richard W. Candelora
                                                                                       Richard W. Candelora

## SERVICE LIST

Katherine W. Ezell, Esq.
KEzell@podhurst.com
Podhurst Orseck, P.A.
25 W. Flagler Street, Suite 800
Miami, FL 33130
**Counsel for Sidley Austin**

Jonathan E. Altman, Esq.
Jonathan.Altman@mto.com
Aaron May, Esq.
Aaron.May@mto.com
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
**Counsel for Sidley Austin**

Coren Stern, Esq.
CStern@bressler.com
Bennett Falk, Esq.
BFalk@bressler.com
Bressler, Amery & Ross
2801 S.W. 149th Avenue
Miramar, FL 33027
**Counsel for Merrill Lynch**

Stuart E. Abrams, Esq.
SAbrams@frankelabrams.com
Frankel & Abrams
230 Park Avenue, Suite 3330
New York, NY 10169
**Counsel for Ruble**

R. J. Ruble
1517 Avalon Square
Glen Cove, NY 11542

Douglas E. Whitney, Esq.
DWhitney@mwe.com
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
**Counsel for Arthur Andersen,
   Nissley and Marx**

Michael G. Austin, Esq.
MAustin@mwe.com
McDermott Will & Emery
201 South Biscayne Boulevard
Suite 2200
Miami, FL 33131
**Counsel for Arthur Andersen,
   Nissley and Marx**

Richard A. Morgan, Esq.
Richard.Morgan@bipc.com
Buchanan Ingersoll & Rooney, P.C.
Bank of America Tower
100 S.E. 2nd Street, 34th Floor
Miami, FL 33131
**Counsel for Klopfenstein**

Stephen J. Anderson, Esq.
Anderson@andersondailey.com
Anderson Dailey LLP
2002 Summit Boulevard, Suite 1250
Atlanta, GA 30319
**Counsel for Klopfenstein**

R.J. Ruble
65 Duck Pond Road
Glen Cove, NY 11542