(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 06-217480-Civ-Martinez-Bandstra

Mark J. Gainor and Elyse Gainor,

                Plaintiff

v.

Sidley Austin, LLP, etc., et al.,

                Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Plaintiffs, c/o Richard Benjamin Wilkes, Esquire

Address: 600 S. Magnolia Avenue, Suite 200, Tampa, FL 33606

Telephone: (813) 254-6060

On behalf of (select one):    ☒ Plaintiff    ☐ Defendant

Date sealed document filed: 7/11/2007

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 12/19/06, No. 29

The matter should remain sealed until:

☐ Conclusion of Trial          ☐ Arrest of First Defendant
☒ Case Closing                ☐ Conclusion of Direct Appeal
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:

---

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file    ☒ Destroyed
☐ Returned to the party or counsel for the party, as identified above

*[signature]*

Attorney for: PLAINTIFFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

    Defendants.
_____/

## PLAINTIFFS' MOTION TO FILE RESPONSE MEMORANDA TO DEFENDANTS, ARTHUR ANDERSEN, LLP, MICHAEL S. MARX AND P. ANTHONY NISSLEY'S MOTION TO DISMISS AND SUPPORTING AFFIDAVIT UNDER SEAL

Plaintiffs, Mark and Elyse Gainor, by and through their undersigned counsel, pursuant to Local Rule 5.4 and this Court's December 19, 2006 Agreed order approving the Parties' Stipulation of Confidentiality (the "protective Order"), hereby move the Court for permission to file under seal their Memoranda in response to the Motions to Dismiss filed by Defendants, Arthur Andersen, LLP, Michael S. Marx and P. Anthony Nissley, as well as the Affidavit of Mark J. Gainor, which includes documents designated as "Confidential" under the Protective Order.

WHEREFORE, Plaintiffs, Mark and Elyse Gainor, respectfully request that the Clerk file the confidential documents under seal until entry of final judgment and exhaustion of all appeals, at which time the Court should destroy the sealed documents.

_____
RICHARD CANDELORA
Florida Bar No. 198056
**RICHARD BENJAMIN WILKES**
**ATTORNEYS AT LAW**
600 South Magnolia Avenue
Suite 200
Tampa, Florida 33606
Telephone:   (813) 254-6060
Facsimile:    (813) 254-6088
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Richard Benjamin Wilkes
Richard Benjamin Wilkes

## SERVICE LIST

Katherine W. Ezell, Esq.
KEzell@podhurst.com
Podhurst Orseck, P.A.
25 W. Flagler Street, Suite 800
Miami, FL 33130
**Counsel for Sidley Austin**

Jonathan E. Altman, Esq.
Jonathan.Altman@mto.com
Aaron May, Esq.
Aaron.May@mto.com
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
**Counsel for Sidley Austin**

Coren Stern, Esq.
CStern@bressler.com
Bennett Falk, Esq.
BFalk@bressler.com
Bressler, Amery & Ross
2801 S.W. 149th Avenue
Miramar, FL 33027
**Counsel for Merrill Lynch**

Stuart E. Abrams, Esq.
SAbrams@frankelabrams.com
Frankel & Abrams
230 Park Avenue, Suite 3330
New York, NY 10169
**Counsel for Ruble**

R. J. Ruble
1517 Avalon Square
Glen Cove, NY 11542

Douglas E. Whitney, Esq.
DWhitney@mwe.com
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
**Counsel for Arthur Andersen,
      Nissley and Marx**

Michael G. Austin, Esq.
MAustin@mwe.com
McDermott Will & Emery
201 South Biscayne Boulevard
Suite 2200
Miami, FL 33131
**Counsel for Arthur Andersen,
      Nissley and Marx**

Richard A. Morgan, Esq.
Richard.Morgan@bipc.com
Buchanan Ingersoll & Rooney, P.C.
Bank of America Tower
100 S.E. 2nd Street, 34th Floor
Miami, FL 33131
**Counsel for Klopfenstein**

Stephen J. Anderson, Esq.
Anderson@andersondailey.com
Anderson Dailey LLP
2002 Summit Boulevard, Suite 1250
Atlanta, GA 30319
**Counsel for Klopfenstein**

R.J. Ruble
65 Duck Pond Road
Glen Cove, NY 11542