UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

  Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

  Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE RESPONSE MEMORANDA TO DEFENDANTS, ARTHUR ANDERSEN, LLP, MICHAEL S. MARX AND P. ANTHONY NISSLEY'S MOTIONS TO DISMISS AND SUPPORTING AFFIDAVIT UNDER SEAL**

THIS CAUSE having come before the Court on Plaintiffs' Motion to File Response Memoranda to Defendants, Arthur Andersen, LLP, Michael S. Marx and P. Anthony Nissley's Motions to Dismiss and Supporting Affidavit Under Seal, and the Court having reviewed the motion, and being otherwise advised in the premises, it is hereby

  ORDERED and ADJUDGED that:

  1. Plaintiffs' Motion to File Response Memoranda to Defendants, Arthur Andersen, LLP, Michael S. Marx and P. Anthony Nissley's Motions to Dismiss and Supporting Affidavit Under Seal is granted.

2

2. The Clerk of the Court is directed to file these documents under seal until this case is closed.

DONE and ORDERED in Chambers at Miami, Florida, this ____ day of _____, 2007.

_____<br>
JOSE E. MARTINEZ<br>
United States District Court Judge

Copies to:
Magistrate Judge Bandstra
All counsel of record