UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MARK J. GAINOR AND ELYSE GAINOR,

                    Plaintiffs,              Case No: 06-21748-CIV

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,
a Delaware limited liability partnership, f/k/a
BROWN & WOOD, f/k/a BROWN & WOOD,
R.J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
Partnership, MICHAEL S. MARX, an
Individual, P. ANTHONY NISSLEY, an
Individual, MERRILL LYNCH & CO., INC.,
a Delaware corporation and MARK C.
KLOPFENSTEIN, an individual,

                    Defendants.
_____/

**ORDER GRANTING PLAINTIFF GAINORS' MOTION TO COMPEL (a) RESPONSES
TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANTS ARTHUR ANDERSEN, MARX AND NISSLEY AND (b) DEPOSITION
DATES FOR MARX AND NISSLEY**

    This cause came before the Court on Gainor's Motion To Compel (a) Responses To Plaintiffs' Second Request For Production Of Documents To Defendants Arthur Andersen, Marx and Nissley and (b) Deposition Dates For Marx And Nissley. The Court having reviewed Gainor's Motion to Compel (a) Responses To Plaintiffs' Second Request For Production Of Documents To Defendants Arthur Andersen, Marx and Nissley and (b) Deposition Dates For Marx and Nissley, the Memorandum in Support thereof and the responses filed by Marx and Nissley, and being otherwise fully advised in the premises, it is

    ORDERED and ADJUDGED as follows:

# 191085

1. Plaintiffs' Motion To Compel (a) Responses To Plaintiffs' Second Request For Production Of Documents To Defendants Arthur Andersen, Marx and Nissley and (b) Deposition Dates For Marx And Nissley is hereby GRANTED.

2. Defendants Arthur Andersen, Marx and Nissley shall have 10 days from the date of this ORDER to answer the Plaintiffs' Second Request for Production of Documents to Defendants Arthur Andersen, Marx and Nissley and to produce documents responding to the Second Request for Production.

3. Defendants Marx and Nissley shall make themselves available for depositions on matters related to their contacts with the state of Florida and shall provide dates for such depositions within seven (7) days of the date of this Order.

**DONE and ORDERED** in Chambers on July _____ 2007, in Miami, Florida.

                                                                              _____
                                                                              Honorable Ted E. Bandstra
                                                                              United States Magistrate Judge

Conformed Copies to:
All counsel of Record

# 191085