UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANTS,
ARTHUR ANDERSEN AND MERRILL LYNCH, TO PRODUCE INITIAL
DISCLOSURES IN COMPLIANCE WITH RULE 26(a)**

THIS CAUSE came before the Court upon Plaintiffs' Motion to Compel Defendants, Arthur Andersen and Merrill Lynch, To Produce Initial Disclosures in Compliance with Fed.R. Civ. P. 26(a) (the "Motion"). The Court has carefully considered the Motion and is otherwise duly advised. It is hereby:

**ORDERED AND ADJUDGED** that

1.    Plaintiffs' Motion is **GRANTED.**

2.    Defendant Arthur Andersen shall within ten days from the date of entry of this Order: (a) produce copies of, or appropriate descriptions of, all documents,

1

electronically stored information, and tangible things that may be used to support the Andersen Defendants,' as that term is defined in the Motion, claims and defenses; and (b) identify and produce for inspection and copying any insurance policies that may be available to the Andersen Defendants concerning the claims against them in this case.

3. Defendant Merrill Lynch shall within ten days from the date of entry of this Order: (a) provide to Plaintiffs the names and, if known, the addresses and telephone numbers of the individuals listed generally as "any other third party advisors of Plaintiffs" in Merrill Lynch's disclosures; and (b) produce copies of, or appropriate descriptions of, all documents, electronically stored information, and tangible things that may be used to support its claims and defenses.

**DONE AND ORDERED** in chambers at Miami, Florida, this _____ day of July 2007.

                                                            Honorable Ted E. Bandstra
                                                          United States Magistrate Judge

Copies provided to:
All Counsel of Record