UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARK J. GAINOR,

    Plaintiff,

v.                         CASE NO.: 06-21748-Civ-Martinez

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendant.
_____/

### PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT

Plaintiff, MARK J. GAINOR, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 36, hereby requests that Defendant, SIDLEY, AUSTIN, BROWN & WOOD, LLP, admit or deny each of the matters set forth below within thirty (30) days from the date hereof. Any matter not denied within thirty (30) days shall be deemed admitted, pursuant to the applicable rules.

    1.    Treasury Circular 230 was applicable to the work performed by Sidley Austin for Mr. Gainor in 1999.

    2.    ABA formal opinion 346 was applicable to the work that Sidley Austin performed for Mr. Gainor in 1999.

RICHARD BENJAMIN WILKES
Florida Bar No. 267163
**RICHARD BENJAMIN WILKES**
**ATTORNEYS AT LAW**
600 South Magnolia Avenue, Suite 200
Tampa, Florida 33606
Telephone:  (813) 254-6060
Facsimile:   (813) 254-6088
Attorneys for Plaintiff

EXHIBIT A


Dockets.Justia.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by first class U.S. Mail this 13th day of December, 2006, to:

Jonathan E. Altman, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071

Katherine W. Ezell, Esq.
Podhurst Orseck, P.A.
25 W. Flagler Street, Suite 800
Miami, FL 33130

_____
Attorney