UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.:  06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

      Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY  NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

      Defendants.

_____/

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL FULL AND
COMPLETE RESPONSES TO DISCOVERY FROM DEFENDANT, SIDLEY
AUSTIN BROWN & WOOD**

THIS CAUSE came before the Court upon Plaintiffs' Motion to Compel Full and

Complete Responses to Discovery from Defendant, Sidley Austin Brown & Wood, filed

on July 16, 2007 (the "Motion"). The Court has carefully considered the motion and is

otherwise duly advised. It is hereby:

**ORDERED AND ADJUDGED** that

1.     Plaintiffs' Motion is **GRANTED.**

2.     Within ten days from the date of entry of this Order, Defendant Sidley

      Austin Brown & Wood ("Sidley") shall:

Dockets.Justia.com

(a)    Admit or deny Requests #1 and #2 of Plaintiffs' First Requests for Admissions to Sidley;

(b)    Produce all documents responsive to Request #3 of Plaintiffs' Sixth Request for Production of Documents to Sidley;

(c)    Produce a privilege log that includes all privileged documents withheld except for written and oral communications between Sidley and its counsel after commencement of the litigation between Sidley and Plaintiffs and work product material created after commencement of the litigation between Sidley and Plaintiffs;

(d)    Produce all documents responsive to Request #29 of Plaintiff's Second Request for Production of Documents to Sidley; and

(e)    Produce any documents responsive to Request #7 of Plaintiffs' Third Request for Production of Documents to Sidley.

**DONE AND ORDERED** in chambers at Miami, Florida, this _____ day of July 2007.

_____
Honorable Ted E. Bandstra
United States Magistrate Judge

Copies provided to:
All Counsel of Record