UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR and ELYSE
GAINOR,

        Plaintiffs,

v.

SIDLEY AUSTIN LLP, et al.

        Defendants.
_____/

**ARTHUR ANDERSEN LLP'S, MARX'S, AND NISSLEY'S AGREED MOTION FOR
ADDITIONAL TIME TO FILE REPLIES IN SUPPORT OF THEIR MOTIONS TO
DISMISS AND RESPOND TO PLAINTIFFS' MOTIONS TO COMPEL**

Defendants Arthur Andersen LLP, Michael S. Marx, and P. Anthony Nissley

(collectively "Andersen") move the Court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of

time through and including August 8, 2007 to file reply memoranda in support of Arthur

Andersen's, Marx's, and Nissley's individual Motions to Dismiss and also respond to Plaintiffs'

two motions to compel. Plaintiffs, through counsel, have granted their agreement to this Motion.

As grounds for this Motion, Andersen states:

      1.      On July 11, 2007, Plaintiffs filed Plaintiffs' Memorandum of Law in Opposition

to Defendant Arthur Andersen LLP's Motion to Dismiss, Plaintiffs' Memorandum of Law in

Opposition to Defendant Marx's Motion to Dismiss, and Plaintiffs' Memorandum of Law in

Opposition to Defendant Nissley's Motion to Dismiss.

      2.      Also on July 11, 2007, Plaintiffs filed Plaintiffs' Motion to Compel Defendants,

Arthur Andersen and Merrill Lynch, to Produce Initial Disclosures in Compliance with Rule

26(a) and Plaintiffs' Motion to Compel (a) Responses to Plaintiffs' Second Request for

Production of Documents to Defendants Arthur Andersen, Marx and Nissley and (b) Deposition

Dates for Marx and Nissley (collectively "Motions to Compel").

3.    Pursuant to the Order Granting Plaintiffs' Motion for Extension of Time to

Respond to Defendant Arthur Andersen, LLP's Motion to Dismiss, and for Extension of Time

for Defendants Arthur Andersen, LLP and Michael S. Marx and P. Anthony Nissley to File Their

Reply Memoranda, Andersen's reply memoranda are due on July 25, 2007.

4.    Pursuant to Pacer's Docket Report, Andersen's responses to Plaintiffs' Motions to

Compel are also due July 25, 2007.

5.    Given the volume of briefing and other scheduling issues, counsel for Andersen

needs additional time to submit its reply memoranda in support of its three motions to dismiss as

well as respond to Plaintiffs' Motions to Compel.

6.    Counsel for Andersen has conferred with Plaintiffs' counsel.  Plaintiffs' counsel

has graciously agreed to the enlargement of time, through and including August 8, 2007 for

Andersen to serve its reply memoranda and to respond to Plaintiffs' Motions to Compel.

With this Motion, undersigned counsel has provided the Court with a proposed order

granting the requested enlargement of time.

WHEREFORE, Andersen respectfully requests that this Court enter an Order granting this Agreed Motion for Additional Time to File Replies in Support of Andersen's Motions to Dismiss and Respond to Plaintiffs' Motions to Compel through and including August 8, 2007.

McDERMOTT WILL & EMERY LLP

By:   *s/: Michael G. Austin*
       Michael G. Austin (FBN 0457205)
       E-mail: *maustin@mwe.com*
       201 South Biscayne Blvd., Ste. 2200
       Miami, Florida 33131
       Tel: (305) 347-6511; Fax: (305) 347-6500

       *Of counsel:*
       Douglas E. Whitney
       Jocelyn D. Francoeur
       **McDERMOTT WILL & EMERY LLP**
       227 West Monroe Street
       Chicago, Illinois 60606
       (312) 372-2000
       (312) 984-7700 FAX
       E-Mail:  dwhitney@mwe.com
                jfrancoeur@mwe.com
       *Counsel for Arthur Andersen, LLP, Michael S. Marx and P. Anthony Nissley*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to CM/ECF participants. The foregoing document was also served on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing identified on the attached Service List via first-class U.S. Mail.

                        *s/ Michael G. Austin*
                        Michael G. Austin

## SERVICE LIST

Richard Benjamin Wilkes
Richard W. Candelora
Richard Benjamin Wilkes, P.A.
Attorneys at Law
600 S. Magnolia Ave, Suite 200
Tampa, Florida  33606
813-254-6060
Fax:  813-254-6088
**rwilkes@rbwilkes.com**
*Attorneys for Plaintiff*


Jonathan E. Altman
Aaron M. May
Gabriel P. Sanchez
Brad D. Brian
Julie Cantor
Lisa Demsky
Richard Drooyan
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, California  90071
613-683-9100
Fax:  613-683-3702
**Jonathan.altman@mto.com**
**Aaron.may@mto.com**
**Gabriel.sanchez@mto.com**
*Attorneys for Sidley Austin LLP*


Coren Harris Stern
Bennett Falk
Bressler, Amery & Ross P.C.
2801 S.W. 149th Ave.
Miramar, Florida  33027
954-499-7979
**cstern@bressler.com**
*Attorneys for Merrill Lynch & Co., R.J. Ruble*


Katherine Warthen Ezell
PODHURST ORSECK
   JOSEFSBERG, ET AL.
25 W. Flagler Street, Suite 800
City National Bank Bldg.
Miami, Florida  33130-1780
305-358-2800
Fax:  305-358-2382
**KEzell@podhurst.com**
*Attorneys for Sidley, Austin, Brown
& Wood, LLP*


Stephen J. Anderson
ANDERSON DAILEY LLP
2002 Summit Blvd., Suite 1250
Atlanta, Georgia 30319
404 442 1800
Fax:  404 442 1820
**Anderson@andersondailey.com**
*Attorney for Marc C. Klopfenstein*


R.J. Ruble
1517 Avalon Square
Glen Cover, New York 11542


Richard A. Morgan
Buchanan Ingersoll & Rooney, P.C.
100 S.E. Second Street
Miami, Florida 33131
305-347-4080
Fax 305-347-4089
**Richard.morgan@bipc.com**
*Attorneys for Mark C. Klopfenstein*


MIA 324677-1.065784.0026

4