


UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY AUSTIN LLP, a Delaware limited liability Partnership, f/k/a SIDLEY AUSTIN BROWN & WOOD, f/k/a BROWN & WOOD, R.J. RUBLE, an Individual, ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership, MICHAEL S. MARX, an individual, P. ANTHONY NISSLEY, an individual, MERRILL LYNCH & CO., INC., a Delaware corporation, and MARK C. KLOPFENSTEIN, an individual,

    Defendants.
_____/

### MOTION FOR JOCELYN D. FRANCOEUR, ESQ. TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS ARTHUR ANDERSEN LLP, MICHAEL S. MARX AND P. ANTHONY NISSLEY

In accordance with Local Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Jocelyn D. Francoeur, Esq., of the law firm McDermott Will & Emery LLP, 227 West Monroe Street, Suite 4400, Chicago, IL 60606-5096, (Telephone: 312.372.2000) for purposes of appearing as co-counsel on behalf of Defendants Arthur Andersen LLP, Michael S. Marx and P. Anthony Nissley herein, in the above-styled case only. The undersigned further requests that the Clerk of Court deliver Notices of Electronic Filing to Jocelyn D. Francoeur at the following e-mail address: *jfrancoeur@mwe.com*.

Jocelyn D. Francoeur, Esq. certifies herewith that she has studied the Local Rules of this Court and is a member in good standing of the Bars of the State of Illinois and the State of Wisconsin and has also been admitted to the following jurisdictions: U.S. District Court, Northern District of Illinois (2005); and the Eastern District of Wisconsin (2002). Attached hereto are Certificates of Good Standing from the Bars of the State of Illinois and the State of Wisconsin. In connection herewith, the requisite filing fee has been paid for Jocelyn D. Francoeur's admission to this Court.

In further support of this Motion, it is hereby designated that Michael G. Austin, Esq., McDermott Will & Emery LLP, 201 South Biscayne Boulevard, Suite 2200, Miami, Florida 33131, is a member in good standing of the Bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of McDermott Will & Emery LLP, 201 South Biscayne Boulevard, Suite 2200, Miami, Florida 33131, (Telephone: 305.358.3500) acts as local counsel in this matter on behalf of defendants Arthur Andersen LLP, Michael S. Marx and P. Anthony Nissley.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Date: July 17th, 2007.

Executed under penalty of perjury this 17th day of July, 2007.

_____
Michael G. Austin, Esq.


**McDERMOTT WILL & EMERY LLP**

By: _____
Michael G. Austin (FBN: 0457205)
*maustin@mwe.com*
201 S. Biscayne Boulevard, Suite 2200
Miami, Florida 33131
Tel. 305.358.3500
Fax. 305.347.6500


**McDERMOTT WILL & EMERY LLP**

By: _____
Jocelyn D. Francoeur
*jfrancoeur@mwe.com*
227 West Monroe Street, Suite 4400
Chicago, IL 60606-5096
Tel. 312.372.2000
Fax. 312.984.7700

CHI99 4852249-1.065784.0026

## CERTIFICATE OF SERVICE

I, Michael G. Austin, an attorney, certify that I caused a copy of the foregoing **Motion for Jocelyn D. Francoeur, Esq. to Appear *Pro Hac Vice* on behalf of Defendants Arthur Andersen LLP, Michael S. Marx and P. Anthony Nissley** to be served on all parties listed on the attached service list via the Court's CM/ECF system or if such person(s) is not subscribed to the same, via U.S. Mail. on this 17th day of July, 2007:

_____
Michael G. Austin

Mark J. Gainor v. Sidley, Austin, Brown & Wood, LLP and Arthur Andersen LLP
Case No.: 06-21748-CIV-MARTINEZ-BANDSTRA

## SERVICE LIST

Richard Benjamin Wilkes, Esq.
Richard W. Candelora, Esq.
Richard Benjamin Wilkes PA
Attorneys at Law
600 S. Magnolia Ave, Suite 200
Tampa, FL 33606
813-254-6060
Fax: 813-254-6088
*Attorney for Mark J. Gainor and Elyse Gainor*

Johathan E. Altman, Esq.
Brad D. Brian, Esq.
Aaron M. May, Esq.
Julie Cantor, Est.
Lisa Demsky, Esq
Richard E. Drooyan, Esq
Gabriel P. Sanchez, Esq
Munger, Tolles & Olson LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: 213-683-9100
Fax: 213-683-3702
**and**
Katherine Warthen Ezell, Esq.
Podhurst Orseck Josefsberg, et al.
City National Bank Bldg.
25 W. Flagler Street, Suite 800
Miami, Fl 33130
305-358-2800
Fax: 305-358-2382
*Attorneys for Sidley, Austin, Brown & Wood, LLP*

Stephen J. Anderson, Esq.
Anderson Dailey LLP
2002 Summit Blvd., Suite 1250
Atlanta, GA 30319
404 442 1800
Fax: 404 442 1820
**and**

Richard Allen Morgan, Esq.
Buchanan Ingersoll & Rooney P.C.
Bank of America Tower
100 S.E. 2nd Street, 34th Street
Miami, FL 33131
305-347-4080
Fax: 347-4089
*Attorneys for Marc C. Klopfenstein*

Coren Harris Stern, Esq.
Bennett Falk, Esq.
Bressler, Amery & Ross P.C.
2801 S.W. 149th Ave.
Miramar, FL 33027
954-499-7979
*Attorneys for Merrill Lynch & Co.*

Stuart E. Abrams, Esq.
Frankel & Abrams
230 Park Avenue, Suite 3330
New York, NY 10169
*Attorney for Ruble*

R.J. Ruble
1517 Avalon Square
Glen Cove, NY 11542
**and**
65 Duck Pond Road
GlenCove, NY 11542

Certificate of Good Standing

# CERTIFICATE OF GOOD STANDING



United States of America

} ss. Jocelyn D. Francoeur

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Jocelyn D. Francoeur was duly admitted to practice in said Court on (06/23/2005) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/11/2007)

Michael W. Dobbins, Clerk,
By: Nadine S. Finley
Deputy Clerk