UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR JOCELYN D. FRANCOEUR, ESQUIRE TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Defendants Arthur Andersen LLP, Michael S. Marx; and P. Anthony Nissely's Motion for Jocelyn D. Francoeur, Esquire to Appear *Pro Hac Vice* **(D.E. No. 105)**, filed on July 19, 2007. The motion conforms to the requirements of Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida. Accordingly, it is:

**ORDERED AND ADJUDGED** that

Defendants Arthur Andersen LLP, Michael S. Marx, and P. Anthony Nissely's Motion for Jocelyn D. Francoeur, Esquire to Appear *Pro Hac Vice* **(D.E. No. 105)** is hereby GRANTED. Designated local counsel, Michael G. Austin, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable

rules.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of July, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record