UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY, AUSTIN LLP, a Delaware limited
liability Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R.J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an
individual, P. ANTHONY NISSLEY, an
individual, MERRILL LYNCH & CO., INC.,
a Delaware corporation, and MARK C.
KLOPFENSTEIN, an individual,

    Defendants.
_____/

### DEFENDANT SIDLEY AUSTIN LLP'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL FULL AND COMPLETE RESPONSES TO DISCOVERY FROM DEFENDANT, SIDLEY AUSTIN BROWN & WOOD

Defendant Sidley Austin LLP ("Sidley Austin") moves the Court for an enlargement of time through and including August 13, to respond to Plaintiffs' Motion To Compel Full And Complete Responses To Discovery. Plaintiffs, through counsel, do not oppose this Motion.

1. Plaintiffs first corresponded with counsel for Sidley Austin on March 23, 2007 detailing their discovery concerns. Counsel for Sidley Austin responded on April 3 and again on May 30, 2007, and over the course of several communications, the parties have resolved many disagreements related to discovery.

2. On July 16, 2007, Plaintiffs filed Plaintiffs' Motion To Compel Full And Complete Responses To Discovery From Defendant, Sidley Austin Brown &

3303803.1

CASE NO. 06-21748-CIV-MARTINEZ-BANDSTRA

Wood, And Certificate Of Compliance With Local Rule 7.1.A.3 ("Plaintiffs' Motion To Compel").

3. Under Local Rule 7.1, Defendant Sidley Austin's response is due July 30, 2007.

4. Plaintiffs' Motion To Compel raises several issues that Sidley Austin believes can be addressed without the Court's intervention. Counsel for Sidley Austin is in the process of communicating with Plaintiffs' counsel to resolve the remaining discovery disagreements. Sidley Austin would like additional time to allow counsels' discussion to reach a fruitful conclusion.

5. Sidley Austin's Unopposed Motion For Enlargement Of Time will not affect any pretrial schedule deadline.

6. The undersigned counsel certifies that he has conferred with counsel for the Plaintiffs, Richard Benjamin Wilkes, regarding this motion and Mr. Wilkes has advised that he has no objection to the proposed extension.

7. This motion is filed in good faith and not interposed for the purpose of delay.

DATED: July 25th, 2007

MUNGER, TOLLES & OLSON LLP
355 S. Grand Ave., 35th Floor
Los Angeles, CA 90071
(213) 683-9100 / Fax (213)687-3702

By: _____
Gabriel P. Sanchez
Admitted Pro Hac Vice
Gabriel.Sanchez@mto.com

*Attorneys for Defendant Sidley Austin LLP*

3303803.1

2

CASE NO. 06-21748-CIV-MARTINEZ-BANDSTRA

DATED: July 25, 2007

PODHURST ORSECK, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130
(305) 358-2800 / Fax (305) 358-2382

By: /s/ Katherine W. Ezell
Katherine W. Ezell
Florida Bar No. 114771
kezell@podhurst.com

*Attorneys for Sidley Austin LLP*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy was sent via the Southern District of Florida's CM/ECF System and/or electronic mail to all counsel of record and by U.S. Mail to the pro se parties identified on the attached Service List this 25th day of July, 2007.

      Respectfully submitted,

      PODHURST ORSECK, P.A.
      25 West Flagler Street, Suite 800

      Tel. (305) 358-2800 / Fax (305) 358-238
      kezell@podhurst.com

      By: s/Katherine W. Ezell
          KATHERINE W. EZELL
          Fla. Bar No. 114771

      And

      MUNGER, TOLLES & OLSON, LLP
      Jonathan E. Altman, Esq.
      jonathan.altman@mto.com
      Aaron M. May, Esq.
      Aaron.may@mto.com
      Gabriel P. Sanchez, Esq
      gabriel.sanchez@mto.com
      355 South Grand Avenue, 35th Floor
      Los Angeles, CA 90071-1560
      (613) 683-9100/Fax (613) 683-5136

      Attorneys for Defendant Sidley Austin, LLP

## SERVICE LIST

Richard Benjamin Wilkes, Esq.
Richard W. Candelora, Esq.
Richard Benjamin Wilkes, P.A.
600 South Magnolia Avenue, Suite 200
Tampa, FL 33606
Tel. #: (813) 254-6060
Fax #: (813) 254-6088
E-Mail: rwilkes@rbwilkes.com
Attorneys for Plaintiffs

Stephen J. Anderson, Esq.
2002 Summit Blvd., Suite 1250
Atlanta, GA 30319
Tel. #: (404) 442-1800
Fax #: (404) 442-1820
E-mail: Anderson@andersondailey.com
Attorneys for Mark C. Klopfenstein

Richard A. Morgan, Esq.
E-mail: richard.morgan@bipc.com
Kelly A. McGovern, Esq.
E-mail: kelly.mcgovern@bipc.com
Buchanan Ingersoll & Rooney, PC
Bank of America Tower, 34th Floor
100 Southeast Second Street
Miami, FL 33131
Tel. #: (305) 347-4080
Fax #: (305) 347-4089
Attorneys for Mark C. Klopfenstein

Bennett Falk, Esq.
E-mail: bfalk@bressler.com
Coren Harris Stern, Esq.
E-mail: cstern@bressler.com
Bressler, Amery & Ross
2801 S.W. 149th Ave.
Miramar, Fl 33027
Tel #: (954) 499-7979
Fax #: (954) 499-7969
Attorneys for Merrill Lynch & Co., Inc.

Douglas E. Whitney, Esq.
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
Tel. #: (312) 372-2000
Fax #: (312) 984-7700
E-mail: dwhitney@mwe.com
Attorneys for Arthur Andersen, LLP,
 P. Anthony Nissley and Michael S. Marx

Michael G. Austin, Esq.
McDermott Will & Emery
201 South Biscayne Boulevard, Suite 2200
Miami, FL 33131
Tel. #: (305) 347-6517
Fax #: (305) 347-6500
E-mail: maustin@mwe.com
Attorneys for Arthur Andersen, LLP,
 P. Anthony Nissley and Michael S. Marx

Jocelyn d. Francoeur, Esq.
McDermott Will & Emery, LLP
227 W. Monroe St., Suite 4400
Chicago, IL 60606-5096
Tel. #: (312) 372-2000
Fax #.: (312) 984-7700
E-mail: jfrancoeur@mwe.com
Attorneys for Arthur Andersen, LLP,
 P. Anthony Nissley and Michael S. Marx

Stuart E. Abrams, Esq.
Frankel & Abrams
230 Park Avenue, Suite 3330
New York, NY 10169
Tel. #: (212) 661-5000
Fax #: (212) 661-5007
E-mail: sabrams@frankelabrams.com

R.J. Ruble
1517 Avalon Square
Glen Cove, NY 11542