IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

          Plaintiff,

v.

SIDLEY, AUSTIN LLP, et al.,

          Defendants
          _____/

### ORDER GRANTING DEFENDANT SIDLEY AUSTIN LLP'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL FULL AND COMPLETE RESPONSES TO DISCOVERY

THIS CAUSE having come before the Court on Defendant Sidley Austin LLP's ("Sidley") Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Motion to Compel Full and Complete Responses to Discovery, (D.E. 109) filed on July 25, 2007. The Court has carefully considered the motion and is otherwise duly advised. It is hereby:

ORDERED and ADJUDGED as follows:

1.    Sidley's Motion is **GRANTED,** and Sidley hereby has until August 13, 2007, to respond to Plaintiff's Motion to Compel Full and Complete Rsponses to Discovery.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this ____ day of July, 2007.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT COURT JUDGE

Copies to:
All Counsel of Record