UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR and ELYSE
GAINOR,

      Plaintiffs,

v.

SIDLEY AUSTIN LLP, et al.

      Defendants.

_____/

### ORDER GRANTING DEFENDANT ARTHUR ANDERSEN LLP'S, MARX'S, AND NISSLEY'S AGREED MOTION FOR ADDITIONAL TIME TO FILE REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS AND RESPOND TO PLAINTIFFS' MOTIONS TO COMPEL

THIS CAUSE came before the Court on Arthur Andersen LLP's, Michael S. Marx's, and P. Anthony Nissley's (collectively "Andersen") Agreed Motion for Additional Time to File Replies in Support of Their Motions to Dismiss and Respond to Plaintiffs' Motions to Compel, and having reviewed the file and being otherwise fully advised, it is

ORDERED AND ADJUDGED:

1.     Andersen's Agreed Motion for Additional Time to File Replies in Support of Their Motions to Dismiss and Respond to Plaintiffs' Motions to Compel is GRANTED; and

2.     Defendant shall have through and including August 8, 2007, within which to file replies in support of their motion to dismiss and respond to Plaintiffs' motions to compel.

DONE AND ORDERED in chambers at Miami, Miami-Date County, Florida this 26 ~ day of July, 2007.

                                                      U.S. District Judge

## SERVICE LIST

Richard Benjamin Wilkes
Richard W. Candelora
Richard Benjamin Wilkes, P.A.
Attorneys at Law
600 S. Magnolia Ave, Suite 200
Tampa, Florida 33606
813-254-6060
Fax: 813-254-6088
rwilkes@rbwilkes.com
*Attorneys for Plaintiff*

Jonathan E. Altman
Aaron M. May
Gabriel P. Sanchez
Brad D. Brian
Julie Cantor
Lisa Demsky
Richard Drooyan
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, California 90071
613-683-9100
Fax: 613-683-3702
Jonathan.altman@mto.com
Aaron.may@mto.com
Gabriel.sanchez@mto.com
*Attorneys for Sidley Austin LLP*

Coren Harris Stern
Bennett Falk
Bressler, Amery & Ross P.C.
2801 S.W. 149th Ave.
Miramar, Florida 33027
954-499-7979
cstern@bressler.com
*Attorneys for Merrill Lynch & Co., R.J. Ruble*

Katherine Warthen Ezell
PODHURST ORSECK
   JOSEFSBERG, ET AL.
25 W. Flagler Street, Suite 800
City National Bank Bldg.
Miami, Florida 33130-1780
305-358-2800
Fax: 305-358-2382
KEzell@podhurst.com
*Attorneys for Sidley, Austin, Brown & Wood, LLP*

Stephen J. Anderson
ANDERSON DAILEY LLP
2002 Summit Blvd., Suite 1250
Atlanta, Georgia 30319
404 442 1800
Fax: 404 442 1820
Anderson@andersondailey.com
*Attorney for Marc C. Klopfenstein*

R.J. Ruble
1517 Avalon Square
Glen Cover, New York 11542

Richard A. Morgan
Buchanan Ingersoll & Rooney, P.C.
100 S.E. Second Street
Miami, Florida 33131
305-347-4080
Fax 305-347-4089
Richard.morgan@bipc.com
*Attorneys for Mark C. Klopfenstein*