**EXHIBIT O**

## ARTHUR ANDERSEN

REMITTANCE COPY

December 13, 1999

STRICTLY CONFIDENTIAL




Gainor Medical USA, Inc.
2205 Hwy. 42 N.
P.O. Box 353
McDonough, GA 30253-0353

Attention: Mr. Mark Gainor

For tax services rendered in connection with the following:

Research and consultation on the disposition of Bryan Medical          $292,000

REFERENCE INVOICE #433173
Gainor Medical USA, Inc.
GAI00196

**Merrill Lynch**

CHASE
90 Presidential Plaza
Syracuse, N.Y. 13202

50-943 / 213

Office
Disbursement Account

350 South Grand Avenue
27th Floor
Los Angeles, CA 90071

Merrill Lynch,
Pierce, Fenner & Smith Inc.

Check Number   230-08099

| Date | Account Number | Type | Amount |
|---|---|---|---|
| 01/06/00 | 230-07G65 | PAY | $292000.00** |

To The Order Of

*ARTHUR ANDERSEN LLP*

Carol A. Crigwell

⑈′230008099⑈′ ⅼ:021309434ⅼ:755774795⑈′

RACHLIN                    7

# ARTHUR ANDERSEN

REMITTANCE COPY

October 12, 1999

STRICTLY CONFIDENTIAL

Bryan Medical, Inc.
3455 Peachtree Road, NE
Suite 777
Atlanta, GA 30326

Attention: Mark Gainor

For tax services rendered in connection with the following:

| | |
|---|---|
| Progress billing for research and consultation regarding various transactions entered into by Bryan Medical, Inc. | $100,000 |

REFERENCE INVOICE #432250
Gainor Medical
GAI00196



| Merrill Lynch CHASE 90 Presidential Plaza Syracuse, N.Y. 13202 | 50-943 / 213 | Office Disbursement Account 350 South Grand Avenue 27th Floor Los Angeles, CA 90071 | Merrill Lynch, Pierce, Fenner & Smith Inc. 230-08098 |
|---|---|---|---|
| Date | | Account Number   Type | Check Number   Amount |
| 01/06/00 | | 230-07G65 | PAY   $100000.00** |

To The Order Of

*ARTHUR ANDERSEN LLP*

*Carol A Crigwell*

⑆230008098⑆ ⑉021309434⑊755774795⑉

RACHLIN   9