# **EXHIBIT R**

Dockets.Justia.com



# Merrill Lynch

## PRIORITY CLIENT SERVICES

AWARD WINNING STATEMENT

ıl.l.llum.ll.ll.llll.ull.l.ll.ll..l..l.ll
LUCOR SPECIAL INVESTMENTS, INC
ATLANTA FINANCIAL CENTER
3333 PEACHTREE RD NE # 450
ATLANTA GA 30326-1070

YOUR FINANCIAL CONSULTANT:
JEFFREY S HUNTER SR
FC# 8975
(213) 627-7900

For Client Service Questions Call:
1-800-MER-WCMA (1-800-637-9262)

Office Serving Your Account:
350 SOUTH GRAND AVE 27TH FL
LOS ANGELES CA   90071

**Total Value as of January 31, 2000**
**$1,232,008.00**

### Asset Allocation Summary

Cash
100%

### Total Value Comparison (in $ millions )

33.1  33.1

9.78
1.23

10/99 11/99 12/99 1/00

### Statement Information

| Account No. | Account Name | Page |
|---|---|---|
| 230-07C94 | LUCOR SPECIAL INVESTMENTS, INC | 1 to 8 |

### Activity Summary

| | Jan 00 | Jan 00 To Date |
|---|---|---|
| Beginning Value | 9,776,581 | 9,776,58 |
| Net Deps/Withdrwls | -7,643,437 | -7,643,43 |
| Special Adjustments | -909,358 | -909,35 |
| Div/Int Income | 8,222 | 8,22 |
| Chg in Market Value | 0 | 0 |
| Ending Value | 1,232,008 | 1,232,00 |

### Summary of Account(s)

| Account No | Account Type | Total Value This Month | Last Month | Gains and Losses YTD Realized | Unrealized |
|---|---|---|---|---|---|
| 230-07C94 | 1 Master WCMA | 1,232,008 | 9,776,581 | | |
| Total | | 1,232,008 | 9,776,581 | | |

PLEASE SEE REVERSE SIDE
Page
SUMMARY   1   01/31/00

Statement Period
01/31/00 TO 01/31/00
Page   1 to 8




RACHLIN 3278
CONFIDENTIAL

**Merrill Lynch**

PRIORITY CLIENT SERVICES

AWARD WINNING STATEMENT

This page left intentionally blank.

PLEASE SEE REVERSE SIDE

Page 2

Statement Period
SUMMARY CODE • 060 01/01/00 TO 01/31/00

Account No.
230-07G94

01602



RACHLIN 3279
CONFIDENTIAL

# Merrill Lynch

**MASTER FINANCIAL SERVICE**



PRIORITY CLIENT *WCMA® ACCOUNT*

AWARD WINNING STATEMENT

l.l.l.llll..l.l.l.ll..l.ll....llll.ll....l.l.l
LUCOR SPECIAL INVESTMENTS, INC
ATLANTA FINANCIAL CENTER
FC# 9979
3133 PEACHTREE RD NE # 450
ATLANTA GA 30326-1070

**FOR CUSTOMER SERVICE QUESTIONS:**  1-800-MER-WCMA (1-800-637-9262)

YOUR FINANCIAL CONSULTANT:
JEFFREY S HUNTER SR
(213) 627-7900

Your Merrill Lynch Office:
350 SOUTH GRAND AVE 27TH FL
LOS ANGELES CA   90071

**TOTAL ACCOUNT VALUE AS OF 01/31/2000    $1,232,008.00**

Statement Period
01/01/00 TO 01/31/00

Account No
230-07G94

## Monthly Portfolio Summary

| Asset | 12/31/99 Value | % | 01/31/00 Value | % |
|---|---|---|---|---|
| Cash/Money Funds | 9,776,581 | 100 | 1,232,008 | 100 |
| CD's/Equivalents | | | | |
| Government Securities | | | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | | | | |
| Mutual Funds | | | | |
| Options | | | | |
| Other | | | | |
| **Net Portfolio Value** | **9,776,581** | | **1,232,008** | |
| Long Market Value | 9,776,581 | | 1,232,008 | |
| Short Market Value | | | | |
| Estimated Accrued Interest | | | | |
| Debit Balance | | | | |

Purchasing Power  10,834

## Income Summary

| Security | This Statement | Year-to-Date |
|---|---|---|
| Money Fund Dividends | 8,222.07 | 8,222.07 |
| Tax-Exempt CMA Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | | |
| Reportable Dividends | | |
| Income Not Reported | | |
| **Total** | **8,222.07** | **8,222.07** |

## Items for Attention

| Message | Date |
|---|---|
| No Items For Attention | |

Investor Credit Line

RACHLIN 3280
CONFIDENTIAL

## NEWS

**Attention CMA, EMA and IRA clients:** Please read the feature article on page 2 of the enclosed ML & You newsletter and the accompanying Information Statement about changes to your Merrill Lynch accounts.

## Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | 10940.53 | 11497.12 | 11497.12 |
| Three-Month Treasury Bills | 5.68% | 5.31% | 5.31% |
| Long-Term Treasury Bonds | 6.49% | 6.47% | 6.47% |

PLEASE SEE REVERSE SIDE
Page
1 OF 8





**Merrill Lynch**

PRIORITY CLIENT **WCMA®** ACCOUNT

AWARD WINNING STATEMENT

ASTER FINANCIAL
RVICE

LUCOR SPECIAL INVESTMENTS, INC

Statement Period
05/01/00 TO 01/31/00

Account No.
230-07094

## Activity Summary

| | This Statement | Year-to-Date |
|---|---|---|
| ...ing Balance Cash & Money Funds | 7,646,049.84 | |
| t Credits & Debits | 7,635,214.93DR | 7,635,214.93DR |
| 2sing Balance Cash & Money Funds | 10,834.91 | |

## Cash Flow Summary

| | Credits | | Debits | |
|---|---|---|---|---|
| | This Statement | Year-to-Date | This Statement | Year-to-Date |
| Sales | 8,222.07 | 8,222.07 | | |
| Income | | | | |
| Funds Received | 6,034,028.00 | 6,034,028.00 | | |
| Other | 920,000.00 | 920,000.00 | | |
| Purchases | | | 13,729,461.00 | 13,729,461.00 |
| Withdrawals | | | 868,004.00 | 868,004.00 |
| Other | | | | |
| Total Credits | 6,962,250.07 | 6,962,250.07 | | |
| Total Debits | | | 14,597,465.00 | 14,597,465.00 |

## Current Portfolio

### Cash and Money Funds

| Quantity | Security Description | Date Acquired | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain or (Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|---|
| 10,834 | CMA MONEY FUND | | 1.00 | 10,834 | 1.00 | 10,834 | | | 578 | 5.34 |
| .221,174 | ML INSTITUTIONAL FUND (.4600 FRACTIONAL SHARE) AS OF 01/31/00 DIV NOT INCL | | 1.00 | 1,221,174 | 1.00 | 1,221,174 | | | 68,874 | 5.64 |
| | | | | 0 | 1.00 | | | | | 5.64 |
| | **Total Cash/Money Funds** | | | **1,232,008** | | **1,232,008** | | | **69,452** | **5.64** |

PLEASE SEE REVERSE SIDE

Page
2 OF 8



RACHLIN 3281
CONFIDENTIAL



# Merrill Lynch

MASTER FINANCIAL SERVICE

PRIORITY CLIENT **WCMA**® ACCOUNT

AWARD WINNING STATEMENT

. LUCOR SPECIAL INVESTMENTS, INC

| Quantity | Security Description | Date Acquired | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain or (Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total of Long Portfolio | | | 1,232,008 | | 1,232,008 | — | — | 69,452 | 5.64 |

## Current Portfolio

## Dividends and Interest

| Date | Transaction | Quantity | Monthly Activity Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|
| 01/19 | Cash Dividend | | CMA MONEY FUND $8204.62 FOR 18 DAYS FROM 01-01 THRU 01-18 | | | 8,204.62 |
| 01/27 | Cash Dividend | | CMA MONEY FUND $15.88 FOR 7 DAYS FROM 01-20 THRU 01-26 | | | 15.88 |
| 01/31 | Share Dividend | 1 | CMA MONEY FUND | | | .57 |
| 01/31 | Cash Dividend | | CMA MONEY FUND FROM 1-28 THRU 1-28 | | | 1.00 |
| | Income Total | | CMA MONEY FUND | | | |
| | | | **Net Total** | | | 8,222.07 |

## Funds Received

| Date | Transaction | | Description | | Debit | Credit |
|---|---|---|---|---|---|---|
| 01/10 | Funds Received | | Check Deposits | | | 6,034,028.00 |
| | | | **Net Total** | | | 6,034,028.00 |

27645_J

PLEASE SEE REVERSE SIDE
Page
3 OF 8     01/01/00 TO 01/31/00

Statement Period

Account No.
230-07094

016022




RACHLIN 3282
CONFIDENTIAL



# Merrill Lynch

## PRIORITY CLIENT WCMA® ACCOUNT



AWARD WINNING STATEMENT

LUCOR SPECIAL INVESTMENTS, INC

LASTER FINANCIAL RVICE

### Other Activity

| Date | Transaction | Quantity | Description | Price | Amount | Debit | Credit |
|---|---|---|---|---|---|---|---|
| ~1/04 | Journal Entry | | ADMINISTRATIVE FEE AS OF 12/31/99 VS MULTIPLE UNIT 93E BATCH # = 16294311275 ML INSTITUTIONAL | | 6,000.00 | | |
| 01/18 | Journal Entry | | TR TO 23007CG8 N/O MJG PARTNERS L P VS 23007C658 UNIT 41N | | | | 862,004.00 |
| 01/18 | Journal Entry | | BATCH # = 00035140658 ML INSTITUTIONAL | | | | 600,000.00 |
| 01/25 | Journal Entry | | ML INSTITUTIONAL | | | | 320,000.00 |
| | | | Net Total | | | | 51,996.00 |

### Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|---|
| 12/31 | Opening Balance | | | | | | 7,646,049 |
| 01/04 | Journal Entry | | ADMINISTRATIVE FEE AS OF 12/31/99 VS MULTIPLE UNIT 93E BATCH # = 16294311275 | | ( 6,000.00 | .84CR | 7,646,049 |
| 01/05 | Sale | | CMA MONEY FUND REDEMPT AS OF 01/04/2000 | 6,000.00CR | | 5,999.16 | 7,646,049 |
| 01/06 | Withdrawal | -6,000 | CK R 00230-080095 ARTHUR ANDERSEN LLP | | 211,294.00 | .84CR | 7,640,049 |

