# EXHIBIT S

Dockets.Justia.com



## Merrill Lynch
### PRIORITY CLIENT SERVICES

ll.llll.l.llll.ll.llll.lllll.llll.ll.ll.l.l.l
BRYAN MEDICAL INC.
ATLANTA FINANCIAL CENTER
3333 PEACHTREE RD NE #450
ATTN: MARK C KLOPFENSTEIN
ATLANTA GA 30326-1070

YOUR FINANCIAL CONSULTANT:
JEFFREY S HUNTER SR
FC# 9979
(213) 627-7900

For Client Service Questions Call:
1-800-MER-WCMA (1-800-637-9262)

Office Serving Your Account
350 SOUTH GRAND AVE 27TH FL
LOS ANGELES CA 90071

**Total Value as of December 31, 1999**
**$3,029,600.00**

### Asset Allocation Summary

Cash 100%

### Total Value Comparison (in $ millions)

43.0  43.0  476  3.03

9/99 10/99 11/99 12/99

### Activity Summary

| | Dec 99 | Aug 99 To Date |
|---|---|---|
| Beginning Value | 4,763,022 | 0 |
| Net Deps/Withdrwls | 486,335 | 2,742,009 |
| Special Adjustments | -2,226,137 | 0 |
| Div/Int Income | 4,006 | 4,006 |
| Chg in Market Value | 2,374 | 283,585 |
| Ending Value | 3,029,600 | 3,029,600 |

| | YTD Realized | Gains and Losses Unrealized |
|---|---|---|

### Statement Information

| Account No. | Account Name | Page |
|---|---|---|
| 230-07G65 | BRYAN MEDICAL INC. | 1 to 12 |
| 230-07G66 | BRYAN MEDICAL INC. | 13 to 18 |

### Summary of Account(s)

| Account Type | Total Value This Month | Last Month |
|---|---|---|
| 1 Master WCMA | 3,029,600 | 2,226,137 |
| 2 WCMA Sub Accoun | 0 | 2,536,885 |
| **Total** | **3,029,600** | **4,763,022** |

PLEASE SEE REVERSE SIDE

Statement Period
12/01/99 TO 12/31/99

Page
SUMMARY   1

Account No.
230-07G65

016002

GAINO 003799



PRIORITY CLIENT SERVICES

Merrill Lynch

This page left intentionally blank.

PLEASE SEE REVERSE SIDE
Page    CODE # 6060 / Statement Period
SUMMARY    2    12/01/99  TO  12/31/99

Account No.
230-OT565

GAINO 003800

## Merrill Lynch

MASTER FINANCIAL SERVICE

PRIORITY CLIENT **WCMA®** ACCOUNT

TOTAL ACCOUNT VALUE AS OF 12/31/1999    $3,029,600.00

hdllallladladlddldllldlallalldlddld
BRYAN MEDICAL INC.
ATLANTA FINANCIAL CENTER
3333 PEACHTREE RD NE # 450
ATTN: MARK C KLOPPFENSTEIN
ATLANTA GA 30326-1070

YOUR FINANCIAL CONSULTANT:
JEFFREY S HUNTER SR
FC# 9979
(213) 627-7900

FOR CUSTOMER SERVICE QUESTIONS:

Your Merrill Lynch Office:
350 SOUTH GRAND AVE 27TH FL
LOS ANGELES CA  90071

1-800-MER-WCMA (1-800-637-9262)

### Monthly Portfolio Summary

| Asset | 11/30/99 Value | % | 12/31/99 Value | % |
|---|---|---|---|---|
| Cash/Money Funds | 2,226,137 | 100 | 3,029,600 | 100 |
| CD's/Equivalents | | | | |
| Government Securities | | | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | | | | |
| Mutual Funds | | | | |
| Options | | | | |
| Other | | | | |
| Long Market Value | 2,226,137 | | 3,029,600 | |
| Short Market Value | | | | |
| Estimated Accrued Interest | | | | |
| Debit Balance | | | | |
| Net Portfolio Value | 2,226,137 | | 3,029,600 | |

### Income Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Money Fund Dividends | 4,006.36 | 4,006.36 |
| Tax-Exempt CMA Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | | |
| Reportable Dividends | | |
| Income Not Reported | | |
| Total | 4,006.36 | 4,006.36 |

### Items for Attention

| Security | Message | Date |
|---|---|---|
| | No Items For Attention | |

Purchasing Power  3,029,600    Investor Credit Line

### Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | 11497.12 | 10877.81 | 9181.43 |
| Three-Month Treasury Bills | 5.31% | 5.29% | 4.45% |
| Long-Term Treasury Bonds | 6.47% | 6.28% | 5.09% |

### NEWS

The 2000 Collective Wisdom Portfolios. Merrill Lynch's global
research team has introduced the U.S. and International Collective
Wisdom Portfolios comprised of their top stock ideas for the year
ahead. For more information and to get our 20 pg. report contact
your Financial Consultant, log on to MLOL or call 1-800-Merrill
ext. 4576.



