# EXHIBIT CC

Dockets.Justia.com

MDW

## Secretary of State
### Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

```
CONTROL NUMBER:  K949206
EFFECTIVE DATE: 12/02/1999
COUNTY         : FULTON
REFERENCE      : 0077
PRINT DATE     : 12/02/1999
FORM NUMBER    : 356
```

SUTHERLAND, ASBILL & BRENNAN
MARK D. WASSERMAN
999 PEACHTREE STREET, STE. 2300
ATLANTA, GA   30309

### CERTIFICATE OF ORGANIZATION

I, Cathy Cox, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that

**BRYAN HOLDINGS, LLC**
**A GEORGIA LIMITED LIABILITY COMPANY**

has been duly organized under the laws of the State of Georgia on the effective date stated above by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on the date set forth above.

Cathy Cox
Secretary of State

SAB001483