IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiff,

v.

SIDLEY, AUSTIN LLP, et al.,

    Defendants

_____/

**ORDER GRANTING DEFENDANT SIDLEY AUSTIN LLP'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION
TO COMPEL FULL AND COMPLETE RESPONSES TO DISCOVERY**

THIS CAUSE having come before the Court on Defendant Sidley Austin LLP's ("Sidley") Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Motion to Compel Full and Complete Responses to Discovery, (D.E. 109) filed on July 25, 2007. The Court has carefully considered the motion and is otherwise duly advised. It is hereby:

ORDERED and ADJUDGED as follows:

1. Sidley's Motion is **GRANTED**, and Sidley hereby has until August 13, 2007, to respond to Plaintiff's Motion to Compel Full and Complete Rsponses to Discovery.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this 27 day of July, 2007.

                                                                          JOSE E. MARTINEZ
                                                       UNITED STATES ~~DISTRICT COURT~~ JUDGE
                                                                  MAGISTRATE

Copies to:
All Counsel of Record