UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP
et al.,

    Defendants.
_____/

## AMENDED[1] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

This CAUSE came before the Court upon Plaintiffs' Motion to File Response Memoranda to Defendants Arthur Andersen, LLP, Michael S. Marx and P. Anthony Nissley's Motion to Dismiss and supporting Affidavit Under Seal **(D.E. No. 92)**, filed on July 11, 2007. Plaintiffs assert that the Response Memoranda and Supporting Affidavit conform to the requirements for confidential documents in the Agreed Order Approving the Parties' Stipulation of Confidentiality ("Agreed Order") (D.E. No. 29), filed on December 19, 2006. Although the Supporting Affidavit to Plaintiff's Response Memoranda and a letter attached to that Affidavit do contain information that would be considered confidential under the terms of the Agreed Order, Plaintiffs have not set forth a reasonable basis for sealing the Response Memoranda itself. Therefore, it is:

**ORDERED AND ADJUDGED** that

1 Plaintiffs' Motion to File Response Memoranda to Defendants Arthur Andersen, LLP, Michael S. Marx and P. Anthony Nissley's Motion to Dismiss and Supporting Affidavit Under

---

[1] The Court Order Granting in Part and Denying in Part Plaintiffs' Motion to File Documents Under Seal (D.E. No. 110), entered on July 25, 2007, is amended to reflect the fact that a Supporting Affidavit to Plaintiffs' motion was filed (D.E. No. 99-1). Because it was filed electronically, rather then through conventional filing with the Clerk, the affidavit was inadvertently scanned into the Court's electronic docketing system as an attachment to a Notice of Filing.

Seal **(D.E. No. 92)** is GRANTED solely with respect to the Affidavit by Plaintiff Mark Gainor **(D.E. No. 99-1)** and the letter attachment to the Affidavit **(D.E. No. 99-2)**. In all other respects, Plaintiffs' motion to file documents under seal is **DENIED**.

2. Should Plaintiffs wish to file the returned documents <u>not under seal</u>, they may do so within five (5) days of the date of this Order.

3. The Clerk of the Court is DIRECTED to immediately remove the Supporting Affidavit and letter that were scanned as attachments to **D.E. No. 99** from the electronic docket.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of July, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

-2-