IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR,

    Plaintiff,

v.

SIDLEY, AUSTIN, BROWN & WOOD, LLP,

    Defendant.
_____/

### DEFENDANT SIDLEY AUSTIN LLP'S AMENDED UNOPPOSED MOTION TO REMOVE SCANNED IMAGES ADDING EXHIBIT "BB"

Defendant Sidley Austin L.L.P ("Brown & Wood") moves this Court for an order removing scanned images, which are confidential pursuant to the Party's Stipulation of Confidentiality ("Stipulation") and the Agreed Order Approving the Parties' Stipulation of Confidentiality ("Order") entered December 19, 2006( D.E. 29). These images, consisting of Exhibits "B", "E", "F", "G", "K", "L", "P", "Q", "T", "Z", "AA", "BB", "EE" and " FF" to the Declaration of Gabriel P. Sanchez, in Support of Defendant Sidley Austin LLP'S Motion for Partial Summary Judgment were inadvertently *not* filed under seal as was specified in the Stipulation and Order and pursuant to S.D.Fla.L.R. 5.4.

Sidley's counsel conferred with Plaintiffs" counsel pursuant to Local Rule 7.1(A)(3), and Plaintiffs" counsel consented to the filing of the Motion and to the filing of these documents under seal. Sidley requests that the documents remain sealed by the Clerk's Office until this case is closed.

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy was sent via the Southern District of Florida's CM/ECF System and/or electronic mail to all counsel of record and by U.S. Mail to the pro se parties identified on the attached Service List this 30th day of July, 2007.

Respectfully submitted,

PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800

Tel. (305) 358-2800 / Fax (305) 358-238
kezell@podhurst.com


By: s/Katherine W. Ezell
       KATHERINE W. EZELL
       Fla. Bar No. 114771

And

MUNGER, TOLLES & OLSON, LLP
Jonathan E. Altman, Esq.
jonathan.altman@mto.com
Aaron M. May, Esq.
Aaron.may@mto.com
Gabriel P. Sanchez, Esq
gabriel.sanchez@mto.com
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(613) 683-9100/Fax (613) 683-5136

Attorneys for Defendant Sidley Austin, LLP

-3-

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

**SERVICE LIST**

Richard Benjamin Wilkes, Esq.
Richard W. Candelora, Esq.
Richard Benjamin Wilkes, P.A.
600 South Magnolia Avenue, Suite 200
Tampa, FL 33606
Tel. #: (813) 254-6060
Fax #: (813) 254-6088
E-Mail: rwilkes@rbwilkes.com
Attorneys for Plaintiffs

Stephen J. Anderson, Esq.
2002 Summit Blvd., Suite 1250
Atlanta, GA 30319
Tel. #: (404) 442-1800
Fax #: (404) 442-1820
E-mail: Anderson@andersondailey.com
Attorneys for Mark C. Klopfenstein

Richard A. Morgan, Esq.
E-mail: richard.morgan@bipc.com
Kelly A. McGovern, Esq.
E-mail: kelly.mcgovern@bipc.com
Buchanan Ingersoll & Rooney, PC
Bank of America Tower, 34th Floor
100 Southeast Second Street
Miami, FL 33131
Tel. #: (305) 347-4080
Fax #: (305) 347-4089
Attorneys for Mark C. Klopfenstein

Bennett Falk, Esq.
E-mail: bfalk@bressler.com
Coren Harris Stern, Esq.
E-mail: cstern@bressler.com
Bressler, Amery & Ross
2801 S.W. 149th Ave.
Miramar, Fl 33027
Tel #: (954) 499-7979
Fax #: (954) 499-7969
Attorneys for Merrill Lynch & Co., Inc.
Douglas E. Whitney, Esq.

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
Tel. #: (312) 372-2000
Fax #: (312) 984-7700
E-mail: dwhitney@mwe.com
Attorneys for Arthur Andersen, LLP,
 P. Anthony Nissley and Michael S. Marx

Michael G. Austin, Esq.
McDermott Will & Emery
201 South Biscayne Boulevard, Suite 2200
Miami, FL 33131
Tel. #: (305) 347-6517
Fax #: (305) 347-6500
E-mail: maustin@mwe.com
Attorneys for Arthur Andersen, LLP,
 P. Anthony Nissley and Michael S. Marx

Jocelyn d. Francoeur, Esq.
McDermott Will & Emery, LLP
227 W. Monroe St., Suite 4400
Chicago, IL 60606-5096
Tel. #: (312) 372-2000
Fax #.: (312) 984-7700
E-mail: jfrancoeur@mwe.com
Attorneys for Arthur Andersen, LLP,
 P. Anthony Nissley and Michael S. Marx

Stuart E. Abrams, Esq.
Frankel & Abrams
230 Park Avenue, Suite 3330
New York, NY 10169
Tel. #: (212) 661-5000
Fax #: (212) 661-5007
E-mail: sabrams@frankelabrams.com

R.J. Ruble
1517 Avalon Square
Glen Cove, NY 11542