IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21748 CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

       Plaintiff,

v.

SIDLEY, AUSTIN LLP, et al.,

       Defendants
_____/

### AMENDED ORDER GRANTING DEFENDANT SIDLEY AUSTIN LLP'S UNOPPOSED MOTION TO REMOVE SCANNED IMAGES ADDING EXHIBIT "BB"

THIS CAUSE having come before the Court on Defendant Sidley Austin LLP's ("Sidley") Unopposed Motion To Remove Scanned Images ( D. E. 29) filed on July 27, 2007. The Court has carefully considered the motion and is otherwise duly advised. It is hereby:

ORDERED and ADJUDGED as follows:

1.  Sidley's Motion is **GRANTED**, and the images of Exhibits "B", "E", "F", "G", "K", "L", "P", "Q", "T", "Z", "AA", "BB", "EE" and " FF" to the Declaration of Gabriel P. Sanchez, in Support of Defendant Sidley Austin LLP'S Motion for Partial Summary Judgment ( D.E.29) filed on July 26, 2007, will be removed.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this ____ day of July, 2007.

                                                                                    _____
                                                                                     JOSE E. MARTINEZ
                                                                                     UNITED STATES DISTRICT COURT JUDGE

Copies to:
All Counsel of Record