UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21748-CIV-MARTINEZ/BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability partnership, f/k/a SIDLEY AUSTIN BROWN & WOOD, f/k/a BROWN & WOOD, R.J. RUBLE, an individual, ARTHUR ANDERSEN, LLP an Illinois limited liability partnership, MICHAEL S. MARX, an individual, P. ANTHONY NISSLEY, an individual, MERRILL LYNCH & CO., INC., a Delaware corporation, and MARK C. KLOPFENSTEIN, an individual,

    Defendants.
_____/

**NOTICE OF FILING EXHIBIT A TO
DEFENDANT MERRILL LYNCH & CO., INC.'S RESPONSE TO
PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH RULE 26(a)**

    Defendant Merrill Lynch & Co., Inc. hereby gives notice of filing the attached Exhibit A, which was inadvertently not attached to its Response to Plaintiffs' Motion to Compel Compliance with Rule 26(a).

Dockets.Justia.com

CASE NO. 06-21748-CIV-MARTINEZ/BANDSTRA

Respectfully submitted,

Bressler, Amery & Ross, P.C.
Counsel for Defendants Merrill
    Lynch, Pierce, Fenner &
    Smith Inc. and Merrill Lynch
    Private Finance LLC
2801 S.W. 149th Avenue, Suite 300
Miramar, FL 33027
Telephone:  954-499-7979
Facsimile:  954-499-7969
Email:  cstern@bressler.com

/s/Coren H. Stern
Bennett Falk
Fla. Bar No. 208884
Coren H. Stern
Fla. Bar No. 0644218

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Notice of Filing Exhibit A to Defendant Merrill Lynch & Co., Inc.'s Response to Plaintiffs' Motion to Compel Compliance With Rule 26(a)* has been served this 30th day of July, 2007 to all parties on the attached service list via the Court's CM/ECF system or if such person(s) is not subscribed to the same, via U.S. Mail.

/s/Coren H. Stern

CASE NO. 06-21748-CIV-MARTINEZ/BANDSTRA

## SERVICE LIST

| | |
|---|---|
| Richard Benjamin Wilkes, Esq.<br>Richard W. Candelora, Esq.<br>Richard Benjamin Wilkes, P.A.<br>600 South Magnolia venue<br>Suite 200<br>Tampa, Florida 33606<br>rwilkes@rbwilkes.com<br>**Attorneys for Plaintiffs** | Richard A. Morgan, Esq.<br>Buchanan Ingersoll & Rooney, P.C.<br>Bank of America Tower, 34th Floor<br>100 S.E. Second Street<br>Miami, Florida 33131<br>**Attorneys for Mark C. Klopfenstein** |
| Stephen J. Anderson, Esq.<br>Anderson Dailey LLP<br>2002 Summit Boulevard, Suite 1250<br>Atlanta, Georgia 30319<br>**Attorneys for Mark C. Klopfenstein** | Katherine W. Ezell, Esq.<br>Podhurst Orseck, P.A.<br>25 W. Flagler Street, Suite 800<br>Miami, Florida 33130<br>kezell@podhurst.com |
| Jonathan E. Altman, Esq.<br>Aaron M. May, Esq.<br>Gabriel P. Sanchez, Esq.<br>Munger, Tolles & Olson, LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071<br>jonathan.altman@mto.com<br>aaron.may@mto.com<br>gabriel.sanchez@mto.com<br>**Attorneys for Sidley Austin LLP** | Douglas E. Whitney, Esq.<br>Jocelyn D. Francoeur<br>McDermott Will & Emery<br>227 West Monroe Street<br>Chicago, Illinois 60606-5096<br>dwhitney@mwe.com<br>jfrancoeur@mwe.com<br>**Attorneys for Arthur Anderson, LLP,**<br>**P. Anthony Nissley, Michael Marx** |
| Stuart E. Abrams, Esq.<br>Frankel & Abrams<br>230 Park Avenue, Suite 3330<br>New York, New York 10169<br>sabrams@frankelabrams.com | R.J. Ruble<br>1517 Avalon Square<br>Glen Cove, New York 11542 |
| Michael G. Austin, Esq.<br>McDermott Will & Emery LLP<br>201 South Biscayne Boulevard<br>Suite 2200<br>Miami, Florida 33131<br>maustin@mwe.com<br>**Attorneys for Arthur Andersen, LLP,**<br>**P. Anthony Nissley, Michael Marx** | |

# RICHARD BENJAMIN WILKES
### ATTORNEYS AT LAW

TELEPHONE: (813) 254-6060  
FACSIMILE: (813) 254-6088

600 SOUTH MAGNOLIA AVENUE  
SUITE 200  
TAMPA, FLORIDA 33606

E-MAIL:  
RWILKES@RBWILKES.COM

June 11, 2007

**Via E-Mail Only**

Bennett Falk, Esquire  
Coren Stern, Esquire  
Bressler, Amery & Ross  
2801 S.W. 149th Avenue  
Miramar, FL 33027

Re: *Gainor v. Sidley Austin, et al.*  
Our File No. 03-1687

Dear Counsel:

I am in receipt of your clients' Rule 26 disclosures. I do not believe that these disclosures comply with the rules.

With respect to the identification of witnesses, please identify the names of "any other third party advisors of Plaintiffs" that are referenced in your disclosure document. In addition, you are required to provide to us copies of, or appropriate descriptions of, documents and other items which you may use to support your claims or defenses. I would appreciate your providing such a description immediately, or providing copies of such documents to us immediately, so that we can avoid the necessity of seeking judicial intervention in this matter. I believe many of these documents would be pertinent to your claim that the law of a foreign state applies, as well as to your claims regarding the statute of limitations. I look forward to hearing from you at your earliest convenience on this time-sensitive matter.

Sincerely,

*Richard Benjamin Wilkes*

Richard Benjamin Wilkes  
*(Signed in Mr. Wilkes' absence  
in order to avoid delay)*

RBW/sf

# EXHIBIT A