UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

    Defendants.
_____/

## NOTICE OF FILING

Plaintiffs, Mark J. Gainor and Elyse Gainor, by and through their undersigned counsel, give notice of filing the attached with the Clerk of Court herein:

1. *Affidavit of Due Diligence regarding service on R. J. Ruble.*

                    s/Richard Benjamin Wilkes
                    RICHARD BENJAMIN WILKES
                    Florida Bar No. 267163
                    **RICHARD BENJAMIN WILKES**
                    **ATTORNEYS AT LAW**
                    600 South Magnolia Avenue, Suite 200
                    Tampa, Florida 33606
                    E-Mail:    rwilkes@rbwilkes.com
                    Telephone:  (813) 254-6060
                    Facsimile:   (813) 254-6088
                    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of August, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Richard Benjamin Wilkes
Richard Benjamin Wilkes

## SERVICE LIST

Katherine W. Ezell, Esq.  
KEzell@podhurst.com  
Podhurst Orseck, P.A.  
25 W. Flagler Street, Suite 800  
Miami, FL 33130  
**Counsel for Sidley Austin**

Jonathan E. Altman, Esq.  
Jonathan.Altman@mto.com  
Aaron May, Esq.  
Aaron.May@mto.com  
Munger, Tolles & Olson LLP  
355 South Grand Avenue, 35th Floor  
Los Angeles, CA 90071  
**Counsel for Sidley Austin**

Coren Stern, Esq.  
CStern@bressler.com  
Bennett Falk, Esq.  
BFalk@bressler.com  
Bressler, Amery & Ross  
2801 S.W. 149th Avenue  
Miramar, FL 33027  
**Counsel for Merrill Lynch**

Stuart E. Abrams, Esq.  
SAbrams@frankelabrams.com  
Frankel & Abrams  
230 Park Avenue, Suite 3330  
New York, NY 10169  
**Counsel for Ruble**

R. J. Ruble  
1517 Avalon Square  
Glen Cove, NY 11542

Douglas E. Whitney, Esq.  
DWhitney@mwe.com  
Jocelyn Francoeur  
JFrancoeur@mwe.com  
McDermott Will & Emery  
227 West Monroe Street  
Chicago, IL 60606-5096  
**Counsel for Arthur Andersen,**  
  **Nissley and Marx**

Michael G. Austin, Esq.  
MAustin@mwe.com  
McDermott Will & Emery  
201 South Biscayne Boulevard  
Suite 2200  
Miami, FL 33131  
**Counsel for Arthur Andersen,**  
  **Nissley and Marx**

Richard A. Morgan, Esq.  
Richard.Morgan@bipc.com  
Buchanan Ingersoll & Rooney, P.C.  
Bank of America Tower  
100 S.E. 2nd Street, 34th Floor  
Miami, FL 33131  
**Counsel for Klopfenstein**

Stephen J. Anderson, Esq.  
Anderson@andersondailey.com  
Anderson Dailey LLP  
2002 Summit Boulevard, Suite 1250  
Atlanta, GA 30319  
**Counsel for Klopfenstein**

R.J. Ruble  
65 Duck Pond Road  
Glen Cove, NY 11542