UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR, ET AL.,

      Plaintiff(s),      AFFIDAVIT OF
 -against-           DUE DILIGENCE
SIDLEY AUSTIN LLP, f/k/a SIDLEY AUSTIN
BROWN & WOOD, ETC., ET AL,
      Defendant(s),

Nassau County, New York State
**RICK LETTAU** duly deposes that I am a process server and reside in the State of New York. I am over the age of 18 and not a party to this action.
Your deponent received a copy of **CIVIL ACTION SUMMONS AND AMENDED COMPLAINT**
to be served on  **RJ RUBLE**
at **65 DUCK POND ROAD GLEN COVE, NY 11542**

SERVICE:  After due search, careful inquiry, and diligent attempts at the address listed above, I have been unable to effect the service of process upon the individual being served for the following reason(s):

**SERVICE ATTEMPTS**
SAID ADDRESS IS A PRIVATE RESIDENCE, WHICH APPEARS TO BE A SINGLE FAMILY DWELLING. THE DEFENDANT NO LONGER RESIDES AT THE ABOVE ADDRESS. THE DEFENDANT'S CURRENT ADDRESS IS 1517 AVALON SQUARE GLEN COVE, NY 11542.

**1517 AVALON SQUARE GLEN COVE, NY 11542**
SAID BUILDING IS A MULTI-UNIT RESIDENTIAL APARTMENT BUILDING WHICH HAS A DOORMAN LOCATED IN THE LOBBY. NO VISITOR IS ALLOWED BEYOND THE LOBBY LEVEL WITHOUT THE CONSENT OF THE RESIDENT IN THE BUILDING. YOUR DEPONENT CONFIRMED WITH SEVERAL DOORMEN/CONCIERGE PERSONNEL THAT THE DEFENDANT RESIDES IN THE BUILDING, HOWEVER IS RARELY AT HOME. IT IS THE OPINION OF THE DOORMEN/CONCIERGE PERSONNEL THAT THE DEFENDANT MAY RESIDE/STAY AT OTHER LOCATIONS, AS WELL. ON SEVERAL OCCASIONS, THE DOORMEN/CONCIERGE PERSONNEL WOULD SHOW YOUR DEPONENT PILES OF MAIL/EXPRESS DELIVERIES WHICH HAD BEEN ACCUMULATING FOR THE DEFENDANT
**SERVICE ATTEMPTS**
3/24/07 @ 9:30AM
3/27/07 @ 6:55AM
3/30/07 @ 8:53PM
4/5/07 @ 7:20PM
4/9/07 @ 7:02AM
7/2/07 @ 7:16AM
7/6/07 @ 6:55AM – 8:45AM
7/7/07 @ 8:15AM – 9:30AM
7/9/07 @ 6:30PM - 8:20PM
7/10/07 @ 12:09PM
7/12/07 @ 6:45AM – 9:05AM
7/19/07 @ 7:30PM – 9:30PM
AT NO TIME DID YOUR DEPONENT OBSERVE THE VEHICLE (S) THAT ARE PRESUMED TO BE THE CURRENT VEHICLE(S) THAT THE DEFENDANT IS CURRENTLY USING

I declare under penalty of perjury, that the information herein is true and correct to the best of my knowledge.

Sworn to before me on JULY 21, 2007

_signature_
MAUREEN A LETTAU
Notary Public, State of New York
NO. 01LE6069760
Qualified in Nassau County
Commission Expires February 11, 2010

_signature_
RICK LETTAU