UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP
et al.,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT SIDLEY AUSTIN LLP'S AMENDED MOTION TO REMOVE SCANNED IMAGES

This CAUSE came before the Court upon Defendant Sidley Austin LLP's Amended Motion to Remove Scanned Images **(D.E. No. 123)**, filed on July 30, 2007.  Defendant Sidley Austin LLP inadvertently filed a number of exhibits (D.E. No. 114) on the Court's electronic docketing system that were to have been filed as sealed exhibits through the Clerk's Office. Defendant Sidley Austin LLP has consulted with Plaintiffs' counsel and confirms that Plaintiffs counsel has no objection to filing these documents under seal.  Accordingly, it is:

**ORDERED and ADJUDGED** that

1.  Defendant Sidley Austin LLP's Unopposed Motion to Remove Scanned Images **(D.E. No. 123) is GRANTED**.

2  The Clerk of the Court is DIRECTED to remove the scanned images of the following Exhibits from the electronic docket for **D.E. No. 114**: "B," "E," "F," "G," "K," "L," "P," "Q," "T,"

"Z," "AA," "BB," "EE," and "FF."

DONE AND ORDERED in Chambers at Miami, Florida, July 31st, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record