AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 06-21748-Civ-Martinez-Bandstra

Mark J. Gainor and Elyse Gainor,

    Plaintiff

v.

Sidley Austin LLP, etc., et al.,

    Defendant



ALIAS
### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

R. J. Ruble
c/o Florida Secretary of State
Service of Process
2661 Executive Center Circle
Cliffton Building
Tallahassee, FL 32314

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Benjamin Wilkes, Esquire
Richard Benjamin Wilkes, Attorneys at Law
600 South Magnolia Avenue, Suite 200
Tampa, FL 33606

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

2007

**Clarence Maddox**

CLERK OF COURT                                              DATE

(BY) DEPUTY CLERK