UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

Plaintiffs,

vs.

SIDLEY AUSTIN LLP, a Delaware limited liability partnership, f/k/a/ BROWN & WOOD, R.J. RUBLE, an individual, ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership, MICHAEL S. MARX, an individual, P. ANTHONY NISSLEY, an individual, MERRILL LYNCH & CO., INC., a Delaware corporation, and MARK C. KLOPFENSTEIN, an individual,

Defendants.

### JOINT STIPULATION TO WITHDRAW PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANT SIDLEY AUSTIN LLP'S AMENDED ANSWER, FILED ON JULY 5, 2007; AND TO AMEND SIDLEY AUSTIN LLP'S AMENDED ANSWER

WHEREAS, Plaintiffs Mark and Elyse Gainor ("Plaintiffs") filed a Motion To Strike Portions Of Defendant Sidley Austin LLP's ("Sidley") Amended Answer on July 5, 2007 (the "Motion");

WHEREAS, the Motion sought to strike those portions of Sidley's Amended Answer in which Sidley stated that it had no duty to respond to legal conclusions in Plaintiffs' Amended Complaint;

WHEREAS, the parties wish to avoid further expenditures of time and judicial resources regarding this dispute;

THEREFORE: IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES that (1) within 10 days of the Court's entry of an Order approving this Stipulation, Sidley shall file and serve a Second Amended Answer, in which Sidley shall not take the position that it need not

3401350.1

respond to legal conclusions in Plaintiffs' Amended Complaint; and (2) upon entry of the Court's Order approving this Stipulation, Plaintiffs Motion shall be withdrawn without prejudice.

DATED: August 4, 2007

RICHARD BENJAMIN WILKES, Attorneys at Law
600 Magnolia Ave., Suite 200
Tampa, FL 33606
(813) 254-6060 / Fax (813) 254-6088

By: _____
Richard B. Wilkes
Florida Bar No. 267163
Rwilkes@rbwilkes.com

*Attorneys for Plaintiff Mark J. Gainor*

DATED: August 6, 2007

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(213) 683-9100 / Fax (213) 687-3702

By: _____
Jonathan E. Altman
Admitted Pro Hac Vice
Jonathan.Altman@mto.com

*Attorneys for Sidley Austin LLP*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy was sent via the Southern District of Florida's CM/ECF System and/or electronic mail to all counsel of record and by U.S. Mail to the pro se parties identified on the attached Service List this 6th day of August, 2007.

    Respectfully submitted,

    PODHURST ORSECK, P.A.
    25 West Flagler Street, Suite 800

    Tel. (305) 358-2800 / Fax (305) 358-238
    kezell@podhurst.com

    By: s/Katherine W. Ezell
        KATHERINE W. EZELL
        Fla. Bar No. 114771

    And

    MUNGER, TOLLES & OLSON, LLP
    Jonathan E. Altman, Esq.
    jonathan.altman@mto.com
    Aaron M. May, Esq.
    Aaron.may@mto.com
    Gabriel P. Sanchez, Esq
    gabriel.sanchez@mto.com
    355 South Grand Avenue, 35th Floor
    Los Angeles, CA 90071-1560
    (613) 683-9100/Fax (613) 683-5136

    Attorneys for Defendant Sidley Austin, LLP

## SERVICE LIST

Richard Benjamin Wilkes, Esq.
Richard W. Candelora, Esq.
Richard Benjamin Wilkes, P.A.
600 South Magnolia Avenue, Suite 200
Tampa, FL 33606
Tel. #: (813) 254-6060
Fax #: (813) 254-6088
E-Mail: rwilkes@rbwilkes.com
Attorneys for Plaintiffs

Stephen J. Anderson, Esq.
2002 Summit Blvd., Suite 1250
Atlanta, GA 30319
Tel. #: (404) 442-1800
Fax #: (404) 442-1820
E-mail: Anderson@andersondailey.com
Attorneys for Mark C. Klopfenstein

Richard A. Morgan, Esq.
E-mail: richard.morgan@bipc.com
Kelly A. McGovern, Esq.
E-mail: kelly.mcgovern@bipc.com
Buchanan Ingersoll & Rooney, PC
Bank of America Tower, 34th Floor
100 Southeast Second Street
Miami, FL 33131
Tel. #: (305) 347-4080
Fax #: (305) 347-4089
Attorneys for Mark C. Klopfenstein

Bennett Falk, Esq.
E-mail: bfalk@bressler.com
Coren Harris Stern, Esq.
E-mail: cstern@bressler.com
Bressler, Amery & Ross
2801 S.W. 149th Ave.
Miramar, Fl 33027
Tel #: (954) 499-7979
Fax #: (954) 499-7969
Attorneys for Merrill Lynch & Co., Inc.

Douglas E. Whitney, Esq.
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
Tel. #: (312) 372-2000
Fax #: (312) 984-7700
E-mail: dwhitney@mwe.com
Attorneys for Arthur Andersen, LLP,
 P. Anthony Nissley and Michael S. Marx

Michael G. Austin, Esq.
McDermott Will & Emery
201 South Biscayne Boulevard, Suite 2200
Miami, FL 33131
Tel. #: (305) 347-6517
Fax #: (305) 347-6500
E-mail: maustin@mwe.com
Attorneys for Arthur Andersen, LLP,
 P. Anthony Nissley and Michael S. Marx

Jocelyn d. Francoeur, Esq.
McDermott Will & Emery, LLP
227 W. Monroe St., Suite 4400
Chicago, IL 60606-5096
Tel. #: (312) 372-2000
Fax #.: (312) 984-7700
E-mail: jfrancoeur@mwe.com
Attorneys for Arthur Andersen, LLP,
 P. Anthony Nissley and Michael S. Marx

Stuart E. Abrams, Esq.
Frankel & Abrams
230 Park Avenue, Suite 3330
New York, NY 10169
Tel. #: (212) 661-5000
Fax #: (212) 661-5007
E-mail: sabrams@frankelabrams.com

R.J. Ruble
1517 Avalon Square
Glen Cove, NY 11542