# RICHARD BENJAMIN WILKES
### ATTORNEYS AT LAW

TELEPHONE: (813) 254-6060  
FACSIMILE: (813) 254-6088

600 SOUTH MAGNOLIA AVENUE  
SUITE 200  
TAMPA, FLORIDA 33606

E-MAIL:  
RWILKES@RBWILKES.COM

June 11, 2007

**Via E-Mail Only**

Bennett Falk, Esquire  
Coren Stern, Esquire  
Bressler, Amery & Ross  
2801 S.W. 149th Avenue  
Miramar, FL 33027

Re: *Gainor v. Sidley Austin, et al.*  
Our File No. 03-1687

Dear Counsel:

I am in receipt of your clients' Rule 26 disclosures. I do not believe that these disclosures comply with the rules.

With respect to the identification of witnesses, please identify the names of "any other third party advisors of Plaintiffs" that are referenced in your disclosure document. In addition, you are required to provide to us copies of, or appropriate descriptions of, documents and other items which you may use to support your claims or defenses. I would appreciate your providing such a description immediately, or providing copies of such documents to us immediately, so that we can avoid the necessity of seeking judicial intervention in this matter. I believe many of these documents would be pertinent to your claim that the law of a foreign state applies, as well as to your claims regarding the statute of limitations. I look forward to hearing from you at your earliest convenience on this time-sensitive matter.

Sincerely,

*Richard Benjamin Wilkes*

Richard Benjamin Wilkes  
*(Signed in Mr. Wilkes' absence  
in order to avoid delay.)*

RBW/sf


EXHIBIT A