UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

    Defendants.
_____/

## AFFIDAVIT OF COMPLIANCE

I, Richard Candelora, being duly sworn and deposed, do hereby state that I have personal knowledge of the following facts:

1. I am over the age of eighteen (18) years and competent to make this affidavit.

2. On August 7, 2007, an original and one copy of an Alias Summons, and two copies of the Amended Complaint, were delivered to the Florida Secretary of State for substitute service on R.J. Ruble pursuant to Florida Statute §§ 48.161 and 48.181.

3. On August 6, 2007, I sent, via certified U.S. mail, return receipt requested, a Notice of Service, together with Alias Summons and Amended Complaint, to Defendant, R.J. Ruble, at 1517 Avalon Square, Glen Cove, NY 11542.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Richard Candelora

SWORN TO AND SUBSCRIBED before me this 3rd day of August, 2007, by Richard Candelora, who is personally known to me or who has produced _____ as identification.



_____
Notary Public-State of Florida
Print, type or stamp name:
My Commission Expires:

2