UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP
et al.,

    Defendants.
_____/

### ORDER GRANTING JOINT STIPULATION TO WITHDRAW PLAINTIFFS' MOTION TO STRIKE DEFENDANT SIDLEY AUSTIN LLP'S AMENDED ANSWER AND TO AMEND SIDLEY AUSTIN'S AMENDED ANSWER

    This CAUSE came before the Court upon the parties', Gainor and Gainor and Sidley Austin LLP's, Joint Stipulation to Withdraw Plaintiffs' Motion to Strike Defendant Sidley Austin LLP's Amended Answer of July 5, 2007, and to Amend Defendant Sidley Austin LLP's Amended Answer **(D.E. No. 135)**. The parties filed the Joint Stipulation on August 6, 2007. The Court has carefully considered the motion and is otherwise duly advised.  It is hereby:

    **ORDERED and ADJUDGED** that

    1  Plaintiffs' and Defendant Sidley Austin LLP's Joint Stipulation to Withdraw Plaintiffs' Motion to Strike Defendant Sidley Austin LLP's Amended Answer of July 5, 2007; and to Amend Defendant Sidley Austin LLP's Amended Answer **(D.E. No. 135)** is **GRANTED**.

    2. Defendant Sidley Austin LLP shall have <u>10 days from the date of this Order</u> to file a Second Amended Answer to Plaintiffs' Amended Complaint and Defendant shall not decline to

answer any allegations on the grounds that they require a legal conclusion.

    DONE AND ORDERED in Chambers at Miami, Florida, August 7, 2007.

                                                                           _____
                                                                           JOSE E. MARTINEZ
                                                                           UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record