UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

    Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO SIDLEY AUSTIN LLP'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES</u>**

Plaintiffs, Mark J. Gainor and Elyse Gainor, by and through their undersigned counsel, hereby file this unopposed motion for enlargement of time up through and including August 23, 2007 for Plaintiffs to file their memoranda in response to Sidley Austin LLP's Motion for Partial Summary Judgment on Damages. Defendant, Sidley Austin, does not oppose this motion. As grounds for this motion, Plaintiffs state:

    1.    On July 26, 2007, Defendant, Sidley Austin served its Motion for Partial Summary Judgment on Damages.

2.    Under Local Rule 7.1.C.1 of the United States District Court for the Southern District of Florida, Plaintiffs' response shall be served on August 9, 2007.

3.    Plaintiffs are still evaluating Sidley's motion and are in the process of reviewing information and relevant documents in formulating a response.

4.    Plaintiffs' counsel submits that the requested enlargement of time will not delay the case, nor will it prejudice the parties.

5.    Counsel for Plaintiffs has conferred with counsel for Sidley Austin, who has graciously agreed to the enlargement of time up through and including August 23, 2007 for Plaintiffs to serve their response to the Motion for Partial Summary Judgment on Damages.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting this Unopposed Motion for Enlargement of Time for Plaintiffs to file their response to Sidley Austin LLP's Motion for Partial Summary Judgment on Damages.

s/ Richard Candelora
RICHARD BENJAMIN WILKES
Florida Bar No. 267163
RICHARD W. CANDELORA
Florida Bar No. 198056
**RICHARD BENJAMIN WILKES, P.A.**
600 South Magnolia Avenue
Suite 200
Tampa, Florida  33606
Telephone:    (813) 254-6060
Facsimile:    (813) 254-6088
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Richard Candelora<br>
Richard Candelora

## SERVICE LIST

Katherine W. Ezell, Esq.  
KEzell@podhurst.com  
Podhurst Orseck, P.A.  
25 W. Flagler Street, Suite 800  
Miami, FL 33130  
**Counsel for Sidley Austin**

Jonathan E. Altman, Esq.  
Jonathan.Altman@mto.com  
Aaron May, Esq.  
Aaron.May@mto.com  
Munger, Tolles & Olson LLP  
355 South Grand Avenue, 35th Floor  
Los Angeles, CA 90071  
**Counsel for Sidley Austin**

Coren Stern, Esq.  
CStern@bressler.com  
Bennett Falk, Esq.  
BFalk@bressler.com  
Bressler, Amery & Ross  
2801 S.W. 149th Avenue  
Miramar, FL 33027  
**Counsel for Merrill Lynch**

Stuart E. Abrams, Esq.  
SAbrams@frankelabrams.com  
Frankel & Abrams  
230 Park Avenue, Suite 3330  
New York, NY 10169  
**Counsel for Ruble**

R. J. Ruble  
1517 Avalon Square  
Glen Cove, NY 11542

Douglas E. Whitney, Esq.  
DWhitney@mwe.com  
Jocelyn Francoeur, Esq.  
JFrancoeur@mwe.com  
McDermott Will & Emery  
227 West Monroe Street  
Chicago, IL 60606-5096  
**Counsel for Arthur Andersen,**  
  **Nissley and Marx**

Michael G. Austin, Esq.  
MAustin@mwe.com  
McDermott Will & Emery  
201 South Biscayne Boulevard  
Suite 2200  
Miami, FL 33131  
**Counsel for Arthur Andersen,**  
  **Nissley and Marx**

Richard A. Morgan, Esq.  
Richard.Morgan@bipc.com  
Buchanan Ingersoll & Rooney, P.C.  
Bank of America Tower  
100 S.E. 2nd Street, 34th Floor  
Miami, FL 33131  
**Counsel for Klopfenstein**

Stephen J. Anderson, Esq.  
Anderson@andersondailey.com  
Anderson Dailey LLP  
2002 Summit Boulevard, Suite 1250  
Atlanta, GA 30319  
**Counsel for Klopfenstein**

R.J. Ruble  
65 Duck Pond Road  
Glen Cove, NY 11542