UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability
Partnership, f/k/a SIDLEY AUSTIN
BROWN & WOOD, f/k/a BROWN & WOOD,
R. J. RUBLE, an individual, ARTHUR
ANDERSEN, LLP, an Illinois limited liability
partnership, MICHAEL S. MARX, an individual,
P. ANTHONY NISSLEY, an individual,
MERRILL LYNCH & CO., INC., a Delaware
corporation, and MARK C. KLOPFENSTEIN,
an individual,

    Defendants.
_____/

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SIDLEY AUSTIN LLP'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES

THIS CAUSE having come before the Court on Plaintiffs' Unopposed Motion for Enlargement of Time to Respond to Sidley Austin LLP's Motion for Partial Summary Judgment on Damages, and the Court having reviewed the unopposed motion, and being otherwise advised in the premises, it is hereby

ORDERED and ADJUDGED that Plaintiffs' unopposed motion is granted. Plaintiffs shall have up through and including August 23, 2007 to file their response to Sidley Austin LLP's Motion for Partial Summary Judgment on Damages.

2

DONE and ORDERED in Chambers at Miami, Florida, this ____ day of August, 2007.

_____
TED E. BANDSTRA
United States Magistrate Judge

Copies to:
All counsel of record