**Secretary of State**
**Corporations Division**
**315 West Tower**
**#2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

| | | |
|---|---|---|
| DOCKET NUMBER | : | K93500657 |
| CONTROL NUMBER | : | K945801 |
| DATE INC/AUTH/FILED | : | 11/05/1999 |
| JURISDICTION | : | GEORGIA |
| PRINT DATE | : | 12/16/1999 |
| FORM NUMBER | : | 211 |

KING & SPALDING
BENJAMIN BANG
191 PEACHTREE STREET
ATLANTA, GA 30303

## CERTIFICATE OF EXISTENCE

I, Cathy Cox, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that

**LUCOR SPECIAL INVESTMENTS, INC.**
**A DOMESTIC PROFIT CORPORATION**

was formed in the jurisdiction stated above or was authorized to transact business in Georgia on the above date. Said entity is in compliance with the applicable filing and annual registration provisions of Title 14 of the Official Code of Georgia Annotated and has not filed articles of dissolution, certificate of cancellation or any other similar document with the office of the Secretary of State.

This certificate relates only to the legal existence of the above-named entity as of the date issued. It does not certify whether or not a notice of intent to dissolve, an application for withdrawal, a statement of commencement of winding up or any other similar document has been filed or is pending with the Secretary of State.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence that said entity is in existence or is authorized to transact business in this state.

Cathy Cox
Secretary of State

GAINOR0425

EXHIBIT
"AA"

Confidential