Gainor v. Sidley, Austin, Brow Doc. 182


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability Partnership, f/k/a SIDLEY AUSTIN BROWN & WOOD, f/k/a BROWN & WOOD, R. J. RUBLE, an individual, ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership, MICHAEL S. MARX, an individual, P. ANTHONY NISSLEY, an individual, MERRILL LYNCH & CO., INC., a Delaware corporation, and MARK C. KLOPFENSTEIN, an individual,

Defendants.
_______________________________________/

**PLAINTIFFS' RESPONSE JOINING IN DEFENDANT, SIDLEY AUSTIN LLP'S REQUEST FOR ORAL ARGUMENT ON SIDLEY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE RESPONSE TO SIDLEY'S REPLY**

Plaintiffs, Mark J. Gainor and Elyse Gainor, by and through their undersigned counsel, hereby join in Defendant, Sidley Austin LLP's request that this Court grant oral argument on Sidley's Motion for Partial Summary Judgment on Damages. In the alternative, Plaintiffs move the Court for leave to file a Response to Sidley's Reply in support of its motion. As grounds therefore, Plaintiffs state:

1. Sidley Austin filed its Motion for Partial Summary Judgment on Damages on July 26, 2007 [Docket Entry No. 112].

Dockets.Justia.com

2. Plaintiffs filed their Memorandum of Law in Opposition to Sidley's Motion for Partial Summary Judgment on August 23, 2007 [Docket entry No. 160].

3. On September 7, 2007, Sidley filed its Reply, consisting of Sidley's Reply in Support of its Motion for Partial Summary Judgment on Damages, Sidley's Objections to Plaintiffs' Evidence, Sidley's Response to Plaintiffs' Statement of Facts, and the Declaration of Aaron May ("Sidley's responsive documents").

4. Plaintiffs agree with Sidley that oral argument would assist the Court. The parties have filed hundreds of pages of documents in connection with the motion. The presence of counsel and their familiarity with the facts and issues at hand would make it possible for them to answer any questions that the Court might raise, and/or point the Court to filed evidence addressing such questions.

5. In the alternative, Plaintiffs seek leave to file a Response to Sidley's Reply addressing the issues raised in Sidley's responsive documents.

6. Plaintiffs agree with Sidley that one hour should provide sufficient time for the parties to be heard.

WHEREFORE, Plaintiffs respectfully request that the Court grant the request for oral argument on the Motion for Partial Summary judgment on Damages, or in the alternative, grant Plaintiffs leave to file a Response to Sidley's responsive documents.

**MEMORANDUM IN SUPPORT OF**
**ALTERNATIVE MOTION FOR LEAVE TO FILE RESPONSE TO SIDLEY'S REPLY**

In its Reply, Sidley filed ten pages of legal argument, a six page Objection to Plaintiffs' evidence, a ten page Response to Plaintiffs' statement of facts, and a Declaration of counsel submitting additional evidence. Plaintiffs believe that an

additional presentation from Plaintiffs addressing the matters raised in Sidley's responsive documents would assist the Court in making its determination, and should be permitted so that Plaintiffs have a reasonable and fair opportunity to present their position. However, Local Rule 7.1.B precludes the filing of further memoranda absent leave of Court. While Plaintiffs believe that oral argument is the best way to deal with the situation, in the alternative, Plaintiffs request leave to file a Response to Sidley's Reply to deal with the matters raised in Sidley's responsive documents, should the Court determine that it is inappropriate to entertain oral argument.

## CERTIFICATE OF COMPLIANCE

Undersigned counsel hereby certifies that he has conferred with counsel for Defendant, Sidley Austin LLP regarding Plaintiffs' Alternative Motion for Leave to File a Response to Sidley's Reply. Counsel for Sidley has advised that Sidley opposes the alternative motion (but does not oppose Plaintiffs' joinder in Sidley's request for oral argument).

RICHARD BENJAMIN WILKES
Florida Bar No. 267163
**RICHARD BENJAMIN WILKES**
**ATTORNEYS AT LAW**
600 South Magnolia Avenue, Suite 200
Tampa, Florida 33606
E-Mail: rwilkes@rbwilkes.com
Telephone: (813) 254-6060
Facsimile: (813) 254-6088

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Attorney

## SERVICE LIST

Richard Gilbert, Esquire
rgilberg@dgfirm.com
de la Parte & Gilbert
101 East Kennedy Boulevard, Suite 3400
Tampa, FL 33601
**Co-counsel for Plaintiffs**

William F. Jung, Esquire
WJung@jungandsicso.com
Jung & Sisco, P.A.
100 South Ashley Drive
Suite 1240
Tampa, FL 33602
**Counsel for Ruble**

Katherine W. Ezell, Esq.
KEzell@podhurst.com
Podhurst Orseck, P.A.
25 W. Flagler Street, Suite 800
Miami, FL 33130
**Counsel for Sidley Austin**

Stephen J. Anderson, Esq.
Anderson@andersondailey.com
Anderson Dailey LLP
2002 Summit Boulevard, Suite 1250
Atlanta, GA 30319
**Counsel for Klopfenstein**

Jonathan E. Altman, Esq.
Jonathan.Altman@mto.com
Aaron May, Esq.
Aaron.May@mto.com
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071

Richard A. Morgan, Esq.
Richard.Morgan@bipc.com
Buchanan Ingersoll & Rooney, P.C.
Bank of America Tower
100 S.E. 2nd Street, 34th Floor
Miami, FL 33131
**Counsel for Klopfenstein**

**Counsel for Sidley Austin**

Coren Stern, Esq.
CStern@bressler.com
Bennett Falk, Esq.
BFalk@bressler.com
Bressler, Amery & Ross
2801 S.W. 149th Avenue
Miramar, FL 33027
**Counsel for Merrill Lynch**