UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 06-21748-CIV-MARTINEZ-BANDSTRA**

MARK J. GAINOR and ELYSE GAINOR,

Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP et al.,

Defendants.
_______________________________________/

**ORDER GRANTING DEFENDANT SIDLEY AUSTIN LLP'S MOTION FOR ORAL ARGUMENT ON MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES AND POSTPONING PLAINTIFFS' MOTION FOR LEAVE TO ADD PARTIES UNTIL AFTER PARTIAL SUMMARY JUDGMENT HEARING ON DAMAGES**

This CAUSE initially came before the Court upon Defendant Sidley Austin LLP's Request for Oral Argument on its Motion for Partial Summary Judgment on Damages **(D.E. No. 179)**, filed on **September 9, 2007.** Defendant argues that the Plaintiffs' lack standing to sue for some of the damages sought in the Amended Complaint. On September 14, 2007, the Plaintiffs filed a Response Joining in Defendant Sidley Austin LLP's Motion for Partial Summary Judgment on Damages, or in the Alternative, Motion for Leave to File a Response Memorandum to Defendant Sidley Austin LLP's Reply (D.E. No. 182). The Plaintiffs also filed a Contingent Motion for Leave to Add Parties (D.E. No. 181), pending the resolution of Defendant Sidley Austin LLP's Motion for Partial Summary Judgment on Damages. The Court has carefully considered the parties' request for a hearing on this matter and it is:

**ORDERED AND ADJUDGED** that

Dockets.Justia.com

1. Defendant Sidley Austin LLP's Request for Oral Argument on its Motion for Partial Summary Judgment on Damages **(D.E. No. 179)** is **GRANTED.**

2. A Hearing on Defendant Sidley Austin LLP's Motion for Partial Summary Judgment on Damages (D.E. No. 179), which Plaintiffs' join in requesting (D.E. No. 182), shall take place before the undersigned, United States District Judge Jose E. Martinez, at the United States Courthouse, 301 N. Miami Ave., Miami, Florida 33128 on **October 18, 2007 at 9:30 a.m.** The hearing shall not exceed 1 hour. The parties shall confer prior to the hearing to determine how to split the allotted time. If the parties are unable to agree on how to split the allotted time, the Court will decide how to split the allotted time.

3. The Court will postpone any further action on Plaintiffs' Contingent Motion for Leave to Add Parties until after the October 18, 2007 Hearing.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of September, 2007.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record