UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 06-21748-CIV-MARTINEZ-BANDSTRA

MARK J. GAINOR and ELYSE GAINOR,

Plaintiffs,

v.

SIDLEY AUSTIN LLP, a Delaware limited liability Partnership, f/k/a SIDLEY AUSTIN BROWN & WOOD, f/k/a BROWN & WOOD, R. J. RUBLE, an individual, ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership, MICHAEL S. MARX, an individual, P. ANTHONY NISSLEY, an individual, MERRILL LYNCH & CO., INC., a Delaware corporation, and MARK C. KLOPFENSTEIN, an individual,

Defendants.
_______________________________________/

**ORDER GRANTING PLAINTIFFS' AGREED MOTION FOR EXTENSION OF TIME TO PROVIDE EXPERT WITNESS REPORT TO DEFENDANT MERRILL LYNCH**

THIS CAUSE came before the Court upon Plaintiffs' Agreed Motion for Extension of Time to Provide Expert Witness Report to Defendant Merrill Lynch & Co., Inc., ("Merrill Lynch"), filed on September 20, 2007 (the "Motion"). The Court has carefully considered the Motion and is otherwise duly advised. It is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiffs' Motion is **GRANTED.**



Dockets.Justia.com

2. Plaintiffs shall provide to Merrill Lynch Plaintiffs' expert witness summary/report of Plaintiffs' expert witness against Merrill Lynch on or before October 24, 2007.

**DONE AND ORDERED** in chambers at Miami, Florida, this _____ day of September 2007.

______________________________
Honorable Jose E. Martinez
United States District Judge

Copies provided to:
All Counsel of Record