UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-21748-CIV-MARTINEZ-BROWN

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP
et al.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS SIDLEY AUSTIN, LLP, MERRILL LYNCH & CO. AND R.J. RUBLE

    This matter is before the Court upon a Joint Stipulation and Motion for Dismissal with Prejudice filed by Plaintiffs Mark and Elyse Gainor and Defendants Sidley Austin, LLP, Merrill Lynch & Co. and R.J. Ruble.  (D.E. No. 197).  Pursuant to Federal Rule of Civil Procedure 41 and based upon the Stipulation and Joint Motion for Dismissal filed by these parties, it is:

    **ORDERED and ADJUDGED** that:

    1. The Joint Stipulation and Motion for Dismissal with Prejudice **(D.E. No. 197)** is **GRANTED**.

    It is further ADJUDGED that:

    2. All claims asserted or which could have been asserted by Plaintiffs against Defendants Sidley Austin, LLP, Merrill Lynch & Co. and R.J. Ruble are **DISMISSED with prejudice**.  This action does not affect Plaintiffs' claims against Defendant Mark C. Klopfenstein, which remain pending, and this action does not close the case.

3. All pending motions filed by the Defendants Sidley Austin LLP, Merrill Lynch & Co. and R.J. Ruble, either jointly or severally, and all pending motions filed by the Plaintiffs with respect to these particular Defendants are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of August, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record