UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-21748-CIV-MARTINEZ-BROWN

MARK J. GAINOR and ELYSE GAINOR,

    Plaintiffs,

vs.

SIDLEY, AUSTIN, BROWN & WOOD, LLP et al.,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation and Joint Motion for Dismissal With Prejudice (**D.E. No. 313**). Pursuant to the parties' stipulation, it is:

**ADJUDGED** that this action and all claims asserted or which could have been asserted by Plaintiffs or Defendants in this action are DISMISSED with prejudice, with each side to bear its own costs and attorneys' fees. This Court will retain jurisdiction to enforce the parties' settlement agreement. It is also:

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of October, 2010.

                                                  JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record