RACHLIN 3283
CONFIDENTIAL

PLEASE SEE REVERSE SIDE

Page 4 OF 8 CODE 6909/5100

Statement Period 01/01/00 TO 01/31/00

Account No 230-07



# Merrill Lynch

MASTER FINANCIAL SERVICE



PRIORITY CLIENT **WCMA** ACCOUNT

AWARD WINNING STATEMENT

LUCOR SPECIAL INVESTMENTS, INC

PLEASE SEE REVERSE SIDE    Page    Statement Period    Account No

| Date | Transaction | Quantity | Description | Daily Activity Review Price | Amount | Cash Balance | Share Balance |
|------|-------------|----------|-------------|------|--------|--------------|---------------|
| 01/06 | Withdrawal | | CK R 00230-08096 ARTHUR ANDERSEN LLP | | | | |
| 01/06 | Withdrawal | | CK R 00230-08097 ARTHUR ANDERSEN LLP | | | | |
| 01/06 | Sale | | CMA MONEY FUND | | | | |
| 01/06 | Withdrawal | -282,828 | CK R 00230-08120 | | 282,828.00CR | 16,541.16 | |
| 01/07 | | | CK R 00230-08119 ARTHUR ANDERSEN LLP | | 630.00 | | |
| 01/07 | Withdrawal | | CK R 00230-08118 GEORGIA DEPT OF REVENUE | | 1,034,405.00 | | 7,357,221 |
| 01/07 | | | CK R 00230-08118 SOUTHTRUST BANK | | 6,034,028.00 | | |
| 01/07 | Sale | -7,085,605 | CMA MONEY FUND | | 7,085,605.00CR | | |
| 01/07 | Sale | -16,542 | CMA MONEY FUND | | 16,542.00CR | | |
| 01/10 | Funds Received | | REDEMPT AS OF 01/06/2000 CORPORATE CK | | | | |
| 01/10 | Purchase | 16,542 | CHA MONEY FUND | | 6,034,028.00DR | 16,542.84CR | 255,074 |
| 01/11 | Withdrawal | | CK 7068-02243 FEDERAL RESERVE BANK | | 16,542.00 | 271,616 | 271,616 |
| 01/18 | Journal Entry | | ML INSTITUTIONAL TCR TO 2300706B | | 6,034,028.00 | 6,034,028.84CR | |
| 01/18 | Journal Entry | | N/O MJO PARTNERS L P VS 2300706B UNIT 441W BATCH # = 000391140658 | | 600,000.00CR 862,004.00 | .84CR | 271,616 |
| 01/18 | Sale | -271,616 | CMA MONEY FUND | | 271,616.00CR | 271,616.84CR | 9,612 |
| 01/19 | Cash Dividend | | CMA MONEY FUND $8204.62 FOR 18 DAYS FROM 01-01 THRU 01-18 | | 8,204.62CR | 8,204.62CR | |
| 01/19 | Purchase | 9,612 | CMA MONEY FUND | | 9,612.00 | 9,612.84CR | 9,612 |
| 01/20 | Purchase | 8,205 | CMA MONEY FUND | | 8,205.00 | 8,205.46CR | 17,817 |

71,534.00





RACHLIN 3284
CONFIDENTIAL



# Merrill Lynch

**MASTER FINANCIAL SERVICE**

PRIORITY CLIENT  WCMA® ACCOUNT



AWARD WINNING STATEMENT

## LUCOR SPECIAL INVESTMENTS, INC

**Agreement Regarding Your Securities Account and Other Important Information**
If You Are a WCMA Client, By Signing the WCMA application, or for each of your accounts by your retention of this statement, you agree as follows:
(1) We will direct your order for a multi listed security or option to the market or market maker we consider to be the primary market for that security, unless you give us specific instructions to direct the order elsewhere.
(2) We will hold your bonds and preferred stocks in bulk segregation (except for those held in custodian accounts). In the event of a call for less than an entire issue of those securities, the securities to be called will be automatically selected on a random basis from those held in bulk. The probability that your holdings will be selected is proportional to the amount of your holdings.

• If you have any obligations to us we can, subject to applicable rules and regulations of the regulatory bodies, without notifying you, take any of the following actions with any or all securities we hold, including securities you may acquire or deposit to secure your account.
  We can sell or otherwise dispose of these securities. They may be commingled with securities carried for the accounts of other customers.
• We can lend these securities either separately or with other securities either to ourselves as broker or to others.
• We can deliver these securities on contracts for other customers even if we do not have in our possession and control a like amount of similar securities.
• We can take any of these actions until you have discharged all your obligations to us. The amount you owe us in these actions may be more or less than the amount you owe us.
(4) We are not responsible for the loss or destruction of securities placed in the custody of a foreign bank or broker or other custodian, and are lost or destroyed as a result of war, civil commotion, enemy action, government act or any other causes beyond the control of the depository or us.
(5) This statement of account shall be deemed conclusive if not objected to within ten (10) days after receipt.
(6) We can transfer your account to anyone by assignment, merger, consolidation or otherwise, unless you give us written notice to the contrary at the time. This agreement will inure to the benefit of any successor we transfer the account to. Nothing contained in this paragraph shall affect your right to transfer your account under NYSE Rule 412.