PLEASE SEE REVERSE SIDE

| Page | Statement Period |
|---|---|
| 1 OF 18 | 12/01/99 TO 12/31/99 |

Account No
230-07665

43075 J

# Merrill Lynch

## PRIORITY CLIENT *WCMA* ACCOUNT

MASTER FINANCIAL
SERVICE

BRYAN MEDICAL INC.

## Activity Summary

| | This Statement | Year-to-Date |
|---|---|---|
| **Opening Balance** Cash & Money Funds | | |
| **Net Credits & Debits** | 3,029,600.13 | 3,029,600.13 |
| **Closing Balance** Cash & Money Funds | 3,029,600.13 | 3,029,600.13 |

## Cash Flow Summary

### Credits

| | This Statement | Year-to-Date | |
|---|---|---|---|
| Sales | 740,671.00 | 740,671.00 | |
| Income | 4,006.36 | 4,006.36 | |
| Funds Received | | | |
| Other | 40,706,325.37 | 86,607,424.68 | |
| **Total Credits** | 41,451,002.73 | 87,352,102.04 | |

### Debits

| | | This Statement | Year-to-Date |
|---|---|---|---|
| Purchases | | | 40,616,903.74 |
| Withdrawals | | | 43,705,598.17 |
| Other | | 38,421,402.60 | |
| **Total Debits** | | 38,421,402.60 | 84,322,501.91 |

## Realized Capital Gain and Loss Summary*

| | This Month | Year-to-Date |
|---|---|---|
| Short-Term | .00 | .00 |
| Long-Term | .00 | .00 |

*Excludes transactions for which we have insufficient data.

The capital gains and losses shown above may not reflect all transactions which must be reported on your 1999 tax return. These reportable transactions will appear on your January statement.

PLEASE SEE REVERSE SIDE

Page CODE # 6030 Statement Period
2 OF 18    12/01/99 TO 12/31/99

Account No.
230-07G65



## Merrill Lynch

MASTER FINANCIAL SERVICE

### PRIORITY CLIENT WCMA® ACCOUNT

BRYAN MEDICAL INC.

**Realized Monthly Capital Gains and Losses**

| Quantity | Security Description | Date of Acquisition | Date of Liquidation | Sales Price | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|
| 742000 | U.S. TREASURY BILL | 12/14/99 | 12/17/99 | 740,671.00 | .00 | .00 ST |

**Current Portfolio**

| Quantity | Security Description | Date Acquired | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain or (Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|---|
| | CASH | | | 96,089 | | 96,089 | | | | |
| 2,933,511 | CMA MONEY FUND | | 1.00 | 2,933,511 | 1.00 | 2,933,511 | | | 154,302 | 5.26 |
| | **Total Cash/Money Funds** | | | 3,029,600 | | 3,029,600 | | | 154,302 | 5.26 |
| | **Total of Long Portfolio** | | | 3,029,600 | | 3,029,600 | | | 154,302 | 5.09 |

Cash and Money Funds

PLEASE SEE REVERSE SIDE
Statement Period
12/01/99 TO 12/31/99
Page
3 OF 18
Account No.
230-07G65
014402
43077





GAINO 003803

## Merrill Lynch

### PRIORITY CLIENT WCMA® ACCOUNT

MASTER FINANCIAL SERVICE

BRYAN MEDICAL INC.



| Date | Transaction | Quantity | Monthly Activity Description | Price | Debit | Credit |
|------|-------------|----------|------------------------------|-------|-------|--------|
| | | | **Security Transactions** | | | |
| 12/17 | Sale | -742,000 | U.S. TREASURY BILL ZERO% DEC 30 1999 PRICE 99.820890 | 99.820 | | 740,671.00 |
| 12/20 | Journal Entry | 742,000 | U.S. TREASURY BILL ZERO% DEC 30 1999 TR FROM 23D07G66 N/O BRYAN MEDICAL INC. VS 23D07G66 UNIT RIM BATCH # = 0003915430Z | | | |
| | | | **Net Total** | | | 740,671.00 |
| | | | **Dividends and Interest** | | | |
| 12/31 | Share Dividend | 4,006 | CMA MONEY FUND | | | .36 |
| 12/31 | Cash Dividend | | CMA MONEY FUND FROM 12-18 THRU 12-31 | | | 4,006.00 |
| | Income Total | | CMA MONEY FUND | | | 4,006.36 |
| | | | **Net Total** | | | 4,006.36 |
| | | | **Other Activity** | | | |
| 12/16 | Journal Entry | | FIXED LOAN INTEREST VS MULTIPLE UNIT 93E BATCH # = 144553990233 | | 314,325.00 | |
| 12/16 | Funds Transfer | | WIRE TRF IN D195O3503169 ORG=/0003231I9212MSDW1F\ | | | 1,840,462.41 |