**Insurance**
We are a member of the Securities Investor Protection Corporation (SIPC). The securities held in your account are covered by SIPC and excess SIPC protection obtained by Merrill Lynch. For details, refer to the Program Description for your account, applicable to you with your SIPC and Financial Consultant. We are not a bank, and the securities offered by us, unless otherwise indicated, are not backed or guaranteed by any bank nor are they insured by the FDIC.

**Other Important Information**
(1) Depository institutions participating in the ISA program and Merrill Lynch Bank USA in the ISA program pay us a fee up to 2% per annum of the average daily depository account balances in each program respectively.
(2) You will have the right to vote full shares, and we will solicit instructions concerning the voting of shares held in your account. If such instructions are not received by us on a timely basis, the voting of these shares may be permitted by law or by us on a voting authority basis to the New York Stock Exchange and the Securities and Exchange Commission then in effect.

Till Lynch, Pierce, Fenner & Smith Inc.
North Tower
4 Financial Center
New York, N.Y. 10281-1312
Member, Securities Investor Protection Corporation (SIPC)

PLEASE SEE REVERSE SIDE

| | | |
|---|---|---|
| Page | Statement Period | Account No. |
| 7 OF 8 | 01/01/00 TO 01/31/00 | 230-07G94 |

**Other Important Information (Continued)**
(3) This statement serves as a confirmation of purchases that result from automatic reinvestment of dividends of fund shares where stated in the statement. Therefore, no separate confirmation will be sent to you. For any of MLPF&S transactions, during the statement period.
(4) Insurance is not covered by the issuer but issued by the policy, Merrill Lynch is not responsible for the calculation of policy values. Policies are generally not held in your Merrill Lynch account. If Merrill Lynch is custodian or trustee holds a policy that is a security, SIPC protection and excess SIPC protection applies.
(5) As a option agreement, your Financial Consultant promptly on any material change in your financial condition. Individual option customers should notify us when there has been included in your confirmation; however, a summary of this information will be made available to your upon request.
(6) Your option statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

**Special Note:** If your records differ from this information, please notify your Financial Consultant in writing with a copy of the statement detailing the discrepancy and, if appropriate, any necessary adjustment will be made.

**Managed Trust Units**
Information for RCMA for Business Retirement Plan clients in units of the Merrill Lynch GIC Managed Trust is reported from information supplied by the Trustee, which may not be applicable. Neither the Trust nor its units are held in your Merrill Lynch account and documents required by MLPF&S for details.

**WCMA Loan Account Activity**
Reports important information from Merrill Lynch Business Financial Services Inc. (MLBFS Inc.) through which the WCMA Line of Credit is made available. Includes information on your Line of Loan Balance, Loan subject to Interest, and Loan Interest Charged. Interest charges accrue daily during the statement period and are billed separately being deferred to constitute 1/360 of a year. Refer to the WCMA Agreement and documents required by MLPF&S for details.

## Symbols and Abbreviations

| Symbol | Description |
|---|---|
| * | Interest reported to IRS by Merrill Lynch as required by law. |
| ** | Gross Proceeds reported to the IRS by Merrill Lynch as required by law. |
| *** | Dividends reported to the IRS by Merrill Lynch as required by law. |
| A | Merrill Lynch maintains a market in this security. |
| | Transactions reported to IRS. |
| N/A | Transaction you requested required same-day payment - MLPF&S retained last day's balance. |
| N/C | This transaction was effected on a principal basis; we may have a long or short position in this stock or in options on this stock and may be connected with the issue or in receiving compensation in connection with the transaction. |
| N N N.O | Value and/or cost data not available. |
| N O CUST | Not calculated. |
| NPC | Non-negotiable securities. |
| | Held registered in your name. |
| | Non-negotiable securities registered in your name. |
| | Held registered in your name. |
| | Option Charge. |
| | Non negotiable Custodian Registration. |
| | Interest in assets not registered in the name of or not held by us or our nominee and Merrill Lynch, Pierce, Fenner & Smith Inc. does not control or act as custodian for these investments. |
| | Bonds and/or stock are changeable from coupon to registered and vice versa without charge. |
| | Bond registered for both principal and interest. |





RACHLIN 3285
CONFIDENTIAL

RD
RG

916692

**Merrill Lynch**

LASTER FINANCIAL
RVICE

LUCOR SPECIAL INVESTMENTS, INC

PRIORITY CLIENT **WCMA** ACCOUNT

AWARD WINNING STATEMENT

This page left intentionally blank.