Account No.
230-07665                                014002

GAINO 003804



## Merrill Lynch
MASTER FINANCIAL SERVICE

## PRIORITY CLIENT WCMA® ACCOUNT

BRYAN MEDICAL INC.

| Date | Transaction | Quantity | Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|
| | | | **Other Activity** | | | |
| 12/16 | Journal Entry | | ML INSTITUTIONAL | | | 314,325.00 |
| 12/17 | Journal Entry | | CALL LOAN REPAY | | 38,107,077.60 | |
| | | | VS MULTIPLE UNIT 93E | | | |
| | | | BATCH # = 1430186065S | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993510750 | | | 1,193,576.81 |
| | | | ORG=/00300840601BRYAN ME | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993510760 | | | 2,105,605.96 |
| | | | ORG=/00300820801BRYAN ME | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993510761 | | | 1,018,832.86 |
| | | | ORG=/00300842201BRYAN ME | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993510764 | | | 3,680,331.34 |
| | | | ORG=308W40801BRYAN MEDIC | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993510768 | | | 1,282,753.40 |
| | | | ORG=30082320 1BRYAN MEDIC | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993510773 | | | 434,500.80 |
| | | | ORG=30082160 1BRYAN MEDIC | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993510777 | | | 5,353,409.10 |
| | | | ORG=/00300720 1BRYAN ME | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993510812 | | | 23.40 |
| | | | ORG=/00300842201BRYAN ME | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993510956 | | | 3,313,796.73 |
| | | | ORG=/02101406301BRYAN ME | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993511398 | | | 375,981.78 |
| | | | ORG=/00-00 1BRYAN M | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993511611 | | | 11,289,470.06 |
| | | | ORG=/01000768OBBRYAN MEDI | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993511702 | | | 15.90 |
| | | | ORG=/01000768OBBRYAN MEDI | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993511785 | | | 66,794.34 |
| | | | ORG=/01000840BRYAN MEDI | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D19993511816 | | | 1,076,402.57 |
| | | | ORG=/00300822401BRYAN ME | | | |

PLEASE SEE REVERSE SIDE

Page
5 OF 18

Statement Period
12/01/99 TO 12/31/99

Account No.
230-07665

**Merrill Lynch**

MASTER FINANCIAL SERVICE

PRIORITY CLIENT **WCMA** ® ACCOUNT



BRYAN MEDICAL INC.

| Date | Transaction | Quantity | Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|
| | | | **Other Activity** | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D199935118I9 | | | 1,008,628.27 |
| | | | ORG=/01075032IBRYAN MEDI | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D1999351184I | | | 1,075,818.79 |
| | | | ORG=30084I401BRYAN MEDIC | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D199935I2798 | | | 1,094,054.66 |
| | | | ORG=/0A210075GBRYAN MEDI | | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D199935I2800 | | | 1,176,378.29 |
| | | | ORG=/0A11000548BRYAN MEDI | | | |
| 12/17 | Journal Entry | | ML INSTITUTIONAL | | | 1,926,924.90 |
| 12/20 | Funds Transfer | | WIRE TRF IN D199935II088 | | | 26,257.38 |
| | | | ORG=/01075032IBRYAN MEDI | | | |
| 12/21 | Funds Transfer | | WIRE TRF IN D199935S3I39 | | | 9,672.26 |
| | | | ORG=/0100769BRYAN MEDI | | | |
| 12/22 | Funds Transfer | | WIRE TRF IN D199935GO775 | | | 178.50 |
| | | | ORG=/02101406301BRYAN ME | | | |
| 12/22 | Funds Transfer | | WIRE TRF IN D199935G1962 | | | 630.00 |
| | | | ORG=30082080I8RYAN MEDIC | | | |
| 12/22 | Funds Transfer | | WIRE TRF IN D199935G1996 | | | 269.14 |
| | | | ORG=/0D30082240IBRYAN ME | | | |
| 12/22 | Funds Transfer | | WIRE TRF IN D199935G2000 | | | 311.72 |
| | | | ORG=/00300082320IBRYAN ME | | | |
| 12/22 | Funds Transfer | | WIRE TRF IN D199935G2011 | | | 311.72 |
| | | | ORG=/00300840G0IBRYAN ME | | | |
| 12/22 | Funds Transfer | | WIRE TRF IN D199935G2096 | | | 269.14 |
| | | | ORG=/0D30084I40IBRYAN ME | | | |
| 12/22 | Funds Transfer | | WIRE TRF IN D199935G2I54 | | | 40.19 |
| | | | ORG=/010750321BRYAN MEDI | | | |
| 12/27 | Funds Transfer | | WIRE TRF IN D199936I0676 | | | 75.00 |
| | | | ORG=/01075032IBRYAN MEDI | | | |
| 12/29 | Journal Entry | | TR FROM 23007G68 | | | 942,212.00 |
| | | | W/O MJG PARTNERS L P | | | |
| | | | VS 23007G68 UNIT 4IIW | | | |
| | | | BATCH # = 00039133561 | | | |

GAINO 003806



**Merrill Lynch**

MASTER FINANCIAL
SERVICE

PRIORITY CLIENT **WCMA®** ACCOUNT

BRYAN MEDICAL INC.