PLEASE SEE REVERSE SIDE
Page 8 OF 8 CODE #009/001

**END OF STATEMENT**
Statement Period
01/01/00 TO 01/31/00

Account No.
230-07694



RACHLIN 3287
CONFIDENTIAL

GAINO 003785



# Merrill Lynch

## PRIORITY CLIENT SERVICES

Office Serving Your Account
350 SOUTH GRAND AVE 27TH FL
LOS ANGELES CA 90071

YOUR FINANCIAL CONSULTANT:
JEFFREY S HUNTER SR
FC#: 9678
(213) 627-7900

For Client Service Questions Call:
1-800-MER-WCMA

For Questions Call:
1-800-637-9262

Total Value as of December 31, 1999
**$9,776,581.00**

l.ll..llll...ll..l.lll....lllll..l.l..l.l.l
LUCOR SPECIAL INVESTMENTS, INC
ATLANTA FINANCIAL CENTER
3333 PEACHTREE RD NE # 450
ATLANTA GA 30326-1070

### Asset Allocation Summary

Cash
100%

### Total Value Comparison (in $ millions)

33.1   33.1

9.78

10/99 11/99 12/99

### Statement Information

| Account No. | Account Name | Page |
|---|---|---|
| 0-07G94 | LUCOR SPECIAL INVESTMENTS, INC | 1 to 8 |
| 0-07G95 | LUCOR SPECIAL INVESTMENTS, INC | 9 to 12 |

Statement Period
**12/01/99 TO 12/31/99**

Page 1 to 8
9 to 12

Account No.
230-07G94

### Summary of Account(s)

| Account Type | Total Value This Month | Last Month |
|---|---|---|
| 1 Master WCMA | 9,776,581 | 33,068,637 |
| 2 WCMA Sub Accoun | 0 | 30,732,582 |
| Total | 9,776,581 | 33,068,637 |

### Activity Summary

| | Dec 99 | Sep 99 To Date | Gains and Losses YTD Realized | Unrealized |
|---|---|---|---|---|
| Beginning Value | 33,068,637 | 7,355,429 | 0 | |
| Net Deps/Withdrwls | -23,193,620 | 2,130,532 | | |
| Special Adjustments | -205,523 | | | |
| Div/Int Income | 1,210 | 1,210 | | |
| Chg in Market Value | 105,877 | 289,410 | | |
| Ending Value | 9,776,581 | 9,776,581 | | |

PLEASE SEE REVERSE SIDE
Page
SUMMARY





GAINO 003786

Merrill Lynch

PRIORITY CLIENT SERVICES

This page left intentionally blank.

PLEASE SEE REVERSE SIDE

Page    CODE # 0000 Statement Period    Account No.
SUMMARY  2    12/01/99 TO 12/31/99    230-07094

GAINO 003787



# Merrill Lynch

LASTER FINANCIAL SERVICE

PRIORITY CLIENT WCMA® ACCOUNT

TOTAL ACCOUNT VALUE AS OF 12/31/1999    $9,776,581.00

YOUR FINANCIAL CONSULTANT:
JEFFREY S HUNTER SR
FC# 9979
(213) 627-7900

FOR CUSTOMER SERVICE QUESTIONS:

Your Merrill Lynch Office:
350 SOUTH GRAND AVE 27TH FL
LOS ANGELES CA   90071

1-800-MER-WCMA (1-800-637-9262)

...

| | |
|---|---|
| LUCOR SPECIAL INVESTMENTS, INC | |
| ATLANTA FINANCIAL CENTER | |
| 3333 PEACHTREE RD NE # 450 | |
| ATLANTA GA 30326-1070 | |

PLEASE SEE REVERSE SIDE

Page 1 OF 12

Statement Period
12/01/99 TO 12/31/99

Account No.
230-07094

**Monthly Portfolio Summary**

| Asset | 11/30/99 Value | % | 12/31/99 Value | % |
|---|---|---|---|---|
| Cash/Money Funds | 2,336,055 | 100 | 9,776,581 | 100 |
| CDs/Equivalents | | | | |
| Government Securities | | | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | | | | |
| Mutual Funds | | | | |
| Options | | | | |
| Other | | | | |
| Long Market Value | 2,336,055 | | 9,776,581 | |
| Short Market Value | | | | |
| Estimated Accrued Interest | | | | |
| Debit Balance | | | | |
| Net Portfolio Value | 2,336,055 | | 9,776,581 | |

**Income Summary**

| | This Statement | Year-to-Date |
|---|---|---|
| Money Fund Dividends | 1,210.75 | 1,210.75 |
| Tax-Exempt CMA Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | | |
| Reportable Dividends | | |
| Income Not Reported | | |
| Total | 1,210.75 | 1,210.75 |

**Items for Attention**

| Security | Message | Date |
|---|---|---|
| | No Items For Attention | |

**NEWS**

The 2000 Collective Wisdom Portfolios.
Research team has introduced the U.S. and International Collective
Wisdom Portfolios, comprised of their top stock ideas for the year
ahead. For more information and to get our 20-pg report, contact
your Financial Consultant, log on to MLOL or call 1-800-Merrill
XL 4576.