### Monthly Activity

**Other Activity**

| Date | Transaction | Quantity | Description | Price | Debit | Credit |
|------|-------------|----------|-------------|-------|-------|--------|
| 12/30 | Funds Transfer | | WIRE TRF IN D199936#2351 | | | 530.00 |
| 12/30 | Funds Transfer | | ORG=3008232O3BRYAN MEDIC | | | 258.73 |
| 12/30 | Funds Transfer | | WIRE TRF IN D199936#2354 | | | 425.00 |
| 12/30 | Funds Transfer | | ORG=300822#01BRYAN MEDIC | | | 450.00 |
| 12/30 | Funds Transfer | | WIRE TRF IN D199936#2531 | | | |
| | | | ORG=/0030O#40603BRYAN ME | | | |
| 12/30 | Funds Transfer | | WIRE TRF IN D199936#2577 | | | 258.73 |
| | | | ORG=/00300#20803BRYAN ME | | | |
| 12/31 | Funds Transfer | | WIRE TRF IN D199936#2578 | | | 96,088.47 |
| | | | ORG=/0030O#41401BRYAN ME | | | |
| | | | WIRE TRF IN D199936#0629 | | | |
| | | | ORG=3008#4#80TBRYAN MEDIC | | | |

**Net Total**                                                                   2,284,922.77

### Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|------|-------------|----------|-------------|-------|--------|--------------|---------------|
| 11/30 | Opening Balance | | | | | .00 | |
| 12/16 | Journal Entry | | FIXED LOAN INTEREST VS MULTIPLE UNIT 93E BATCH # = 144552909Z3 | | 314,325.00 | | |
| 12/16 | Funds Transfer | | WIRE TRF IN D199933503169 ORG=/00032311921ZHSDWIFL | | 1,840,462.41CR | 1,840,462.41CR | |
| 12/16 | Journal Entry | | ML INSTITUTIONAL | | 314,325.00CR | | |

PLEASE SEE REVERSE SIDE
Page 7 OF 18

Statement Period
12/01/99 TO 12/31/99

Account No.
230-07065

45901

014682



# Merrill Lynch

**MASTER FINANCIAL SERVICE**

BRYAN MEDICAL INC.



## PRIORITY CLIENT **WCMA** ACCOUNT

### Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|------|-------------|----------|-------------|-------|--------|--------------|---------------|
| 12/17 | Journal Entry | | CALL LOAN REPAY VS MULTIPLE UNIT 93E BATCH # = 1430186065S | | 38,107,077.60 | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993510750 ORG=/0030084060 1BRYAN ME | | 1,193,576.81CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993510760 ORG=/0030082080 1BRYAN ME | | 2,105,605.96CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993510761 ORG=/0030084220 1BRYAN ME | | 1,018,832.86CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993510766 ORG=3008440801BRYAN MEDIC | | 3,680,331.34CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993510768 ORG=3008232201BRYAN MEDIC | | 1,282,753.40CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993510773 ORG=3008216018RYAN MEDIC | | 434,500.80CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993510777 ORG=3008079290 1BRYAN ME | | 5,353,409.10CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993510812 ORG=/0030084220 1BRYAN ME | | 23.40CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993510956 ORG=/0210140630 1BRYAN ME | | 3,313,796.73CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993511398 ORG=/2N7-004110-1BRYAN M | | 375,981.78CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993511611 ORG=/0100076908RYAN MEDI | | 11,289,470.06CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993511702 ORG=/0100076808RYAN MEDI | | 15.90CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993511785 ORG=/01000840081RYAN MEDI | | 66,794.34CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993511816 ORG=/0030082240 1BRYAN ME | | 1,076,402.57CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993511819 ORG=/0107503218RYAN MEDI | | 1,008,628.27CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN 019993511841 ORG=3008414018RYAN MEDIC | | 1,075,818.79CR | | |



PLEASE SEE REVERSE SIDE

Page CODE 6060 **Statement Period**
8 OF 18    12/01/99 TO 12/31/99

**Account No.**
230-07065

4386C J                                                       616492





## Merrill Lynch

MASTER FINANCIAL SERVICE

BRYAN MEDICAL INC.