**Purchasing Power  7,646,049    Investor Credit Line**

**Financial Market Indicators**

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | 11697.12 | 10877.81 | 9181.43 |
| Three-Month Treasury Bills | 5.31% | 5.29% | 4.45% |
| Long-Term Treasury Bonds | 6.47% | 6.28% | 5.09% |

GAINO 003788

# Merrill Lynch

MASTER FINANCIAL SERVICE

LUCOR SPECIAL INVESTMENTS, INC

PRIORITY CLIENT WCMA ACCOUNT

## Activity Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Opening Balance Cash & Money Funds | | |
| Net Credits & Debits | 7,646,049.84 | 7,646,049.84 |
| Closing Balance Cash & Money Funds | 7,646,049.84 | |

## Cash Flow Summary

### Credits

| | This Statement | Year-to-Date |
|---|---|---|
| Sales | 30,838,459.23 | 30,838,459.23 |
| Income | 1,210.75 | 1,210.75 |
| Funds Received | | |
| Other | 5,616,113.19 | 40,888,277.01 |
| **Total Credits** | 36,455,783.17 | 71,727,946.99 |

### Debits

| | This Statement | Year-to-Date |
|---|---|---|
| Purchases | 30,549,049.06 | |
| Withdrawals | | |
| Other | 26,809,733.33 | 33,532,848.09 |
| **Total Debits** | 26,809,733.33 | 64,081,897.15 |

## Realized Capital Gain and Loss Summary*

| | This Month | Year-to-Date |
|---|---|---|
| Short-Term | .00 | .00 |
| Long-Term | .00 | .00 |

*Excludes transactions for which we have insufficient data.

The capital gains and losses shown above may not reflect all transactions which must be reported on your 1999 tax return. These reportable transactions will appear on your January statement.

PLEASE SEE REVERSE SIDE
Page 2 OF 12   CODE # 0001
Statement Period
12/01/99 TO 12/31/99

Account No.
230-07694



GAINO 003789



# Merrill Lynch

LASTER FINANCIAL SERVICE

## PRIORITY CLIENT WCMA ACCOUNT

LUCOR SPECIAL INVESTMENTS, INC

| Statement Period | Account No. |
|---|---|
| 12/01/99 TO 12/31/99 | 230-07C694 |

Page 3 OF 12

|  | | Realized Monthly Capital Gains and Losses | | | |
|---|---|---|---|---|---|
| Quantity | Security Description | Date of Acquisition | Date of Liquidation | Sales Price | Cost Basis | Gain or (Loss) |
| .0843000 | U.S. TREASURY BILL | 10/18/99 | 12/28/99 | 30,838,459.23 | 30,549,049.06 | N/C |

N/C - Results are not calculated for transactions which involve the amortization of premium, the repayment of principal, the sale of partnership interests, or the determination of ordinary income and/or capital items for discount and zero-coupon issues.

### Current Portfolio

| Quantity | Security Description | Date Acquired | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain or (Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Cash and Money Funds** | | | | | | | | | |
| ,646,049 | CMA MONEY FUND | | 1.00 | 7,646,049 | 1.00 | 7,646,049 | ——— | | 402,182 | 5.26 |
| ,130,532 | ML INSTITUTIONAL FUND (.2300 FRACTIONAL SHARE) AS OF 12/31/99 DIV NOT INCL | | 1.00 | 2,130,532 0 | 1.00 | 2,130,532 | ——— | | 119,096 | 5.59 5.59 |
| | **Total Cash/Money Funds** | | | 9,776,581 | | 9,776,581 | ——— | | 521,278 | 5.33 |
| | **Total of Long Portfolio** | | | 9,776,581 | | 9,776,581 | ——— | | 521,278 | 5.33 |

PLEASE SEE REVERSE SIDE

3621 LJ

018802





062600 ONIV5



# Merrill Lynch

MASTER FINANCIAL SERVICE

LUCOR SPECIAL INVESTMENTS, INC

PRIORITY CLIENT WCMA® ACCOUNT

| Date | Transaction | Quantity | Monthly Activity Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|
| | | | **Security Transactions** | | | |
| 12/29 | Journal Entry | 30,843,000 | U.S. TREASURY BILL ZERO% DEC 30 1999 TR FROM 23007G95 N/O GAINOR MEDICAL USA I VS 23007G95 UNIT 41W BATCH # = N003913357I | | | |
| 12/29 | Sale | -30,843,000 | U.S. TREASURY BILL ZERO% DEC 30 1999 FACE VALUE 30843000.0000 PRICE 99.9852777 | 99.985 | | 30,838,459.23 |
| | | | Net Total | | | 30,838,459.23 |
| | | | **Dividends and Interest** | | | |
| 12/31 | Share Dividend | 1,210 | CMA MONEY FUND | | | .75 |
| 12/31 | Cash Dividend | | CMA MONEY FUND FROM 12-21 THRU 12-31 | | | 1,210.00 |
| | Income Total | | CMA MONEY FUND | | | 1,210.75 |
| | | | Net Total | | | 1,210.75 |
| | | | **Other Activity** | | | |
| 12/16 | Journal Entry | | FIXED LOAN INTEREST VS MULTIPLE UNIT 93E BATCH # = 144552909Z3 ML INSTITUTIONAL | | 141,113.19 | |
| 12/16 | Journal Entry | | | | | 141,113.19 |

PLEASE SEE REVERSE SIDE
Page    CODE 6600/Statement Period
4 OF 12    12/01/99 TO 12/31/99
Account No.
230-07G94