PRIORITY CLIENT **WCMA**® ACCOUNT

### Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|---|
| 12/17 | Funds Transfer | | WIRE TRF IN D1993512798<br>ORG=/0A2100756BRYAN MEDI | | 1,094,054.68CR | | |
| 12/17 | Funds Transfer | | WIRE TRF IN D1999351Z800<br>ORG=/0A110005WBRYAN MEDI | | 1,176,378.29CR | | |
| 12/17 | Journal Entry | -742,000 | ML INSTITUTIONAL<br>U.S. TREASURY BILL | | 1,926,924.90CR | | |
| 12/17 | Sale | | ZERO% DEC 30 1999<br>PRICE    99.820890 | 99.820 | 740,671.00CR | | 1,840,462 |
| 12/20 | Purchase | 1,840,462 | CMA MONEY FUND<br>WIRE TRF IN D1999351088<br>ORG=/01075032 BRYAN MEDI | | 1,840,462.00 | 106,893.79CR | |
| 12/20 | Funds Transfer | 742,000 | U.S. TREASURY BILL<br>ZERO% DEC 30 1999 | | 26,237.38CR | | |
| 12/20 | Journal Entry | | TR FROM 23007066<br>N/O BRYAN MEDICAL INC.<br>VS 23007066  UNIT 41W<br>BATCH # = 00019154302 | | | | |
| 12/20 | Sale | -634,075 | CMA MONEY FUND<br>WIRE TRF IN D1999353139<br>ORG=/010007698BRYAN MEDI | | 634,075.00CR | 767,226.17CR | 1,206,387 |
| 12/21 | Funds Transfer | | CMA MONEY FUND | | 9,672.26CR | | |
| 12/21 | Purchase | 767,226 | WIRE TRF IN D1999356075<br>ORG=/0210140631BRYAN ME | | 767,226.00 | 9,672.43CR | 1,973,613 |
| 12/22 | Funds Transfer | | WIRE TRF IN D1999351962<br>ORG=3008208018RYAN MEDIC | | 178.50CR | | |
| 12/22 | Funds Transfer | | WIRE TRF IN D1999351986<br>ORG=/00300822401BRYAN ME | | 630.00CR | | |
| 12/22 | Funds Transfer | | WIRE TRF IN D1999362000<br>ORG=/003008232018RYAN ME | | 269.14CR | | |
| 12/22 | Funds Transfer | | WIRE TRF IN D199935620111<br>ORG=/003008406018RYAN ME | | 311.72CR | | |
| 12/22 | Funds Transfer | | WIRE TRF IN D1999351962<br>ORG=/003008406018RYAN ME | | 311.72CR | | |
| 12/22 | Funds Transfer | | WIRE TRF IN D1999362096<br>ORG=/00300841401BRYAN ME | | 269.14CR | | |



GAINO 003809

**Merrill Lynch**

MASTER FINANCIAL SERVICE

PRIORITY CLIENT **WCMA®** ACCOUNT

BRYAN MEDICAL INC.

## Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Amount | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|---|
| 12/22 | Funds Transfer | | WIRE TRF IN D19993562154 ORG=/01075032 1BRYAN MEDI | | 40.19CR | | 1,983,285 |
| 12/22 | Purchase | 9,672 | CMA MONEY FUND | | 9,672.00 | | 1,985,295 |
| 12/23 | Purchase | 2,010 | CMA MONEY FUND | | 2,010.00 | 2,010.84CR | |
| 12/27 | Funds Transfer | | WIRE TRF IN D19993610676 ORG=/01075032 1BRYAN MEDI | | 75.00CR | .84CR | |
| 12/28 | Purchase | 75 | CMA MONEY FUND | | 75.00 | 75.84CR | 1,985,295 |
| 12/29 | Journal Entry | | TR FROM 23007G68 N/O MJG PARTNERS L P | | 942,212.00CR | .84CR | 1,985,370 |
| | | | VS 23007G68 UNIT 41W BATCH # = 0003913561 | | | 942,212.84CR | 1,985,370 |
| 12/30 | Funds Transfer | | WIRE TRF IN D19993462351 ORG=30082332331BRYAN MEDIC | | 530.00CR | | |
| 12/30 | Funds Transfer | | WIRE TRF IN D19993642354 ORG=30082240 1BRYAN MEDIC | | 258.73CR | | |
| 12/30 | Funds Transfer | | WIRE TRF IN D19993642531 ORG=/00300806603BRYAN ME | | 425.00CR | | |
| 12/30 | Funds Transfer | | WIRE TRF IN D19993642577 ORG=/00300808060BRYAN ME | | 450.00CR | | |
| 12/30 | Funds Transfer | | WIRE TRF IN D19993642578 ORG=/00300841401BRYAN ME | | 258.73CR | | |
| 12/30 | Purchase | 942,212 | CMA MONEY FUND | | 942,212.00 | 1,923.30CR | 2,927,582 |
| 12/31 | Funds Transfer | | WIRE TRF IN D19993650629 ORG=30084480 1BRYAN MEDIC | | 96,088.47CR | | |
| 12/31 | Share Dividend | 4,006 | CMA MONEY FUND | | .36CR | | |
| 12/31 | Cash Dividend | | CMA MONEY FUND FROM 12-18 THRU 12-31 | | 1,923.00 | | |
| 12/31 | Purchase | 1,923 | CMA MONEY FUND | | 96,089.19CR | 96,089.13CR | 2,933,511 |
| 12/31 | Closing Balance | | | | | | |