162800 003791



## Merrill Lynch

MASTER FINANCIAL
SERVICE

LUCOR SPECIAL INVESTMENTS, INC



PRIORITY CLIENT WCMA ACCOUNT

### Monthly Activity

| Date | Transaction | Quantity | Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|
| | | | **Other Activity** | | | |
| 12/17 | Journal Entry | | ML INSTITUTIONAL | | | 50,000.00 |
| 12/21 | Journal Entry | | ML INSTITUTIONAL | | | 25,000.00 |
| 12/29 | Journal Entry | | CALL LOAN REPAY! | | 28,600,000.00 | |
| | | | VS MULTIPLE UNIT 93E | | | |
| | | | BATCH # = 1448U720542 | | | |
| 12/29 | Journal Entry | | ML INSTITUTIONAL | | 68,620.14 | |
| | | | CALL LOAN INTEREST | | | |
| | | | VS MULTIPLE UNIT 93E | | | |
| | | | BATCH # = 1448U720542 | | | |
| | | | TR FROM # 23C07GG8 | | | 5,400,000.00 |
| | | | N/O MLG PARTNERS,L.P. | | | |
| | | | VS 23C07GG8 UNIT 41M | | | |
| | | | BATCH # = 0003913561 | | | |
| | | | **Net Total** | | 23,193,620.14 | |

### Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|---|
| 11/30 | Opening Balance | | | | | .00 | |
| 12/16 | Journal Entry | | FIXED LOAN INTEREST | 141,113.19 | 141,113.19CR | .00 | |
| | | | VS MULTIPLE UNIT 93E | | | | |
| | | | BATCH # = 1445529CD23 | | | | |
| 12/16 | Journal Entry | | ML INSTITUTIONAL | | 50,000.00CR | 50,000.00CR | |
| 12/17 | Journal Entry | | ML INSTITUTIONAL | | 50,000.00 | .00 | |
| 12/20 | Purchase | 50,000 | CMA MONEY FUND | | | | 50,000 |





54,243 J

PLEASE SEE REVERSE SIDE

Page
5 OF 12

Statement Period
12/01/99 TO 12/31/99

Account No.
230-07G94

GAINO 003792



**Merrill Lynch**

MASTER FINANCIAL SERVICE

**PRIORITY CLIENT WCMA® ACCOUNT**

LUCOR SPECIAL INVESTMENTS, INC

## Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|---|
| 12/21 | Journal Entry | | ML INSTITUTIONAL CHA MONEY FUND | | 25,000.00CR | 25,000.00CR | 50,000 |
| 12/22 | Purchase | 25,000 | CALL LOAN REPAY VS MULTIPLE UNIT 93E BATCH # = 1448472064J2 | | 25,000.00 | .00 | 75,000 |
| 12/29 | Journal Entry | | CALL LOAN INTEREST VS MULTIPLE UNIT 93E BATCH # = 1448472064J2 | | 28,600,000.00 | | |
| 12/29 | Journal Entry | | TR FROM 23007GGB VS 23007GGB UNIT 41W N/O MJG PARTNERS L P BATCH # = 0003913561 | | 5,400,000.00CR | | |
| 12/29 | Journal Entry | 30,843,000 | U.S. TREASURY BILL ZERO% DEC 30 1999 TR FROM 23007G95 VS 23007G95 UNIT 41W N/O GAINOR MEDICAL USA I BATCH # = 0003913571 | | 68,620.14 | | |
| 12/29 | Sale | -30,843,000 | U.S. TREASURY BILL ZERO% DEC 30 1999 FACE VALUE 30843000.0000 | 99.985 | 30,838,459.23CR | | |
| 12/30 | Purchase | 7,569,839 | CHA MONEY FUND PRICE 99.985277 | | 7,569,839.00 | 7,569,839.09CR | |
| 12/31 | Share Dividend | 1,210 | CHA MONEY FUND | | .75CR | .09CR | 7,644,839 |
| 12/31 | Cash Dividend | | CHA MONEY FUND FROM 12-21 THRU 12-31 | | .84CR | | |
| 12/31 | Closing Balance | 2,130,532 | Consolidation of Money Funds | | | .84CR | 9,776,581 |



GAINO 003793

**Merrill Lynch**

MASTER FINANCIAL
SERVICE

LUCOR SPECIAL INVESTMENTS, INC

PRIORITY CLIENT. *WCMA®* ACCOUNT

**Customer Service**

For information about your account, please call 1-800-MER-WCMA (1-800-637-9262). To report Lost or Stolen Visa Cards or Checks, please call 1-800-262-5678. When requested, enter your Access Code 91-230-07494.

14243.9J

PLEASE SEE REVERSE SIDE
Page
7 OF 12

Statement Period
12/01/99 TO 12/31/99

Account No.
230-07G94

816092



GAINO 003794

**Merrill Lynch**

MASTER FINANCIAL
SERVICE

LUCOR SPECIAL INVESTMENTS, INC

PRIORITY CLIENT **WCMA**® ACCOUNT

This page left intentionally blank

PLEASE SEE REVERSE SIDE
Page 8 OF 12   CODE # 6080 (Statement) Period
12/01/99 TO 12/31/99

**END OF STATEMENT**

Account No.
230-07G94

GAINO 003795

# Merrill Lynch

MASTER FINANCIAL
SERVICE



## PRIORITY CLIENT WCMA® ACCOUNT

TOTAL ACCOUNT VALUE AS OF 12/31/1999    $0.00

ldlldldlllldldllldlldldll
LUCOR SPECIAL INVESTMENTS, INC
PLEDGED COLLATERAL ACCT - MLL
3333 PEACHTREE NE #450
ATLANTA GA 30326-1070