GAINO 003810




**Merrill Lynch**

MASTER FINANCIAL
SERVICE

BRYAN MEDICAL INC.

PRIORITY CLIENT *WCMA* ACCOUNT

**Customer Service**

For information about your account, please call 1-800-MER-WCMA (1-800-637-9262). To report Lost or Stolen Visa Cards or Checks, please call 1-800-262-5678. When requested, enter your Access Code 81-230-07465.

43095

PLEASE SEE REVERSE SIDE
Page
11 OF 18

Statement Period
12/01/99 TO 12/31/99

Account No.
230-07065

814492

**Merrill Lynch**

MASTER FINANCIAL
SERVICE

BRYAN MEDICAL INC.

PRIORITY CLIENT · WCMA® ACCOUNT

This page left intentionally blank.

PLEASE SEE REVERSE SIDE  **END OF STATEMENT**
Page   CODE# 8060  Statement Period
12 OF 18            12/01/99 TO 12/31/99

Account No.
230-07665

616982

43086 J

GAINO 003812



🦁 **Merrill Lynch**

MASTER FINANCIAL SERVICE

## PRIORITY CLIENT *WCMA®* ACCOUNT

**TOTAL ACCOUNT VALUE As Of 12/31/1999**      **$0.00**

BRYAN MEDICAL INC.
PLEDGED COLLATERAL ACCT - MLL
ATLANTA FINANCIAL CENTER
3333 PEACHTREE RD NE # 450
ATTN: MARK C KLOPFENSTEIN
ATLANTA GA 30326-1070

**YOUR FINANCIAL CONSULTANT:**
JEFFREY S HUNTER SR
FC# 9979
(213) 627-7900

**Your Merrill Lynch Office:**
350 SOUTH GRAND AVE 27TH FL
LOS ANGELES CA  90071

1-800-MER-WCMA (1-800-637-9262)

**FOR CUSTOMER SERVICE QUESTIONS:**

### Monthly Portfolio Summary

| Asset | 11/30/99 Value | % | 12/31/99 Value | % |
|---|---|---|---|---|
| Cash/Money Funds | | | | |
| CD's/Equivalents | | | | |
| Government Securities | 2,536,885 | 100 | | |
| Corporate Bonds | | | | |
| Municipal Bonds | | | | |
| Equities | | | | |
| Mutual Funds | | | | |
| Options | | | | |
| Other | | | | |

| | | |
|---|---|---|
| **Long Market Value** | 2,536,885 | |
| Short Market Value | | |
| Estimated Accrued Interest | | |
| Debit Balance | | |

| **Net Portfolio Value** | 2,536,885 |
|---|---|

### Income Summary

| | This Statement | Year-to-Date |
|---|---|---|
| Tax-Exempt CMA Funds | | |
| Tax-Exempt Interest | | |
| Reportable Interest | | |
| Reportable Dividends | | |
| Income Not Reported | | |
| **Total** | | |

### Items for Attention

| Security | Message | Date |
|---|---|---|
| | No Items For Attention | |

### Financial Market Indicators

| | This Statement | Last Statement | Previous Year-End |
|---|---|---|---|
| Dow Jones Industrial Average | 11497.12 | 10877.81 | 9181.43 |
| Three-Month Treasury Bills | 5.31% | 5.29% | 5.29% |
| Long-Term Treasury Bonds | 6.47% | 6.28% | 5.09% |

### NEWS

The 2000 Collective Wisdom Portfolios. Merrill Lynch's global research team has introduced the U.S. and International Collective Wisdom Portfolios, comprised of their top stock ideas for the year ahead. For more information and to get our 20 pg. report contact your Financial Consultant, log on to MLOL or call 1-800-Merrill ext. 4576.

45987 J    **PLEASE SEE REVERSE SIDE**
Page
13 OF 18

**Statement Period**
12/01/99 TO 12/31/99

**Account No.**
230-07566



## Merrill Lynch

MASTER FINANCIAL SERVICE

PRIORITY CLIENT **WCMA**® ACCOUNT

BRYAN MEDICAL INC.