YOUR FINANCIAL CONSULTANT:
JEFFREY S HUNTER SR
FC# 9979
(213) 627-7900

Your Merrill Lynch Office:
350 SOUTH GRAND AVE 27TH FL
LOS ANGELES CA  90071

FOR CUSTOMER SERVICE QUESTIONS:    1-800-MER-WCMA (1-800-637-9262)

| Monthly Portfolio Summary | | | | |
| --- | --- | --- | --- | --- |
| Asset | 11/30/99 Value | % | 12/31/99 Value | % |
| Cash/Money Funds | | | | |
| CDs/Equivalents | | | | |
| Government Securities | | | | |
| Corporate Bonds | 30,732,582 | 100 | | |
| Municipal Bonds | | | | |
| Equities | | | | |
| Mutual Funds | | | | |
| Options | | | | |
| Other | | | | |
| Long Market Value | 30,732,582 | | | |
| Short Market Value | | | | |
| Estimated Accrued Interest | | | | |
| Debit Balance | | | | |
| Net Portfolio Value | 30,732,582 | | | |

### Income Summary

| Security | This Statement | Year-to-Date |
| --- | --- | --- |
| Tax-Exempt CMA Funds | | |
| Tax-exempt Interest | | |
| Reportable Interest | | |
| Reportable Dividends | | |
| Income Not Reported | | |
| Total | | |

### Items for Attention

| Message | Date |
| --- | --- |
| No Items For Attention | |

## NEWS

The 2000 Collective Wisdom Portfolios. Merrill Lynch's global research team has introduced the U.S. and International Collective Wisdom Portfolios, comprised of their top stock ideas for the year head.   For more information and to get our 20 pg. report contact your Financial Consultant, log on to MLOL or call 1-800-Merrill xt. 4576.

### Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
| --- | --- | --- | --- |
| Dow Jones Industrial Average | 11497.12 | 10877.81 | 9181.43 |
| Three-Month Treasury Bills | 5.31% | 5.29% | 4.45% |
| Long-Term Treasury Bonds | 6.47% | 6.28% | 5.09% |

PLEASE SEE REVERSE SIDE
Page
9 OF 12

Statement Period
12/01/99 TO 12/31/99

Account No.
230-07G95



LUCOR 003296



# Merrill Lynch

MASTER FINANCIAL SERVICE

PRIORITY CLIENT WCMA ACCOUNT

LUCOR SPECIAL INVESTMENTS, INC

Statement Period
12/01/99 TO 12/31/99

Account No.
230-07G95

Page 10 OF 12

## Activity Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Opening Balance Cash & Money Funds | | |
| Net Credits & Debits | | |
| Closing Balance Cash & Money Funds | | |

## Cash Flow Summary

### Credits

| | This Statement | Year-to-Date |
|---|---|---|
| Sales | | |
| Income | | |
| Funds Received | | |
| Other | | |
| Total Credits | | |

### Debits

| | This Statement | Year-to-Date |
|---|---|---|
| Purchases | | |
| Withdrawals | | |
| Other | | |
| Total Debits | | |

## Security Transactions

| Date | Transaction | Quantity | Monthly Activity Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|
| 12/29 | Journal Entry | -30,843,000 | U.S. TREASURY BILL ZERO% DEC 30 1999 TR TD 21007G94 N/O CANOR MEDICAL USA I VS 23007G94 UNIT 4TH BATCH # = 0003913571 | | | |
| | | | Net Total | | | |

PLEASE SEE REVERSE SIDE

262100 003797



# Merrill Lynch

## PRIORITY CLIENT WCMA® ACCOUNT

**MASTER FINANCIAL SERVICE**

**LUCOR SPECIAL INVESTMENTS, INC**

**Agreement Regarding Your Securities Account and Other Important Information**

**Insurance**

We are a member of the Securities Investor Protection Corporation (SIPC). The securities held in your account are protected by SIPC protection and excess-SIPC protection obtained by Merrill Lynch. For details, refer to the Program Description for your account; or speak with your Financial Consultant. We are not a bank, and the securities offered by us, unless otherwise indicated, are not backed or guaranteed by any bank, nor are they insured by the FDIC.

**Other Important Information**

**Symbols and Abbreviations**

Merrill Lynch, Pierce, Fenner & Smith Inc.
World Financial Center
North Tower
New York, N.Y. 10281-1332
Member: Securities Investor Protection Corporation (SIPC)

Account No.
230-07095




GAINO 003798

**Merrill Lynch**

PRIORITY CLIENT WCMA® ACCOUNT

LASTER FINANCIAL
ERVICE

LUCOR SPECIAL INVESTMENTS, INC

Account No.
230-07695

Statement Period
12/01/99 TO 12/31/99

Page
11 OF 12

## Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|---|
| 11/30 | Opening Balance | | | | | .00 | |
| 12/29 | Journal Entry | -30,843,000 | U.S. TREASURY BILL ZERO% DEC 30 1999 TR TO 230076J94 N/O GAINOR MEDICAL USA I VS 230076J94 UNIT 41W BATCH # = 00039713571 | | | | |
| 12/31 | Closing Balance | | | | | .00 | |

## Customer Service

For information about your account, please call 1-877-2PRIORITY(1-877-277-4674). To report Lost or Stolen Visa Cards or Checks, please call 1-800-262-5678. When requested, enter your Access Code 91-230-07495.

PLEASE SEE REVERSE SIDE

014002