### Cash Flow Summary

| Activity Summary | This Statement | Year-to-Date |
|---|---|---|
| Opening Balance Cash & Money Funds | | |
| Net Credits & Debits | | |
| Closing Balance Cash & Money Funds | | |

| Credits | This Statement | Year-to-Date |
|---|---|---|
| Sales | | |
| Income | | |
| Funds Received | | |
| Other | | |
| **Total Credits** | | |

| Debits | This Statement | Year-to-Date |
|---|---|---|
| Purchases | | |
| Withdrawals | | |
| Other | | |
| **Total Debits** | | |

### Monthly Activity

| Date | Transaction | Quantity Year-to-Date | Description | Price | Debit | Credit |
|---|---|---|---|---|---|---|
| | | | **Security Transactions** | | | |
| 12/10 | Journal Entry | -1,804,000 | U.S. TREASURY BILL ZERO% DEC 30 1999 TR TO 230076G9 N/O M&G PARTNERS LP VS 230076G9 UNIT 41W BATCH # = 00039135632 | | | |

Account No.
230-07G66

GAINO 003814



**Merrill Lynch**

MASTER FINANCIAL SERVICE

PRIORITY CLIENT **WCMA®** ACCOUNT

BRYAN MEDICAL INC.

### Monthly Activity

**Security Transactions**

| Date | Transaction | Quantity | Description | Price | Amount | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 12/20 | Journal Entry | -742,000 | U.S. TREASURY BILL ZERO% DEC 30 1999 TR TO 23007G65 N/O BRYAN MEDICAL INC. VS 23007G65 UNIT 41M BATCH # = 00039154302 | | | | | |

**Net Total**

### Daily Activity Review

| Date | Transaction | Quantity | Description | Price | Cash Balance | Share Balance |
|---|---|---|---|---|---|---|
| 11/30 | Opening Balance | | | | .00 | |
| 12/10 | Journal Entry | -1,804,000 | U.S. TREASURY BILL ZERO% DEC 30 1999 TR TO 23007G59 N/O MJG PARTNERS LP VS 23007G59 UNIT 41M BATCH # = 00039135632 | | | |
| 12/20 | Journal Entry | -742,000 | U.S. TREASURY BILL ZERO% DEC 30 1999 TR TO 23007G65 N/O BRYAN MEDICAL INC. VS 23007G65 UNIT 41M BATCH # = 00039154302 | | .00 | |
| 12/31 | Closing Balance | | | | .00 | |

PLEASE SEE REVERSE SIDE
Page 15 OF 18

Statement Period 12/01/99 TO 12/31/99

Account No. 230-07G66

014402

43385

GAINO 003815



**Merrill Lynch**

MASTER FINANCIAL
SERVICE

BRYAN MEDICAL INC.

PRIORITY CLIENT **WCMA**® ACCOUNT

**Customer Service**

For information about your account, please call 1-877-2PRIORITY(1-877-277-4674). To report Lost or Stolen Visa Cards or Checks, please call 1-800-262-5678. When requested, enter your Access Code 91-230-07466.

PLEASE SEE REVERSE SIDE
Page CODE #060 Statement Period
16 OF 18    12/01/99 TO 12/31/99

Account No.
230-07066

41093

016002

GAINO 003816

# Merrill Lynch

### MASTER FINANCIAL SERVICE

## PRIORITY CLIENT WCMA® ACCOUNT

BRYAN MEDICAL INC.

**Agreement Regarding Your Securities Account and Other Important Information**
You, the Client, and we, Merrill Lynch, Pierce, Fenner & Smith Inc., agree as follows:
(1) We will direct your order for a multi-listed security or option to the market place we consider to be the primary market for that security, unless you give us specific instructions to direct the order elsewhere.

(2) We will hold bonds and preferred stocks in bulk segregation (except for those held in custodian accounts). In the event of a call for less than all of such securities, the securities to be held in your account will be held on a random basis from those held in bulk. The probability that your holdings will be selected is proportional to the amount of your holdings relative to those of other customers.

(3) If you have any questions as to how we can, subject to applicable rules and regulations of regulatory bodies, without requiring you, take any of the following actions with any or all securities in your account, including securities you may acquire or leave to secure your account, you may pledge, repledge, hypothecate, or rehypothecate the securities. They may be commingled with securities carried for the accounts of other customers.

*   We can lend the securities.
*   We can deliver the securities even on contracts for other customers even if we do not have in our possession and control a like amount of similar securities for delivery.
We can take any of these actions until you have discharged all your obligations to us. The amount involved in these actions until you may be more or less than the amount you owe us.

(4) If any institution participating in the ISA program and Merrill Lynch Bank USA in your account) under the custodian or any bank on their behalf, as otherwise indicated, are not backed or guaranteed by any bank nor are they insured by the FDIC.

(5) This statement of account shall be deemed conclusive if not objected to in writing within ten (10) days. This agreement will inure to the benefit of anyone to whom we transfer the account. Nothing contained in this paragraph shall affect your right to transfer your account under NYSE Rule 412.

**Insurance**
We are a member of the Securities Investor Protection Corporation (SIPC). The securities held in your account are covered by SIPC protection and excess-SIPC protection obtained by Merrill Lynch. For details, refer to the Program Description for your account, if applicable, or speak with your Financial Consultant. We are not a bank and the securities offered through Merrill Lynch, Pierce, Fenner & Smith Inc.

**Other Important Information**
If any institution participating in the ISA program and Merrill Lynch Bank USA in the CMA 2.0 program pay us a fee up to 2% per annum of the average daily depository account balances in each program respectively.
(6) Voting of Mutual Fund Shares. In voting full shares, and we will solicit instructions concerning the voting of full shares held in your account. If such instructions are not received by us on a timely basis, the voting shares in your account will be governed by the rules and policies of the New York Stock Exchange and the Securities and Exchange Commission then in effect.

Merrill Lynch, Pierce, Fenner & Smith Inc.
World Financial Center
North Tower
New York, N.Y. 10281-1312
Member, Securities Investor Protection Corporation (SIPC)

**Other Important Information (Continued)**
(3) This statement serves as a confirmation of purchase that result from automatic reinvestment transactions, as well as for transactions occurring during the statement period.
(4) Insurance policy information is based on data from the insurer that issued the policy, Merrill Lynch is not responsible for the calculation of policy values.
Merrill Lynch account custodian or trustee held a policy that is a security, SIPC protection and excess SIPC protection applies.
(5) As an option customer, please advise your Financial Consultant promptly of any material change in your investment objectives or financial situation. Individual options commission charges have been included in your confirmation, however, a summary of this information will be made available to you upon request.
(6) Your financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

**Special Note:** If your records differ from this information, please notify your Financial Consultant in writing with a copy of the statement noting the discrepancy and, if appropriate, any necessary adjustments will be made.

**WCMA Loan Account Activity**
Reports important information from Merrill Lynch Business Financial Services Inc. (MLBFS,Inc.) through which the WCMA Line of Credit is made available. Includes information on your Line of Credit Loan Balance, Loan Subject to Interest, and Loan Interest Charged. Interest charges accrue daily during the statement period with each day being deemed to constitute 1/360 of a year. Refer to the WCMA Agreement and documents required by MLBFS for details.

**Managed Trust Units**
Information for WCMA (or Business Retirement Plan clients on units of the Merrill Lynch GIC Managed Trust (for which data is reported from information supplied by the Merrill Lynch Trust Company or its agent. Neither the Trust nor its units are held in your Merrill Lynch, Pierce, Fenner & Smith Inc. account and therefore, are not subject to SIPC protection. An annual report will be furnished separately.

**Symbols and Abbreviations**

| | |
|---|---|
| II | Interest reported to IRS by Merrill Lynch as required by law. |
| ** | Gross Proceeds reported to the IRS by Merrill Lynch as required by law. |
| ** | Dividends reported to the IRS by Merrill Lynch as required by law. |
| # | Merrill Lynch maintains a fundamental opinion on this company. |
| A | Transaction you requested required same-day payment— MLBF&S retained last day's dividend or interest. MLBF&S retained same-day payment. |
| | This transaction was effected through a specialist which is our affiliate. |
| | In connection with this market making activity, such specialist may have a long or short position in this stock or options on this stock, and may be on the other side of public orders executed on the exchange. Such specialists may have profited or lost in connection with this transaction. |
| N/A | Value and/or cost data not available. |
| N/C | Not calculated. |
| N/N | Non-negotiable securities. |
| N/N N/O | Non-negotiable securities held registered in your name. |
| N/O | Non-negotiable securities. |
| N/O CUST | Held registered in custody. |
| NPC | Non-negotiable Custodian registration. Interest in asset not registered in the name of nor held by us or our nominees and held by you or registered in your name with the issuer or its agent. Merrill Lynch, Pierce, Fenner & Smith Inc. does not control or act. |
| RD | Bonds are changeable from coupon to registered. |
| RG | Bonds registered for both principal and interest. |




Account No.
230-07G66

Statement Period
12/01/99 TO 12/31/99

Page
17 OF 18

PLEASE SEE REVERSE SIDE

43091. J

014602

GAINO 003817



**Merrill Lynch**

MASTER FINANCIAL SERVICE

BRYAN MEDICAL INC.

PRIORITY CLIENT **WCMA®** ACCOUNT

This page left intentionally blank.

PLEASE SEE REVERSE SIDE    **END OF STATEMENT**
Page  CODE # 6060  Statement Period
16 OF 18    12/01/99 TO 12/31/99

Account No.
230-07G66

GAINO 003818